Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
   tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3457
Telephone: (925)588-0401

Attorneys for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO; OLD SACRAMENTO BUSINESS ASSOCIATION, INC.; and DOES 1 through 50, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 2:11-CV-02230-WBS-JFM<br>Civil Rights<br><br>**LIMITED REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF SELECTED PARTY; [Proposed] ORDER** |

Pursuant to the Stipulation between Defendants Regarding Old Sacramento Business Association, Inc. (attached hereto at **Exhibit 1**), i.e., that the entity is not an indispensable or necessary party, Plaintiff hereby requests the dismissal of OLD SACRAMENTO BUSINESS ASSOCIATION, INC., without prejudice. This request shall not affect the status of pending claims against

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Limited Request for Dismissal Without Prejudice of Selected Party;
Order: Case No. 2:11-CV-02230-WBS-JFM**

1  the remaining Defendants.

3  Dated: November 3, 2011            THIMESCH LAW OFFICES
                                     TIMOTHY S. THIMESCH

                                     _____
                                     Attorneys for Plaintiff
                                     HOLLYNN D'LIL

10                                   **ORDER**

11     **SO ORDERED.**

15  DATE: _____
                                     WILLIAM B. SCHUBB
                                     SENIOR UNITED STATES DISTRICT
                                     JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Limited Request for Dismissal Without Prejudice of Selected Party;**
**Order: Case No. 2:11-CV-02230-WBS-JFM**                           — 2 —

# EXHIBIT 1

| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | ELIZABETH B. STALLARD (Bar No. 221445) |
| 2 | 621 Capitol Mall, 18th Floor |
| | Sacramento, CA  95814-4731 |
| 3 | Telephone:     (916) 444-1000 |
| | Facsimile:      (916) 444-2100 |
| 4 | estallard@downeybrand.com |
| 5 | Attorneys for Defendant |
| | OLD SACRAMENTO BUSINESS |
| 6 | ASSOCIATION, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLYNN D'LIL, | | Case No.  2:11-cv-02230-WBS-JFM |
| | Plaintiff, | **STIPULATION REGARDING OLD SACRAMENTO BUSINESS ASSOCIATION, INC.** |
| v. | | |
| RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO; OLD SACRAMENTO BUSINESS ASSOCIATION, INC.; and DOES 1 through 50, Inclusive, | | |
| | Defendant. | |

Defendants RIVERBOAT DELTA KING, INC., CITY OF SACRAMENTO, and OLD SACRAMENTO BUSINESS ASSOCIATION, INC. (collectively, "Defendants"), by and through the undersigned, hereby stipulate as follows:

1.   The Old Sacramento Business Association ("OSBA") has no control over, or decisional authority with respect to, renovating any of the properties that are at issue in this action.  Accordingly, the OSBA is not a necessary or indispensible party to this action.

2.   This Stipulation does not constitute an admission of liability by any Defendant with respect to any of the allegations at issue in this action.

/ / /

1191227.1

1

STIPULATION

PLAINTIFF'S EXHIBIT
1

| | | |
|---|---|---|
| 1 | DATED: October 18, 2011 | RIVERBOAT DELTA KING, INC. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHAEL COYNE<br>President |
| 5 | DATED: October 24, 2011 | CITY OF SACRAMENTO |
| 6 | | |
| 7 | | By: _____ |
| 8 | | SHERI M. CHAPMAN<br>Senior Deputy City Attorney |
| 9 | | |
| 10 | DATED: October 25, 2011 | DOWNEY BRAND LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | | ELIZABETH B. STALLARD<br>Attorney for Defendant<br>OLD SACRAMENTO BUSINESS ASSOCIATION, INC. |