**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
    tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3457
Telephone: (925)588-0401

Attorneys for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>        Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO; OLD SACRAMENTO BUSINESS ASSOCIATION, INC.; and DOES 1 through 50, Inclusive,<br><br>        Defendants.<br>_____/ | CASE NO. 2:11-CV-02230-WBS-JFM<br>Civil Rights<br><br>**LIMITED REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF SELECTED PARTY; [~~Proposed~~] ORDER** |

Pursuant to the Stipulation between Defendants Regarding Old Sacramento Business Association, Inc. (attached hereto at **Exhibit 1**), i.e., that the entity is not an indispensable or necessary party, Plaintiff hereby requests the dismissal of OLD SACRAMENTO BUSINESS ASSOCIATION, INC., without prejudice. This request shall not affect the status of pending claims against

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Limited Request for Dismissal Without Prejudice of Selected Party;
Order: Case No. 2:11-CV-02230-WBS-JFM**

1  the remaining Defendants.

3  Dated: November 3, 2011                THIMESCH LAW OFFICES
                                          TIMOTHY S. THIMESCH

                                          _____
                                          Attorneys for Plaintiff
                                          HOLLYNN D'LIL

10                                              **ORDER**

11  **SO ORDERED.**

12  DATED:   NOVEMBER 3, 2011


                                          _____
                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Limited Request for Dismissal Without Prejudice of Selected Party;**
**Order: Case No. 2:11-CV-02230-WBS-JFM**

— 2 —