1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11                             ----oo0oo----

12  HOLLYNN D'LIL,
                                      NO. CIV. 2:11-2230 WBS JFM
13          Plaintiff,

14      v.

15  RIVERBOAT DELTA KING, INC.; CITY
    OF SACRAMENTO; OLD SACRAMENTO
16  BUSINESS ASSOCIATION, INC.; and
    DOES 1 through 50, Inclusive,
17
            Defendants.
18  _____/

19                             ----oo0oo----

20              STATUS (PRETRIAL SCHEDULING) ORDER

21          After reviewing the parties' separate status reports,

22  the court hereby vacates the Status (Pretrial Scheduling)

23  Conference scheduled for December 12, 2011.

24          I.   SERVICE OF PROCESS

25          The named defendants have been served and no further

26  service is permitted without leave of court, good cause having

27  been shown under Federal Rule of Civil Procedure 16(b).

28  ///

                                   1

II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

III. JURISDICTION/VENUE

Jurisdiction is predicated upon federal question jurisdiction, 28 U.S.C. § 1331, because plaintiff has brought claims under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12183.  Venue is undisputed and is hereby found to be proper.

IV.  DISCOVERY

The parties shall serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than January 23, 2012.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than July 16, 2012.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by October 19, 2012.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local

2

1  rules of this court and so that such motions may be heard (and
2  any resulting orders obeyed) not later than October 19, 2012.

3  　　　　　　　　V.  <u>MOTION HEARING SCHEDULE</u>

4  　　　　　All motions, except motions for continuances, temporary
5  restraining orders, or other emergency applications, shall be
6  filed on or before December 10, 2012.  All motions shall be
7  noticed for the next available hearing date.  Counsel are
8  cautioned to refer to the local rules regarding the requirements
9  for noticing and opposing such motions on the court's regularly
10 scheduled law and motion calendar.

11 　　　　　　　　VI.  <u>FINAL PRETRIAL CONFERENCE</u>

12 　　　　　The Final Pretrial Conference is set for February 19,
13 2013, at 2:00 p.m. in Courtroom No. 5.  The conference shall be
14 attended by at least one of the attorneys who will conduct the
15 trial for each of the parties and by any unrepresented parties.

16 　　　　　Counsel for all parties are to be fully prepared for
17 trial at the time of the Pretrial Conference, with no matters
18 remaining to be accomplished except production of witnesses for
19 oral testimony.  Counsel shall file separate pretrial statements,
20 and are referred to Local Rules 281 and 282 relating to the
21 contents of and time for filing those statements.  In addition to
22 those subjects listed in Local Rule 281(b), the parties are to
23 provide the court with: (1) a plain, concise statement which
24 identifies every non-discovery motion which has been made to the
25 court, and its resolution; (2) a list of the remaining claims as
26 against each defendant; and (3) the estimated number of trial
27 days.

28 　　　　　In providing the plain, concise statements of

1  undisputed facts and disputed factual issues contemplated by
2  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
3  that remain at issue, and any remaining affirmatively pled
4  defenses thereto.  If the case is to be tried to a jury, the
5  parties shall also prepare a succinct statement of the case,
6  which is appropriate for the court to read to the jury.

7  VII.  <u>TRIAL SETTING</u>

8  The jury trial is set for April 23, 2013, at 9:00 a.m.
9  The parties estimate that a jury trial will last four to five
10  days.

11  VIII. <u>SETTLEMENT CONFERENCE</u>

12  A Settlement Conference will be set at the time of the
13  Pretrial Conference.  All parties should be prepared to advise
14  the court whether they will stipulate to the trial judge acting
15  as settlement judge and waive disqualification by virtue thereof.

16  Counsel are instructed to have a principal with full
17  settlement authority present at the Settlement Conference or to
18  be fully authorized to settle the matter on any terms.  At least
19  seven calendar days before the Settlement Conference counsel for
20  each party shall submit a confidential Settlement Conference
21  Statement for review by the settlement judge.  If the settlement
22  judge is not the trial judge, the Settlement Conference
23  Statements shall not be filed and will not otherwise be disclosed
24  to the trial judge.

25  IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>

26  Any requests to modify the dates or terms of this
27  Scheduling Order, except requests to change the date of the
28  trial, may be heard and decided by the assigned Magistrate Judge.

4

1   All requests to change the trial date shall be heard and decided

2   only by the undersigned judge.

3   DATED:   December 6, 2011

4

5                                   _____
                                    WILLIAM B. SHUBB
6                                   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28