Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

CHARLES L. POST, State Bar No. 160443
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant
RIVERBOAT DELTA KING, INC.

EILEEN M. TEICHERT, City Attorney (SBN 167027)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsaCJ·amento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Attorneys for the CITY OF SACRAMENTO

Attorneys for Defendant CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL, | CASE NO. 2:11-CV-02230-WBS-JFM |
| | Civil Rights |
| Plaintiff, | |
| v. | **STIPULATION AND [Proposed] ORDER TO EXTEND SCHEDULING ORDER DATES; REQUEST FOR REFERRAL TO A SETTLEMENT CONFERENCE BEFORE THE ASSIGNED MAGISTRATE JUDGE** |
| RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO; OLD SACRAMENTO BUSINESS ASSOCIATION, INC., | |
| Defendants. | |

**TO THE COURT:**

The parties request that the Court grant an extension of all dates in the current trial scheduling order by approximately

{1511865.DOC;}                                       1

120 days to accommodate the recent substitution of CHARLES POST, ESQ. as new counsel for Defendant Riverboat Delta King, Inc. He requests a brief additional period of time to familiarize himself with the facts and current posture of the case. The parties also seek the modification of certain scheduling order dates to allow for discussions concerning a possible resolution of the case.

As an update, Plaintiff represents that on November 20, 2011, she circulated to all Defendants a proposed consent decree to resolve all claims, and more recently she served requests for discovery, including written requests, depositions, subpoenas and a site inspection. Attorney POST was retained and substituted as counsel of record on July 5, 2012. He seeks time to assess and respond to this discovery. However, the Parties also seek the additional time to discuss a possible settlement while managing costs. More recent talks about resolution are cooperative. The parties are in the midst of scheduling a meeting on site with their consultants to discuss solutions and compromise. They also request the setting of a Settlement Conference before the assigned Magistrate Judge, and represent that they will have this matter ready for such conference within 45 days.

Wherefore, the parties request that the court extend the scheduling order dates as follows:

////

{1511865.DOC;}                    1

| Deadlines and Dates | Current | Proposed |
|---|---|---|
| Expert Disclosures With Reports | July 16, 2012 | Oct. 15, 2012 |
| Completion of Discovery and Hear Discovery Motions | Sept. 3, 2012 | January 7, 2013 |
| File all motions except continuances and TROs | Dec. 10, 2012 | April 9, 2013 |
| File Separate Pretrial Conf. Statements | February 2, 2013 | June 3, 2013 |
| Joint Pretrial Conference | Feb. 19, 2013, 2 PM | June 18, 2013 2 PM |
| Trial (5 Days) | April 23, 2013, 9 AM | Aug. 21, 2013, 9 AM |

////

{1511865.DOC;}   1

**Stipulation and Order to Extend Scheduling Order Dates and For Referral to Settlement Conference:
Case No. 2:11-CV-02230-WBS-JFM**

aforementioned deadlines to June 29, 2009.

**SO STIPULATED.**


Dated: July 8, 2012            THIMESCH LAW OFFICES
                               TIMOTHY S. THIMESCH

                                   /s/ Signature Authorized
                               Attorneys for Plaintiff
                               HOLLYNN D'LIL


Dated: July 8, 2012            CHARLES L. POST, ESQ.
                               weintraub genshlea chediak
                               tobin & tobin


                                   /s/ Signature Authorized
                               Attorneys for Defendants
                               RIVERBOAT DELTA KING, INC.


Dated: July 8, 2012            EILEEN M. TEICHERT, City Attorney
                               KATHLEEN T. ROGAN, Sr. Deputy

                                   /s/ Signature Authorized
                               Attorneys for Defendant
                               CITY OF SACRAMENTO


**ORDER**

SO ORDERED.  _____

_____

_____.


DATED:  _____
                               _____
                               HON. WILLIAM B. SHUBB
                               Judge of U.S. District Court


{1511865.DOC;}                    1

**Stipulation and Order to Extend Scheduling Order Dates and For Referral to Settlement Conference:
Case No. 2:11-CV-02230-WBS-JFM**