**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

CHARLES L. POST, State Bar No. 160443
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant
RIVERBOAT DELTA KING, INC.

EILEEN M. TEICHERT, City Attorney (SBN 167027)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsaCJ·amento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Attorneys for the CITY OF SACRAMENTO

Attorneys for Defendant CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>        Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.;<br>CITY OF SACRAMENTO; OLD<br>SACRAMENTO BUSINESS<br>ASSOCIATION, INC.,<br><br>        Defendants.<br>_____/ | CASE NO. 2:11-CV-02230-WBS-JFM<br>Civil Rights<br><br>**STIPULATION AND [Proposed] ORDER TO EXTEND SCHEDULING ORDER DATES; REQUEST FOR REFERRAL TO A SETTLEMENT CONFERENCE BEFORE THE ASSIGNED MAGISTRATE JUDGE** |

**TO THE COURT:**

The parties request that the Court grant an extension of all dates in the current trial scheduling order by approximately

{1511865.DOC;}                           1

**Stipulation and Order to Extend Scheduling Order Dates and For Referral to Settlement Conference:
Case No. 2:11-CV-02230-WBS-JFM**

120 days to accommodate the recent substitution of CHARLES POST, ESQ. as new counsel for Defendant Riverboat Delta King, Inc.  He requests a brief additional period of time to familiarize himself with the facts and current posture of the case..  The parties also seek the modification of certain scheduling order dates to allow for discussions concerning time to accommodate a possible resolution of the case.

As an update, Plaintiff represents that on November 20, 2011, she circulated to all Defendants a proposed consent decree to resolve all claims, and more recently she served requests for discovery, including written requests, depositions, subpoenas and a site inspection.  Attorney POST was retained and substituted as counsel of record on July 5, 2012. He seeks time to assess and respond to this discovery.  However, the Parties also seek the additional time to discuss a accommodate possible settlement while managing costs.  More recent talks about resolution are cooperative.  The parties are in the midst of scheduling a meeting on site with their consultants to discuss solutions and compromise.  They also request the setting of a Settlement Conference before the assigned Magistrate Judge, and represent that they will have this matter ready for such conference within 45 days.

Wherefore, the parties request that the court extend the scheduling order dates as follows:

////

{1511865.DOC;}                              1

**Stipulation and Order to Extend Scheduling Order Dates and For Referral to Settlement Conference:**
**Case No. 2:11-CV-02230-WBS-JFM**

| Deadlines and Dates | Current | Proposed |
|---|---|---|
| Expert Disclosures With Reports | July 16, 2012 | Oct. 15, 2012 |
| Completion of Discovery and Hear Discovery Motions | Sept. 3, 2012 | January 7, 2013 |
| File all motions except continuances and TROs | Dec. 10, 2012 | April 9, 2013 |
| File Separate Pretrial Conf. Statements | February 2, 2013 | **Plaintiff: June 10, 2013**<br>**Defendant: June 17, 2013** |
| Final Pretrial Conference | Feb. 19, 2013, 2 PM | **June 24, 2013 2:00 PM** |
| Jury Trial (5 Days) | April 23, 2013, 9 AM | **Aug. 20, 2013, 9:00 AM** |

////

{1511865.DOC;}                              1

**Stipulation and Order to Extend Scheduling Order Dates and For Referral to Settlement Conference:**
**Case No. 2:11-CV-02230-WBS-JFM**

**SO STIPULATED.**

Dated: July 8, 2012                THIMESCH LAW OFFICES
                                   TIMOTHY S. THIMESCH

                                   _____/s/ Signature Authorized_____
                                   Attorneys for Plaintiff
                                   HOLLYNN D'LIL

Dated: July 8, 2012                CHARLES L. POST, ESQ.
                                   weintraub genshlea chediak
                                   tobin & tobin

                                   _____/s/ Signature Authorized_____
                                   Attorneys for Defendants
                                   RIVERBOAT DELTA KING, INC.

Dated: July 8, 2012                EILEEN M. TEICHERT, City Attorney
                                   KATHLEEN T. ROGAN, Sr. Deputy

                                   _____/s/ Signature Authorized_____
                                   Attorneys for Defendant
                                   CITY OF SACRAMENTO

**ORDER**

**IT IS SO ORDERED.  Counsel are also required to adhere to Local Rule 270(b) regarding the referral of the settlement conference to the assigned magistrate judge in this action.**

DATED:     July 11, 2012

                         *[signature: William B. Shubb]*
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE

{1511865.DOC;}                          1

**Stipulation and Order to Extend Scheduling Order Dates and For Referral to Settlement Conference:
Case No. 2:11-CV-02230-WBS-JFM**