Charles L. Post, State Bar No. 160443
Donna L. Holtz, State Bar No. 186134
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email:  cpost@weintraub.com

Attorneys for Defendant
RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ., State Bar No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

SANDRA G. TALBOTT, Interim City Attorney, State Bar No. 140099
KATHLEEN T. ROGAN, Senior Deputy City Attorney, State Bar No. 186055
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Attorneys for the CITY OF SACRAMENTO

Attorneys for Defendant CITY OF SACRAMENTO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>          Plaintiff,<br><br>    vs.<br><br>RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO, OLD SACRAMENTO BUSINESS ASSOCIATION, INC., and DOES 1 THROUGH 50, inclusive<br><br>          Defendants. | Case No. 2:11-CV-02230-WBS-JFM<br>Civil Rights<br><br>**STIPULATION AND [Proposed] ORDER TO EXTEND SCHEDULING ORDER DATES** |

**TO THE COURT:**

The parties request that the Court grant an extension of all dates in the current trial scheduling order by approximately 105 days to accommodate the ongoing discovery. The parties have been diligently working to obtain documents from various City and State governmental agencies. Due to the nature of the *Delta King* as a floating vessel and the years in which the conversion of the *Delta King* from a floating vessel to a hotel occurred, the parties have had difficulty in locating and identifying the necessary documents and State and City agencies involved. The parties have also had difficulty locating the necessary parties involved with the City and State governmental agencies some of whom have long ago retired and moved out of state. The parties are in the midst of obtaining additional documents from various City and State agencies, including the City of Sacramento, Sacramento Housing and Redevelopment Agency and the State of California, Office of Historic Preservation. These additional documents are necessary and important to obtain in order to have a complete record before completing discovery and completing depositions, which depositions have been scheduled to occur at the end of this month. The information is also valuable for the experts to review and include in the expert disclosures that are due.

Wherefore, the parties request that the court extend the scheduling order dates as follows:

| Deadlines and Dates | Current | Proposed |
|---|---|---|
| Expert Disclosures With Reports | Oct. 15, 2012 | January 28, 2013 |
| Completion of Discovery and Hear Discovery Motions | January 7, 2013 | April 22, 2013 |
| File all motions except continuances and TROs | April 9, 2013 | July 23, 2013 |
| File Separate Pretrial Conf. Statements | Plaintiff: June 10, 2013<br>Defendant: June 17, 2013 | Plaintiff: Sept. 23, 2013<br>Defendant: Sept. 30, 2013 |

weintraub tobin chediak coleman grodin
law corporation

| | | |
|---|---|---|
| Final Pretrial Conference | June 24, 2013, 2 PM | **Oct. 15, 2013, 2:00 PM** |
| Trial (5 Days) | Aug. 20, 2013, 9 AM | **Dec. 3, 2013, 9:00 AM** |

///

IT IS SO STIPULATED:

Dated: October 12, 2012

**weintraub tobin** chediak coleman grodin
LAW CORPORATION

By: /s/ Donna L. Holtz
    Donna L. Holtz
    Attorneys for Defendant
    Riverboat Delta King, Inc.

Dated: October 12, 2012

THIMESCH LAW OFFICES

By: /s/ Timothy S. Thimesch
    Timothy S. Thimesch
    Attorneys for Plaintiff HOLLYNN D'LIL

Dated: October 12, 2012

SANDRA G. TALBOTT, Interim City Attorney
KATHLEEN T. ROGAN, Sr. Deputy

By: /s/ Kathleen T. Rogan
    Kathleen T. Rogan
    Attorneys for Defendant
    CITY OF SACRAMENTO

**ORDER**

Pursuant to the stipulation of the parties as set forth above, and good cause appearing therefore, IT IS SO ORDERED.

DONE AND ORDERED this 16th day of October, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE