1
2
3
4

Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

5
6
7
8

CHARLES L. POST, State Bar No. 160443
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

9

Attorneys for Defendant
RIVERBOAT DELTA KING, INC.

10
11
12
13

EILEEN M. TEICHERT, City Attorney (SBN 167027)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsaCJ·amento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Attorneys for the CITY OF SACRAMENTO

14

Attorneys for Defendant CITY OF SACRAMENTO

15

16
17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

18

HOLLYNN D'LIL,

CASE NO. 2:11-CV-02230-WBS-AC
Civil Rights

19

Plaintiff,

20

v.

**STATUS AND STIPULATION AND [Proposed] ORDER TO EXTEND EXPERT DISCLOSURE AND EXPERT DISCOVERY DATES**

21

RIVERBOAT DELTA KING, INC.;
CITY OF SACRAMENTO; OLD

22

SACRAMENTO BUSINESS
ASSOCIATION, INC.,

23

24

Defendants.
_____/

25

**TO THE COURT:**

26

As a status, the Parties completed a full-day of mediation

27

before Stephen Schrey, Esq. on February 13, 2012.  Currently,

28

they are continuing to explore settlement options with the

1

1  assistance of the mediator, and are completing productive

2  discovery to help resolve the issues.   To allow this process to

3  continue, and to provide the Parties with the opportunity to

4  complete discovery under existing deadlines before undertaking

5  the expense of disclosing experts and reports, the Parties

6  request the dates associated with experts be extended as

7  follows:

8

9

| Deadlines and Dates | Current | Proposed |
|---|---|---|
| Expert Disclosures With Reports | March 13, 2013 | June 15, 2013 |
| Rebuttal Expert Disclosures With Reports (Modified From FRCP Rule) | April 12, 2013 | June 25, 2013 |
| Completion of Discovery From Experts and Discovery Motions Related Thereto | June 5, 2013 | July 15, 2013 |

21  ////

22

23

24

25

26

27

28

1

1

2      **SO STIPULATED.**

3

4    Dated: July 8, 2012              THIMESCH LAW OFFICES
                                      TIMOTHY S. THIMESCH
5
                                          /s/ Signature Authorized
6                                     Attorneys for Plaintiff
                                      HOLLYNN D'LIL
7

8    Dated: July 8, 2012              CHARLES L. POST, ESQ.
                                      weintraub genshlea chediak
9                                     tobin & tobin

10
                                          /s/ Signature Authorized
11                                    Attorneys for Defendants
                                      RIVERBOAT DELTA KING, INC.
12

13   Dated: July 8, 2012              EILEEN M. TEICHERT, City Attorney
                                      KATHLEEN T. ROGAN, Sr. Deputy
14

15                                        /s/ Signature Authorized
                                      Attorneys for Defendant
16                                    CITY OF SACRAMENTO

17

18                                    **ORDER**

19        SO ORDERED.

20

21   DATED: March 13, 2013

22                                    HON. ALLISON CLAIRE
                                      Judge of U.S. District Court
23

24

25

26

27

28

                                      1