IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOLLYNN D'LIL,

          Plaintiff,                    No. 2:11-cv-2230 WBS AC

    vs.

RIVERBOAT DELTA KING, INC. *et al.*,

          Defendants.               <u>ORDER</u>

_____/

On May 14, 2013, the parties filed a stipulation to extend expert disclosure and discovery dates.  The docket reveals that the scheduling dates in this case have been modified multiple times.  <u>See</u> ECF Nos. 17, 23, 30, 37, 40.  With the current stipulation, the parties ask for a continuance of certain discovery-related deadlines:

| Deadlines and Dates | Current | Proposed |
| --- | --- | --- |
| Completion of Discovery and Motions Related Thereto | June 5, 2013 | August 1, 2013 |
| Expert Disclosures with Reports | June 15, 2013 | August 15, 2013 |

| Rebuttal Expert Disclosures With Reports (Modified From FRCP Rule) | June 25, 2013 | August 25, 2013 |
|---|---|---|
| Completion of Discovery From Experts and Discovery Motions Related Thereto | June 5, 2013 | September 5, 2013 |

The undersigned is concerned that these proposed dates are now encroaching too closely to the dates set forth in the January 25, 2013 pretrial scheduling order issued by the Honorable William B. Shubb and based on the stipulation of the parties.  See ECF No. 39. There, Judge Shubb set September 6, 2013 as the deadline for filing dispositive motions, November 25, 2013 as the date for the final pretrial conference, and January 22, 2014 as the trial date.  The court is disinclined to adopt the stipulation because the proposed date for the conclusion of expert-related discovery is only one day before the current date for filing dispositive motions.

Accordingly, IT IS HEREBY ORDERED that the court declines to adopt the May 14, 2013 stipulation of the parties as it relates to a continuance of the expert disclosure and discovery dates.  Should the parties so wish, they may resubmit their stipulation directly to Judge Shubb.

DATED: May 15, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;dlil2330.stip