**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

CHARLES L. POST, State Bar No. 160443
weintraub tobin chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant
RIVERBOAT DELTA KING, INC.

James Sanchez, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Email: KRogan@cityofsaCJ·amento.org

Attorneys for Defendant CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>      Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO; OLD SACRAMENTO BUSINESS ASSOCIATION, INC.,<br><br>      Defendants. | CASE NO. 2:11-CV-02230-WBS-AC<br>Civil Rights<br><br>**STATUS AND STIPULATION AND [Proposed] ORDER TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DATES** |

**TO THE COURT:**

This submission is made following the May 15, 2013 Order by the Hon. Allison Claire declining a joint request to extend <u>interim</u> discovery and expert disclosure deadlines because of "concern[] that these proposed dates are now encroaching too

closely to the dates set forth in the ...pretrial scheduling order..." However, Judge Claire granted leave to resubmit directly to this court. (ECF No. 42 at p. 2.)

To avoid this encroachment while gaining time necessary to conduct remaining essential discovery, the Parties re-submit this final request for an extension of **all** trial and trial related deadlines. The Parties submit there is substantial good cause for this further but final continuance of the scheduling order in this matter. While the Parties continue to cooperate in seeking a resolution short of trial, they are in the process of completing essential discovery in the case. That discovery concerns the construction and permit history of the conversion of on a historical riverboat to a hotel. The conversion occurred in the early to mid 1980's. One of the several significant contested issues in the case is whether the conversion complied with or deviated from the California Building Code, and whether such deviations, if any, were properly authorized by the appropriate authorities. The search for records or testimony concerning the conversion of the vessel to a floating hotel has been complicated by the passage of time and the fact that records that defendants believe exist have not yet been found. These records and testimony will likely form the basis of the alleged legal obligations at issue in the case. Whether or not Plaintiff ends up contesting the existence of these records, their absence has necessitated an extensive search for, and discovery of, persons involved in the project in the early to mid 1980's. Many of these witnesses or potential witnesses long ago retired from employment with the City and/or have moved out

{1636804.DOC;}                              2
**Status and Stipulation and Order to Extend Expert Disclosure and Discovery Dates**
**Case No. 2:11-CV-02230-WBS-AC**

of state.  Their testimony is critical to presentation of the issues. The existence or nonexistence of these records is also likely to critical to expert testimony.  The conclusions experts may draw will likely vary depending upon the state of the evidence of the vessel's construction and permit history.  Recently, Plaintiff took the deposition of Solon "Doc" Wisham, who served in the City Manager's office in the 1980's. That deposition has made clear the need for further discovery of City Building Department personnel.  The parties are now working to arrange the deposition of Tim Sullivan, a retired City Building department employee.  The parties understand and believe that Mr. Sullivan's testimony will be important to a full understanding of the vessel's history.  This stipulation seeks the minimum reasonable extension of time for this critical discovery to occur.  Therefore, the Parties respectfully request a final 60-Day extension of trial and pre-trial related dates as follows:

| Deadlines and Dates | Current | Proposed |
|---|---|---|
| Completion of Discovery and Motions Related Thereto | June 5, 2013 | **August 5, 2013** |
| Expert Disclosures With Reports | June 15, 2013 | **August 15, 2013** |
| Rebuttal Expert Disclosures With Reports (Modified From FRCP Rule) | June 25, 2013 | **August 26, 2013** |
| Completion of Discovery From Experts and Discovery Motions Related Thereto | July 15, 2013 | **Sept. 16, 2013** |

| | | |
|---|---|---|
| File all motions except continuances and TROs | Sept. 6, 2013 | Nov. 6, 2013 |
| File Separate Pretrial Conf. Statements | <u>Plaintiff:</u><br>Nov. 12, 2013<br><u>Defendant:</u><br>Nov. 18, 2013 | <u>Plaintiff:</u><br>**Jan. 13, 2014**<br><u>Defendant:</u><br>**Jan. 21, 20**14 |
| Final Pretrial Conference | Nov. 25, 2013, 2 PM | **February 3, 2014** 2:00 PM |
| Trial (5 days) | Jan. 22, 2014, 9 AM | **March 25, 2014,** 9:00 AM |

**SO STIPULATED.**

Dated: May 17, 2013            THIMESCH LAW OFFICES
                               TIMOTHY S. THIMESCH

                                   /s/ Signature Authorized
                               Attorneys for Plaintiff
                               HOLLYNN D'LIL

Dated: May 17, 2013            CHARLES L. POST, ESQ.
                               weintraub genshlea chediak
                               tobin & tobin

                                   /s/ - Charles L. Post
                               Attorneys for Defendants
                               RIVERBOAT DELTA KING, INC.

Dated: May 17, 2013            James Sanchez, City Attorney
                               KATHLEEN T. ROGAN, Sr. Deputy

                                   /s/ Signature Authorized
                               Attorneys for Defendant
                               CITY OF SACRAMENTO

**ORDER**

IT IS SO ORDERED.

Dated:  May 20, 2013

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE