James Sanchez, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Attorneys for the CITY OF SACRAMENTO

Attorneys for Defendant CITY OF SACRAMENTO

CHARLES L. POST, State Bar No. 160443
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>　　　Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO; OLD SACRAMENTO BUSINESS ASSOCIATION, INC.,<br><br>　　　Defendants.　　　　／ | CASE NO. 2:11-CV-02230-WBS-AC<br>Civil Rights<br><br>**STATUS AND STIPULATION AND [~~Proposed~~] ORDER TO EXTEND PRETRIAL SCHEDULING ORDER DATES** |

**TO THE COURT:**

A further modification of the pretrial scheduling order in this case may result in its final settlement, or if settlement is not reached, to a more efficient adjudication of the issues remaining between the parties. Although hotly contested, the case continues to enjoy a high degree of cooperation between the

---
**Status and Stipulation and Order to Extend Expert Disclosure and Discovery Dates**
**Case No. 2:11-CV-02230-WBS-AC**

parties. This will serve as a status report on resolution status, a request for further continuance of time to complete further settlement discussions, further discovery and pretrial submissions. The general availability of all proposed dates have been pre-checked with the Court's Calendar Deputy.

As a status, Plaintiff has reached a proposed partial settlement with Defendant City of Sacramento in the form of a proposed Consent Decree. Its submission is imminent, but partially impeded by mutual interest of Defendant Riverboat Delta King, Inc. (Delta King). The complicating factors are the K Street Landing Barge, which provides vertical access from the boardwalk down to the Delta King, and the riverfront's head pier while accounting for tidal movements and the Aft Service Ramp leading to the hotel registration lobby entrance. Each of these issues concern engineering constraints as well as the mutual leasehold interests of Delta King. Cross-disciplinary experts have now been retained in an attempt to resolve these issues. The necessary expertise in these discussions include naval architecture, elevator construction, and structural engineering. Through this assistance, the Parties are exploring a couple of options. They are hopeful that these efforts will result in a resolution.

Separately, Plaintiff Counsel and Defense Counsel for Delta King are engaging discussions around a compromised-set of injunctive relief concerning the Delta King structure, and with the objective that this will resolve all issues without the necessity of dispositive motions or trial. These discussions will also include a discussion involving both defendants

concerning Plaintiff's alleged claim for an award of reasonable statutory attorney's fees, litigation expenses and costs.

The Parties are cognizant that the Court has granted several earlier continuances.  This is an unusual case, one that combines history, maritime usage and applicable building codes in equal and often confusing part. The relevant history spans at least thirty years and perhaps as long as eight decades.  Lost and missing records have compounded the difficulty of discovering and settling this case. The Parties represent that on each occasion they have made diligent use of this time and materially advanced the resolution status.  They also represent that this further extension will advance the prospects for a productive settlement discussion and/or clarify and simply the issue to be adjudicated by the court should settlement not be reached.

The parties have agreed to conduct expedited additional discovery.  The Delta King's reliance on the historic building code has necessitated some additional discovery, which all parties have agreed to expedite

Therefore, the Parties respectfully request a further extension of trial and pre-trial related dates as follows:

| Deadlines and Dates | Current | Proposed |
|---|---|---|
| Amend Pleadings | | March 6, 2014 |
| Completion of Discovery and Motions Related Thereto | Expired | May 6, 2014 |
| Expert Disclosures With Reports | Dec. 16, 2013 | May 15, 2014 |

| | | |
|---|---|---|
| Rebuttal Expert Disclosures With Reports (Modified From FRCP Rule) | Jan. 6, 2014 | May 27, 2014 |
| Completion of Discovery From Experts and Discovery Motions Related Thereto | Feb. 18, 2014 | June 16, 2014 |
| File all motions except continuances and TROs | March 6, 2014 | July 15, 2014 |
| File Separate Pretrial Conf. Statements | <u>Plaintiff</u>: May 14, 2014<br><u>Defendant</u>: May 21, 2014 | <u>Plaintiff</u>: Aug. 15, 2014<br><u>Defendant</u>: Aug. 22, 2014 |
| Final Pretrial Conference | May 27, 2014, 2 PM | Sept. 29, 2014, 2:00 PM |
| Trial (5 days) | July 22, 2014, 9 AM | Oct. 21, 2014, 9:00 AM |

---

**Status and Stipulation and Order to Extend Expert Disclosure and Discovery Dates**
**Case No. 2:11-CV-02230-WBS-AC**

**SO STIPULATED.**

Dated: February 25, 2014          James Sanchez, City Attorney
                                  KATHLEEN T. ROGAN, Sr. Deputy


                                  _____/s/ Kathleen T. Rogan_____
                                  Attorneys for Defendant
                                  CITY OF SACRAMENTO

Dated: February 25, 2014          CHARLES L. POST, ESQ.
                                  weintraub genshlea chediak
                                  tobin & tobin


                                  _____/s/ - Signature Authorized__
                                  Attorneys for Defendants
                                  RIVERBOAT DELTA KING, INC.

Dated: February 25, 2014          THIMESCH LAW OFFICES
                                  TIMOTHY S. THIMESCH

                                  _____/s/ Signature Authorized___
                                  Attorneys for Plaintiff
                                  HOLLYNN D'LIL



**ORDER**

SO ORDERED.

Dated:   February 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**Status and Stipulation and Order to Extend Expert Disclosure and Discovery Dates**
**Case No. 2:11-CV-02230-WBS-AC**