James Sanchez, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsaCJ·amento.org
CITY OF SACRAMENTO
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Attorneys for the CITY OF SACRAMENTO

Attorneys for Defendant CITY OF SACRAMENTO

CHARLES L. POST, State Bar No. 160443
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL, <br><br> Plaintiff, <br><br> v. <br><br> RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO; OLD SACRAMENTO BUSINESS ASSOCIATION, INC., <br><br> Defendants. | CASE NO. 2:11-CV-02230-WBS-AC <br> Civil Rights <br><br> **AMENDED STATUS AND STIPULATION AND [Proposed] ORDER TO EXTEND THE DEADLINE BY ONE WEEK FOR FILING CROSS-DISPOSITIVE MOTIONS, TO SPECIALLY-SET THE DISPOSITIVE HEARING FOR SEPTEMBER 8, 2014, AND FOR A SHORT ACCOMMODATING-EXTENSION OF TRIAL AND PRETRIAL** |

**TO THE COURT:**

Plaintiff and the City of Sacramento are presently negotiating the submission of a proposed Consent Decree Judgment

---

**Status and Stipulation to Extend Dispositive Motions Filing Deadline**
**Case No. 2:11-CV-02230-WBS-AC**

that they believe will partially or fully resolve all of Plaintiff's claims as to the City.  They have also already settled Plaintiff's associated statutory damage claim as to the City.  They believe they are down to negotiating the last claim.

The parties believe the balance of the claims, including those associated with remaining Defendant Riverboat Delta King, Inc., have a substantial probability of fully or partially resolving through cross-dispositive motions.

With regard to the briefing schedule, and to accommodate plaintiff's counsel, who is presently heavily involved in another briefing matter, the parties hereby stipulate and request an extension by one week of the present July 15, 2014 deadline for filing dispositive motions.  The Parties propose a new deadline of July 22, 2014.

Additionally, the parties also request that the Court specially set the hearing on cross-dispositive motions for September 8, 2014 at 2:00 p.m.  The parties have consulted the Court's calendar deputy and understand that this date is presently available.

Finally, and in order to accommodate all parties and the Court having a sufficient opportunity to consider the order on cross-dispositive-motions before addressing pretrial matters, the Parties propose the following new dates for Pretrial and
////

**Status and Stipulation to Extend Dispositive Motions Filing Deadline**
**Case No. 2:11-CV-02230-WBS-AC**

Trial, which have also been discussed with the calendar deputy:

    Pretrial Conference: October 27, 2014, 2:00 PM

        (Plaintiff's Separate Statement due on October 13 and Defendants' on October 20)

    Trial: December 9, 2014 at 9:00 AM

**SO STIPULATED.**

Dated: July 12, 2014       James Sanchez, City Attorney
                                   KATHLEEN T. ROGAN, Sr. Deputy

                                   /s/ Signature Authorized
                                   Attorneys for Defendant
                                   CITY OF SACRAMENTO

Dated: July 12, 2014      CHARLES L. POST, ESQ.
                                   weintraub genshlea chediak
                                   tobin & tobin

                                   /s/ - Charles L. Post
                                   Attorneys for Defendants
                                   RIVERBOAT DELTA KING, INC.

Dated: July 12, 2014      THIMESCH LAW OFFICES
                                   TIMOTHY S. THIMESCH

                                   /s/ Signature Authorized
                                   Attorneys for Plaintiff
                                   HOLLYNN D'LIL

                                  **ORDER**

    SO ORDERED.

Dated: July 18, 2014

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE