CHARLES L. POST, State Bar No. 160443
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.;<br>CITY OF SACRAMENTO; OLD<br>SACRAMENTO BUSINESS<br>ASSOCIATION, INC.,<br><br>    Defendants. | CASE NO. 2:11-CV-02230-WBS-AC<br>Civil Rights<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION** |

**TO THE COURT:**

On July 22, 2014, Defendant Riverboat Delta King ("Delta King") filed is Motion for Summary Adjudication ("MSA"). Plaintiff Hollynn D'Lil's ("Plaintiff") opposition to Delta King's MSA is due on August 25, 2014. Delta King's reply to Plaintiff's opposition is due four days later on August 29, 2014.

Delta King and Plaintiff previously stipulated on multiple occasions to modify the Court's scheduling order. In stipulating to modify the briefing schedule for the filing of dispositive motions, the parties inadvertently only allowed four days for Delta King to prepare and file its reply to Plaintiff's opposition. Therefore, Plaintiff and Delta King respectfully request that the deadline for Delta King to file its reply to Plaintiff's opposition to motion for summary adjudication be extended from August 29, 2014, to September 2, 2014.

**IT IS SO STIPULATED.**

Dated: August 18, 2014        weintraub tobin chediak coleman grodin law corporation

/s/ - Charles L. Post
CHARLES L. POST, ESQ.
Attorneys for Defendant
RIVERBOAT DELTA KING, INC.

Dated: August 18, 2014        THIMESCH LAW OFFICES

/s/ Signature Authorized
TIMOTHY S. THIMESCH
Attorneys for Plaintiff
HOLLYNN D'LIL

**ORDER**

SO ORDERED.

Dated: August 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE