James Sanchez, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsaCJ·amento.org
CITY OF SACRAMENTO
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Attorneys for the CITY OF SACRAMENTO

Attorneys for Defendant CITY OF SACRAMENTO

CHARLES L. POST, State Bar No. 160443
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.;<br>CITY OF SACRAMENTO; OLD<br>SACRAMENTO BUSINESS<br>ASSOCIATION, INC.,<br><br>    Defendants.<br>_____/ | CASE NO. 2:11-CV-02230-WBS-AC<br>Civil Rights<br><br>**PLAINTIFF'S STIPULATED APPLICATION FOR AN EXTENSION OF TIME TO FILE OPPOSITION AND REPLY PAPERS RE PENDING MOTION FOR SUMMARY ADJUDICATION OR ALTERNATIVE STAY** |

**TO THE COURT:**

Presently the deadline for opposition papers on the pending Motion for Summary Adjudication or Alternative Stay is August 25, 2014, and for reply papers, September 2, 2014. Plaintiff applies for an additional 36 hours to complete her opposition papers, or through Noon on August 27, 2014.  There is

---

**Stipulated Application for 36-Hour Extension of Time to File Reply and Opposition Papers**
**Case No. 2:11-CV-02230-WBS-AC**

good cause. Plaintiff's counsel represents he is working diligently to both complete and shorten briefing and necessary coordination of exhibits and affidavits, which will provide the Court with a better and more adequate presentation. Defendants do not oppose so long as they are also granted an additional 36 hours for their reply, or through Noon on September 5, 2014. The hearing is presently set for September 22, 2014.

**IT IS SO STIPULATED.**

Dated: August 25, 2014        James Sanchez, City Attorney
                              KATHLEEN T. ROGAN, Sr. Deputy

                                    /s/ Signature Authorized
                              Attorneys for Defendant
                              CITY OF SACRAMENTO

Dated: August 25, 2014        CHARLES L. POST, ESQ.
                              weintraub genshlea chediak
                              tobin & tobin

                                    /s/ - Charles L. Post
                              Attorneys for Defendants
                              RIVERBOAT DELTA KING, INC.

Dated: August 25, 2014        THIMESCH LAW OFFICES
                              TIMOTHY S. THIMESCH

                                    /s/ Signature Authorized
                              Attorneys for Plaintiff
                              HOLLYNN D'LIL

**ORDER**

SO ORDERED.

Dated: August 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**Stipulated Application for 36-Hour Extension of Time to File Reply and Opposition Papers**
**Case No. 2:11-CV-02230-WBS-AC**