Plaintiff's
# EXHIBIT 200

1

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

3

4

5

6

7

8

9

10

HOLLYNN D'LIL                                    )          CIVIL NO. 2: 11-CV-02230-WBS-CA
                                                 )
          Plaintiff,                             )
                                                 )
                                                 )
                                                 )
     vs.                                         )
                                                 )
RIVERBOAT DELTA KING, INC.,                      )
                                                 )
          Defendants.                            )
                                                 )
                                                 )
_____)

11

## DECLARATION AND REPORT OF PETER BLANCK, Ph.D., J.D.

12        I, Peter Blanck, do hereby declare under penalty of perjury the following is true and

13   correct.

14   **I.      Qualifications of Expert**

15        1.      I hold the rank of University Professor at Syracuse University, which is the

16   highest faculty rank at the University.[1] I am the Chairman of the Burton Blatt Institute ("BBI")

17   at Syracuse University, which is dedicated to advancing the civic, economic, and social

18   participation of persons with disabilities worldwide.[2] I am Chairman of the Global Universal

19   Design Commission (GUDC), a not-for-profit corporation, which is creating consensual and

20   voluntary standards, so that private and public buildings, programs, products, services, and

21   technology worldwide may be accessible to and useable by persons with disabilities.[3]

22        2.      I received a Ph.D. in Social Psychology from Harvard University and a Juris

23   Doctorate from Stanford University, where I was President of the *Stanford Law Review*. I have

24   published more than 150 articles and books on the Americans with Disabilities Act (ADA) and

25   other disability laws and policies.  I have received millions of dollars in grants from federal

26

27   _____

[1] I hold other appointments at Syracuse University in the Colleges of Law and Arts and Sciences, School of Education, Falk College, and the Maxwell School.

28   [2] BBI is a global leader in research, education, training, technical assistance, and outreach for persons with disabilities in employment, community living, and social participation. See http://bbi.syr.edu.

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

1   agencies such as the U.S. Departments of Labor, Education, and Veterans Affairs, the National

2   Council on Disability, and from foundations such as the Annenberg Foundation, addressing

3   discrimination facing persons with disabilities in all aspects of daily life. I have conducted and

4   collaborated on studies on disability law and policy, on discrimination facing persons with

5   disabilities in society, private and public programs, and on organizational attitudes, policies,

6   and procedures. I have studied "best practices" in the inclusion of persons with disabilities,

7   including for those with mobility impairments, in the public and private sectors.[4]

8       3.    I have testified before Congress, the Equal Employment Opportunity

9   Commission (EEOC), and federal and state administrative bodies on disability matters. I have

10   been a Senior Fellow of the Annenberg Washington Program. I am a former member of the

11   President's Committee on Employment of Persons with Disabilities. I also have been chair of

12   the American Psychological Association's Committee on Standards in Research and

13   Commissioner on the American Bar Association's Commission on Mental and Physical

14   Disability Law. I have been an advisor, consultant, and reviewer for government-administered

15   projects, and court-appointed officer for the U.S. District Court, District of Wyoming, relating

16   to development and oversight of inclusive services and programs for persons with disabilities.[5]

17       4.    My articles and books are published in peer-reviewed journals, law reviews, and

18   other scholarly venues. I have given lectures across the country and internationally, and to U.S.

19   federal and state governmental agencies on the social and economic participation in society of

20   persons with disabilities. My treatise and casebooks on the Americans with Disabilities Act

21   (ADA), disability policy, law and research are widely used.[6]

22       5.    My research examines the underpinnings and damaging effects of discrimination

23   facing persons with physical and mental disabilities. My colleagues and I study organizational

24

25   [3] See http://globaluniversaldesign.com.

   [4] See http://bbi.syr.edu.

26   [5] E.g., I served as the court-appointed Facilitator in settlement of the class action *Chris S., et al. v. Jim Geringer, et al.*, 2:94-CV-00311-ABJ (D.Wyo. Dec. 29, 1994), and from 1991 to 1996, as Chairman of the Quality Assurance Committee and member of the Compliance Advisory Board in the settlement of

27   the class action *Weston v. Wyoming State Training School*, 2:90-CV-0004 (D.Wyo. Apr. 27, 1994).

28   [6] See, e.g., Peter Blanck et al., *Disability Civil Rights Law and Policy* (3d ed. 2014, with Siegel, Waterstone, & Myhill) Thomson/West Publishers.

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

policies, training, and best practices that may lessen the negative effects of attitudinal

discrimination, stereotypes, and bias resulting from practices by public and private

organizations providing services and activities to persons with disabilities and the general

public.[7] The findings show unfounded stereotypes about persons with disabilities often include

unwarranted fears about cost and disruption of accommodations to programs and services, and

paternalistic views about the capabilities and safety of persons with disabilities in services

provided by public accommodations.

      6.    In the last four years, I have testified as an expert in trial in:

- *Ross and Ross v. Hatch* (Newport News Circuit Court, Virginia, 2013) (guardianship proceeding);
- *Brooklyn Center for Independence of the Disabled, et al. v. Bloomberg* (U.S.D.C. Southern Dist. NY, 2013) (emergency preparation for persons with disabilities).

      7.    In the last four years, I have been deposed as an expert witness in:

- *Stringer* v. *Durham School Services,* Case No. RG07346954 (Calif. Superior Ct. 2010) (organizational policies and accommodations for equal access for a child who used a wheelchair in school bus transportation services);
- *Rivas-Parker v. Attractions Hawaii*, Case No. 10-00164 KSC (Dist. Ct. Dist. HI 2012) (organizational policies and practices in equal access and accommodations for a blind individual to participate in commercial services);
- *McConnell v. Donahoe, et al.,* Case No. 520-2010-00280X (EEOC, NY 2014) (organizational policies, procedures, and practices in accommodations for injured on duty and disabled Post Office employees).

    A copy of my curriculum vitae is attached as Exhibit A. My fee in this matter is $500 per hour. I charge for transportation and out-of-pocket expenses. I charge $650 per hour for

---

[7] See, e.g., Peter Blanck, "The Right to Live in the World": Disability Yesterday, Today, and Tomorrow, 2008 Jacobus tenBroek Disability Law Symposium, *Texas Journal on Civil Liberties and Civil Rights*, 13, 367-401 (2008).

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Plaintiff's Initial Disclosure: Case No. 2:11-CV-02230-WBS-JFM    — 3 —

1   deposition and courtroom testimony.

2   **II.   Background, Assignment and Approach**

3      **A. Background**

4         8.      I am retained by plaintiff's counsel who asked me to review materials pertaining

5   to allegations of disability discrimination by plaintiff Ms. HolLynn D'Lil in violation of the

6   Americans with Disabilities Act (ADA) and California state law. My understanding of the

7   circumstances in dispute is drawn from court filings, legal discovery, and other materials sent

8   to me by plaintiff's counsel to date, my telephone interview with Ms. HolLynn D'Lil, as well

9   as my research, writings, and experiences.

10        9.      HolLynn D'Lil, 69 years of age, is a person with a physical (mobility) disability.

11  In 1967, an automobile accident resulted in her paraplegia. For several decades, she lived and

12  worked in Sacramento raising two children as a single mother.  Ms. D'Lil is now retired and

13  lives in Graton, California, a town in Sonoma approximately two hours from Sacramento. Ms.

14  D'Lil retains contacts in Sacramento and returns to visit friends and participate in legislative

15  activities, occasionally dining and staying overnight.

16        10.     Defendant Riverboat Delta King, Inc., owns and operates a converted riverboat

17  called the Delta King that is permanently moored along the river in Old Town Sacramento,

18  which operates the Delta King Hotel, Delta King Theatre, Pilot House Restaurant, and Delta

19  Bar & Grill. Based on my research, writings, and experiences, these businesses would be

20  considered a "public accommodation," as defined under ADA title III and related California

21  law, as a commercial leisure business open to the public.[8]  Under ADA title III, public

22  accommodations consist of categories of businesses that affect commerce, such as a place of

23  lodging, a restaurant, and a bar.  (28 C.F.R. § 36.104 (2013)). Defendant Riverboat Delta King,

24  thus operates multiple public accommodations under title III and Californian laws.

25        11.     Under ADA title III: "No individual shall be discriminated against on the basis

26  of disability in the full and equal enjoyment of the goods, services, facilities, privileges,

27  advantages, or accommodations of any place of public accommodation ... ." (42 U.S.C.

28

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Plaintiff's Initial Disclosure: Case No. 2:11-CV-02230-WBS-JFM            — 4 —

§ 12182 (2006)). Discrimination under Title III is defined broadly to include failure to make reasonable modifications of policies, practices and procedures, failure to ensure effective communication, failure to take steps to make facilities physically accessible, or to use eligibility criteria that tend to screen out or exclude persons with disabilities. The defenses to a charge of discrimination rely on concepts of undue burden, fundamental alteration, direct threat of serious injury, and what is "readily achievable."[9]

12.     As part of my assignment, I reviewed among the following documents:

a.   A recent picture of Ms. D'Lil.

b.   A copy of her letter to Delta King of April 9, 2011.

c.   The Complaint of August 23, 2011.

d.   The Answer of Delta King, dated September 28, 2011.

e.   A history of the Delta King from Deltaking.com and Maritime Matters.[10]

f.   Photographs of the entry into the designated accessible hotel room No. 320.

g.   Photographs of the elevator lobby on the third floor, grand staircase leading to the Delta Bar & Grill, seating area in the lobby at the base of the grand staircase, exterior dining patios that surround three sides of the bar, as well as those surrounding the Capital City Room below. Additionally, I viewed pictures of the purported two inch high thresholds for exiting the elevator lobby to access to the dining patio outside the Capital City Room.

h.   Photographs of a band that plays at the Delta Bar & Grill on "Irish Nights."

i.   Excerpts of the depositions of officers of the corporation, Charles Coyne, Ed Coyne, and Michael Coyne; Chief Building official Tim Sullivan, and Joanna Stevens, a draftsperson.

---

[8] See Blanck, et al., *Disability Civil Rights Law and Policy*, ch. 5, at 450, passim.
[9] Title III also provides that discrimination includes: failure to make reasonable modifications in policies, practices, or procedures, when such modifications are necessary to afford such goods and services and accommodations to individuals with disabilities, unless the entity can demonstrate that such modifications would fundamentally alter the nature of the goods, services, or accommodations. 42 U.S.C. § 12182(b)(2)(a)(ii); 28 C.F.R. § 36.302(a). See, e.g., Blanck et al., *supra*, ch. 5.
[10] See http://deltaking.com/our-history/ and http://maritimematters.com/2010/06/the-delta-king-california%E2%80%99s-monarch-by-shawn-j-dake/.

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

1        j.    Excerpts of Delta King Responses to Interrogatories, Set One.

2        k.    Page A-10 of Exhibit 1 ("blueprints" from the conversion).

3    13.    In addition, on June 17, 2014, I interviewed Ms. D'Lil via telephone about the

4    circumstances in this matter. Ms. D'Lil told me that in March 2011, she had planned a trip to

5    Sacramento to visit friends and to attend a seminar offered by the California Department of

6    Parks and Recreation. She wanted to arrive ahead of her activities scheduled for March 25, so

7    she may have dinner with friends the night before. After exploring possibilities online, she

8    decided to try the Delta King Hotel and the Delta Bar & Grill. After booking her room through

9    hotels.com, she contacted the Hotel, asked about the configuration of her room, and was

10   allegedly assured that it was "accessible."

11   14.    On March 24, 2011, Ms. D'Lil arrived at the hotel. The relevant part of her trip

12   for my purposes relates to Ms. D'Lil's experiences with the hotel room and the Delta Bar &

13   Grill. Upon checking in to the Hotel, Ms. D'Lil describes that her assigned room was not

14   accessible for her wheelchair use. For purposes here, I rely upon Ms. D'Lil's description of the

15   architectural barriers encountered. I do not purport to be an architectural expert and express no

16   opinions thereon. Ms. D'Lil describes that the landings on the sides of the bathroom door

17   provided insufficient space for a person using a wheelchair to safely operate the door. She

18   alleges that a wheelchair user that manages to enter the bathroom faces a cramped door landing

19   on the inside that makes it difficult to turn and close the door. She alleges that if the door was

20   closed, such as with the assistance of another, the insufficiently-sized door landing on the

21   inside and the absence of a connecting path of travel, would result in a user facing the toilet or

22   shower and be prevented from safely exiting because she would not be able to turn around and

23   operate the latch. This circumstance required Ms. D'Lil to seek a room in a different hotel.

24   15.    Ms. D'Lil also describes her plans to dine with friends that night at the Delta Bar

25   & Grill. However, she was informed that the means of access to that bar required ascending a

26   flight of stairs. Also, she contends that she was not informed that accommodations for bar

27   services were offered on the third level. Ms. D'Lil, therefore, arranged to meet and dine with

28   her friends elsewhere. My understanding is that Delta King contends that it has provided

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Plaintiff's Initial Disclosure: Case No. 2:11-CV-02230-WBS-JFM          — 6 —

"equivalent facilitation" of their services to wheelchair users in the elevator lobby; that is, when a wheelchair user inquires about accessing the bar upstairs, they may inform her that the bar is not wheelchair accessible and offer a table for service at the bottom of the grand staircase. My opinions herein are related to this concept of "equivalent facilitation," based on my research, writings, and experiences. I understand that defendants contend that service at the base of the stairs is an "equivalent" or "reasonable" form of "accommodation." I also understand that unique services are available in the Delta Bar & Grill; for example, there is a U-shaped bar that allows patrons to interact, there are chairs, couches, coffee tables for conversations to occur, live entertainment is provided on certain nights, and there is a TV to view sporting events.

16.     I was not presented with (and I understand from plaintiff's counsel that defendant did not produce) policies, procedures, and practices for ADA access and accommodation processes for staff, customers, and their guests, and, ADA and antidiscrimination policies and procedures for communicating with and providing equal access to guests as to the Riverboat's programs and services.

**B. Assignment**

17.     Based on my understanding of the circumstances in this case, my prior research, writings, and experience, and body of relevant social science study with which I am familiar and have reviewed, I was asked to provide opinions as to the following initial two questions:

(1)     Whether individuals with disabilities in general, and persons with physical impairments in particular, commonly face in society attitudinal bias, prejudice, and stigma because of their disabilities that are exclusionary and paternalistic?

(2)     Whether the Delta King's provision of services, such as offered at the bottom of the grand staircase and in their guestrooms, constituted "equivalent facilitation," as that term of accommodation is expressed in the ADA and state law, or whether such separate service marginalizes and stigmatizes persons with mobility disabilities in accord with my prior research, writings, and experiences.

**C. Approach**

18.     For my assignment, as mentioned, I reviewed materials sent to me to date by

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Plaintiff's Initial Disclosure: Case No. 2:11-CV-02230-WBS-JFM                    — 7 —

1   plaintiff's counsel. My initial opinions are based on these materials, my telephone interview

2   with Ms. D'Lil, as well as on my research, writings, and experiences, and social scientific

3   research on attitudes, behavior, and best practice toward persons with disabilities. For instance,

4   in the peer-reviewed journal *Behavioral Sciences and the Law*, I edited and contributed

5   research to a special journal issue on "Corporate Culture and Disability."[11] My colleagues and I

6   examined issues such as how organizational policies and best practices facilitate or hinder the

7   equal inclusion and accommodation of people with disabilities in society.

8   **III.**   **Opinions**

9        19.    Based on my experience, review, and analysis, I conclude individuals with

10   disabilities in general, and persons with physical impairments in particular, commonly face in

11   society attitudinal bias, prejudice, and stigma because of their disabilities that are exclusionary

12   and paternalistic. In addition, my research and that of others shows that when a commercial

13   business, such as Riverboat Delta King, which is an ADA public accommodation, lacks

14   effective and adequate disability accommodation policies, procedures, and training, as well as

15   an organizational commitment to the inclusion and reasonable accommodation of persons with

16   disabilities, their services often are exclusionary, unequal, and discriminatory toward those

17   disabled customers who are qualified to participate in the activities offered to the public.

18        20.    The circumstances alleged herein (that Riverboat Delta King had inadequate

19   policies, practices and procedures with regard to the reasonable accommodation of its guests

20   with mobility disabilities, and that it incorrectly presumed that an "equivalent" service

21   constituted service at the bottom of the grand staircase), is consistent with my and others'

22   research and findings that the exclusion in society of persons with disabilities often leads to

23   embarrassment and stigma, and to the provision of separate and not equal services to disabled

24   individuals. Research shows that this segregation leads to societal and individual harm, and it

25   diminishes individual self-worth by negatively impacting individual inclusion and participation

26   in society. I base this opinion on the facts presented to me that the Delta Bar & Grill's separate

27

28

---

[11] See, e.g., Peter Blanck & Helen Schartz, Special Issue: Corporate Culture and Disability, *Behavioral Sciences and the Law* 23: 1–2 (2005).

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

1  tableside service provided at the base of the grand staircase is not reasonably equivalent to the

2  experience offered to patrons without mobility impairments.

3  **IV.    Basis for Opinions**

4        21.    "Persons with physical and mental disabilities are among those minority groups

5  most stigmatized by society. They are targets of negative stereotypes, are devalued by those

6  sharing mainstream culture values, and suffer negative interpersonal and economic

7  consequences."[12] The substantial body of social science research shows people with disabilities

8  (and people with mobility impairments) are susceptible to stereotyping and bias in regard to

9  equal inclusion in daily life activities. Unwarranted reliance on misinformed biases[13] and

10  stereotypes about the abilities of people with disabilities further often leads to the unnecessary

11  exclusion of these individuals from society. Research, my own and by others, shows bias

12  toward people with disabilities may be mitigated when decision makers are held accountable

13  for their decisions through clear policies, procedures, and best practices.[14]

14        22.    In my article, "The Right to Live in the World: Disability Yesterday, Today, and

15  Tomorrow," among other topics, I analyzed the reasons why the article's title argued for full

16  and equal participation in society, as established in laws like the ADA. Thus, Dr. tenBroek

17  wrote "disability more often than not play[s] little role in determining [integration in society].

18  … Rather, that judgment for the most part results from … *public attitudes, attitudes which not*

19  *infrequently are quite erroneous and misconceived*."[15] Dr. tenBroek commented these negative

20  attitudes about people with disabilities include:

21

---

22  [12] Mollie W. Marti & Peter Blanck, Attitudes, Behavior, and the ADA, in P.D. Blanck (ed.),
    *Employment, Disability, and the Americans with Disabilities Act: Issues in Law, Public Policy, and*

23  *Research*, 356-84, Northwestern University Press (2000) (citations omitted). See also Peter Blanck &
    Mollie W. Marti, Attitudes, Behavior, and the Employment Provisions of the Americans with

24  Disabilities Act, *Villanova Law Review*, 42(2), 345-408 (1997).

25  [13] E.g., Linda Krieger, The contents of our categories: A cognitive bias approach to discrimination and
    equal employment opportunity, *Stanford Law Review*, 47, 1161-248 (1995).

26  [14] E.g., Leonard Sandler & Peter Blanck, P, Accessibility as a Corporate Article of Faith at Microsoft:
    Case Study of Corporate Culture and Human Resource Dimensions, *Behavioral Sciences & the Law*,

27  23(1), 39-64 (2005).
    [15] Blanck, "The Right to Live in the World": Disability Yesterday, Today, and Tomorrow, *Texas*

28  *Journal on Civil Liberties and Civil Rights*, at 389 (quoting Jacobus tenBroek, The Right to Live in the
    World: The Disabled in the Law of Torts, 54 CAL. L. REV. 841, 842 (1966) (emphasis added)).

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Plaintiff's Initial Disclosure: Case No. 2:11-CV-02230-WBS-JFM                    — 9 —

public imaginings about what the inherent physical limitations must be; public

solicitude about the safety to be achieved by keeping the disabled out of harm's

way; public feelings of protective care and custodial security; public doubts

about why the disabled should want to be abroad anyway; and public aversion to

the sight of them and the conspicuous reminder of their plight.[16]

The experience of Ms. D'Lil in this matter (e.g., in regard to the purported accessibility of her

room and "equivalent" service at the bottom of the stairs) personifies this statement, as also

illuminated by my prior research and the situation the ADA was intended to prevent:

paternalism that results in unnecessary exclusion and isolation.

23.   Research and practice demonstrate the stigmatizing and harmful effects of

physical barrier discrimination; that is, on telling people with mobility impairments to "keep

out." Professor Sam Bagenstos has written:

A single step in front of a store may not immediately call to mind images of

Lester Maddox standing in the door of his restaurant to keep blacks out. But in a

crucial respect they are the same, for a step can exclude a person who uses a

wheelchair just as surely as a no blacks-allowed rule can exclude a class of

people.[17]

24.   As I have documented elsewhere,[18] individuals with disabilities such as Ms.

D'Lil desire to decide for themselves within reason whether to participate in activities open to

the public, as long as they may be performed with effective accommodations that result in

reasonably equal and safe program participation.  Based on my studies, I have written:

---

[16] Jacobus tenBroek, The Right to Live in the World, 54 *California Law Review*, 841, 842.  The ADA
Amendments Act of 2008 (H.R. 3195) finds "people with physical or mental impairments having the
talent, skills, abilities, and desire to participate in society are frequently precluded from doing so
because of prejudice, antiquated attitudes, or the failure to remove societal and institutional barriers."
H.R. 3195, § 2(a)(3), available at http://thomas.loc.gov/home/gpoxmlc110/h3195_ih.xml.
[17] Samuel Bagenstos, The perversity of limited civil rights remedies: The case of "Abusive" ADA
litigation." UCLA Law Review, 54, 1-38, at 25 (2006), cited on other grounds by *Antoninetti v.
Chipotle Mexican Grill, Inc.* (9th Cir. 2010) 643 F.3d 1165, 1175 [41 NDLR P 224, 10 Cal.
Daily Op. Serv. 12331, 2010 Daily Journal D.A.R. 14868, 2010 WL 3665525].
[18] Peter Blanck, Americans with Disabilities and their Civil Rights: Past, Present, Future, *University of
Pittsburgh Law Review*, 66, 687, 699-700 (2005).

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Plaintiff's Initial Disclosure: Case No. 2:11-CV-02230-WBS-JFM          — 10 —

"assessing and accepting risks, of course within reason, are elements of personal independence and the exercise of adult responsibility. Congress understood this, and acknowledged in the ADA that discrimination takes many forms, including paternalism. ... One of the insidious aspects of paternalistic discrimination is the assumption that people with disabilities are not competent to make informed or safe life choices."[19]

25.     My research and that of others document the benefits of accommodating individuals with disabilities, showing that many businesses look beyond minimal compliance with the ADA to provide effective, individualized, and safe accommodations that ensure participation, and which contribute to businesses' profitable endeavors. In studying hundreds of accommodations, for example, my colleagues and I found the cost of accommodations for people with disabilities often produce substantial economic benefits that exceed costs for private and public organizations, for instance, in terms of increased customer (and their family) and employee satisfaction, safe program participation, and positive organizational image.[20]

26.     Like many persons with disabilities, Ms. D'Lil seeks inclusion and not segregation, independence and not dependency, equality and not second-class citizenship, self-determination and not paternalism, and respect and not stigma. Unfortunately, based on my research and experiences, in this matter defendant's services offered to Ms. D'Lil appears not to be consistent with these aspirations. The result was unnecessary harm and embarrassment.

V.     **Conclusion**

27.     My review herein is based on my research, writings, and experience, analysis of relevant social science research, and materials provided to me to date by plaintiff's counsel as well as my telephone interview with Ms. D'Lil.

28.     My opinions herein reflect my views to date and may be supplemented by

---

[19] See Blanck, Americans with Disabilities and their Civil Rights, *University of Pittsburgh Law Review*, *supra* at 699-700. My opinions also are recognized by the California Supreme Court, when it found that: "Disability discrimination is indistinguishable in many ways from race and sex discrimination. Specifically, it can "attack the individual's sense of self-worth in much the same fashion as race or sex discrimination." (City of Moorpark v. Sup. Ct. (1998) 18 Cal.4th 1143, 1160, quoting, Stevenson v. Superior Ct. (1997) 16 Cal.4th 880, 896).

[20] See, e.g., Blanck, Americans with Disabilities and their Civil Rights, *University of Pittsburgh Law Review*, *supra* at 687-719, 706-707.

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

1   additional information through this matter's discovery process. I respectfully reserve the right

2   to amend, add to, or supplement this declaration and report based on such new information. My

3   views contained herein are true and correct to the best of my knowledge and belief.

4

5   Dated:  June 19, 2014

6

7                                                                    PETER BLANCK, Ph.D., J.D.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

# VITA

## PETER BLANCK

Birth: 27 August 1957. Elmont, New York, U.S.A.
Married, Wendy; four children, Jason, Daniel, Albert, & Caroline; Harry (dog)

## EDUCATION

| | |
|---|---|
| 1983-1986 | STANFORD UNIVERSITY SCHOOL OF LAW, Stanford, CA. J.D. President, Volume 38, STANFORD LAW REVIEW. |
| 1982-1983 | HARVARD UNIVERSITY, Department of Psychology and Social Relations, Cambridge, MA. Post-Doctoral Fellow. |
| 1979-1982 | HARVARD UNIVERSITY, Cambridge, MA. Ph.D., Social Psychology. |
| | Doctoral Thesis: "Children's ability to decode discrepant and consistent social communications: Learning how, when, and who to decode." |
| | Minor field: Organizational Behavior—"Field research in organizations." |
| 1975-1979 | UNIVERSITY OF ROCHESTER, Rochester, N.Y. B.A. Magna cum laude, Psychology. |

## EMPLOYMENT

| | |
|---|---|
| 2005-current | *University Professor*, Syracuse University–highest faculty rank granted to eight prior individuals in the history of the University, "honors faculty whose exceptional scholarly and other professional accomplishments merit recognition by peers in the U.S. and abroad." The late U.S. Senator Daniel P. Moynihan was University Professor at Syracuse. |
| | In addition, appointments as professor in the Syracuse University Colleges of Law and of Arts and Sciences, School of Education, Falk College, and the Maxwell School of Citizenship and Public Affairs. |
| 2005-current | *Chairman*, Burton Blatt Institute, Syracuse University |
| 2002-2006 | *Charles M. and Marion Kierscht Professor of Law*, University of Iowa, College of Law |
| 2000-2006 | *Director*, Law, Health Policy & Disability Center, University of Iowa, College of Law |
| 1999-2006 | University of Iowa, College of Public Health, Department of Occupational Medicine and Environmental Health, Professor (by Courtesy) |
| 1997-2006 | University of Iowa, College of Medicine, Department of Preventive Medicine and Environmental Health, Professor (by Courtesy) |
| 1994-1995 | Princeton University, Woodrow Wilson School of Public and International Affairs, Center of Domestic and Comparative Policy, Fellow |
| 1994-2006 | University of Iowa, Department of Psychology, Professor |

| | |
|---|---|
| 1993-2006 | University of Iowa, College of Law, Professor of Law |
| 1990-1993 | University of Iowa, College of Law, Associate Professor of Law |
| 1987-1990 | Covington & Burling.  Associate, Washington, D.C. |
| 1986-1987 | Law Clerk, Judge Carl McGowan, United States Court of Appeals, D.C. Circuit. |
| 1982-1983 | Harvard University, Graduate School of Business. Research Associate and faculty. |

## RESEARCH GRANTS, CONTRACTS, AND MAJOR GIFTS (Illustrative)

For a detailed listing of awards to LHPDC and BBI, see bbi.syr.edu; total more than $50 million.

| | |
|---|---|
| 2013 | From Quality Trust for Persons with Disabilities, Supported Decision-Making as an Alternative to Guardianship, PI, 4-year agreement. |
| 2013 | From Tresness Family, Gift to BBI for Communication, Hope and Assistive Technology (CHAT) Program. |
| 2013 | From Olinsky Law Group, Social Security disability supports, Kelley Bunch and Diana Foote, Project Leads, 5-year agreement. |
| 2012 | From Rehabilitation Engineering and Assistive Technology Society of North America (RESNA), Accessible Technology Action Center (ATAC), Office of Disability Employment Policy (ODEP), U.S. Department of Labor. |
| 2012 | From IMPAQ, Evaluation of One-stop Career Centers' Accessibility to Persons with Disabilities, U.S. Department of Labor, PI, 2 year grant. |
| 2012 | From Institute for Rehabilitation and Research, National Institute on Disability Research and Rehabilitation (NIDRR), U.S. Department of Education, Community and Work Participating Disparities: A program of the ADA Participatory Action Research Consortium (ADA-PARC), Katherine McDonald BBI PI, 5 year grant. |
| 2011 | From the National Institute on Disability Research and Rehabilitation (NIDRR), U.S. Department of Education, Southeast ADA Center, PI, 5 year grant. |
| 2011 | From the U.S. Department of Veterans Affairs, Veteran Employees in Large U.S. Business, BBI PI, 1 year contract with second year option. |
| 2010 | From the U.S. Department of Labor/Veterans (DOL/VETS), Homeless Veterans Reintegration Project Technical Assistance Center, Gary Shaheen BBI PI, 3 year grant. |
| 2009 | From the National Institute on Disability Research and Rehabilitation (NIDRR), U.S. Department of Education, Center on Effective Delivery of Rehabilitation Technology (CERT) by Vocational Rehabilitation Agencies, 5 year grant. |
| 2009-2011 | From New York State, Office Mental Health, Medicaid Infrastructure Grant (MIG). |
| 2008 | From Rehabilitation Services Administration (RSA), U.S. Department of Education, Southeast Technical Assistance and Continuing Education (TACE) Learning Consortium, 5 year grant. |

| | |
|---|---|
| 2008 | Syracuse University Kauffman Foundation Enitiative Grant, Entrepreneurship Bootcamp for Veterans with Disabilities, 2 year grant. |
| 2008 | From the National Institute on Disability Research and Rehabilitation (NIDRR), U.S. Department of Education, Asset Accumulation and Economic Self-Sufficiency for People with Disabilities, 3 year grant. |
| 2007 | From POETA (Partnership in Opportunities for Employment in Technology for the Americas), of The Organization of American States (OAS), for disability research in Latin America. |
| 2007 | From the World Bank, for Global Partnership for Disability and Development (GPDD). |
| 2007 | From YAI/National Disability Institute, for study on corporate attitudes and disability. |
| 2007 | From the Israeli Ministry of Social Welfare, for the BBI/Israel Projects. |
| 2006 | From the National Institute on Disability Research and Rehabilitation (NIDRR), U.S. Department of Education, Southeast Disability Business & Technical Assistance Center (SE DBTAC), 5 year grant. |
| 2006 | From the U.S. Department of Labor, Office of Disability Employment Policy (ODEP), for national consortium on "Disability Case Study Research Consortium On Employer Organizational Practices In Employing People With Disabilities." |
| 2006 | From U.S. Department of Labor, Employment Training Administration (ETA), to evaluate emergency preparedness policies in gulf coast. |
| 2006 | From the U.S. Department of Labor, Office of Disability Employment Policy (ODEP), to study Self-Employment with Onondaga County, New York. |
| 2006 | From the Center for International Rehabilitation (CIR), to study international disability rights developments. |
| 2006 | From the U.S. National Institute on Disability Research and Rehabilitation (NIDRR), U.S. Depart. Education, Demand-Side Employment Placement Models for Persons with Disabilities. |
| 2006 | From Destiny Corporation, BBI Project Gift. |
| 2005 | From the Hammerman Family Foundation, BBI Endowment Gift. |
| 2005 | Appropriation in FY 2005 Omnibus Appropriations Bill – Rehabilitation Research and Training Center (RRTC) on Workforce Investment and Employment Policy. |
| 2004 | From the U.S. Dept. Labor and Social Security Administration–research on Workforce Investment Act One-Stops, and Disability Program Navigators. |
| 2004 | From Stan and Gail Richards, LHPDC Endowment Gift. |
| 2003 | From NIDRR, U.S. Dept. Education, Asset Accumulation and Tax Policy for Persons with Disabilities. |
| 2003 | From Merrill Lynch Global Philanthropy, "Corporate Culture and Disability." |

| | |
|---|---|
| 2003-2005 | From the Nellie Ball Trust Research Grant, "Stigma and Mental Disability." |
| 2003 | From Guardsmark LLC, gift to establish the Alan Ross Hawley Lecture Series at the Law Health Policy & Disability Center. |
| 2002 | From NIDRR, Technology for Independence: A Community-Based Resource Center. |
| 2002-2007 | From the Job Accommodation Network (JAN), U.S. Department of Labor, research of provision of workplace accommodations. |
| 2002 | From the U.S. Department of Labor, research on Workforce Investment Act. |
| 2002-2006 | From NIDRR, direct Rehabilitation Research and Training Center (RRTC) on Workforce Investment and Employment Policy for Persons with Disabilities |
| 2002 | From Milbank Foundation, research disaster mitigation persons with disabilities. |
| 2001-2007 | From NIDRR, "IT Works," information technology jobs for persons with disabilities. |
| 2001 | From the U.S. Dept. Labor – research on Workforce Investment Act One-Stops. |
| 2000 | From Microsoft – Research on Corporate disability and employment policy. |
| 2000 | From NIDRR, subcontract with Community Options, Inc., Director, Researchers' Symposium – Qualitative Research Methods research on ADA and employment policy. |
| 1999-2005 | From Robert Wood Johnson Foundation, subcontract with George Washington Univ., research and technical assistance employment policy and persons with disabilities. |
| 1999-2005 | From U.S. Department of Justice, subcontract Great Plains Disability Bus. & Tech. Ass't. Ctr., research, technical assistance on employment policy, persons with disabilities. |
| 1999-2005 | From U.S. Rehabilitation Services Administration (RSA), subcontract with Univ. Missouri, provide technical assistance, employment policy persons with disabilities. |
| 1999 | Polk County Health Services to conduct research and provide technical assistance on employment policy and persons with mental disabilities. |
| 1998-1999 | From U.S. Social Security Administration, subcontract Iowa Dept. Human Services, conduct research employment policy, persons with disabilities. |
| 1998-2004 | From NIDRR, subcontract with Community Options, Inc., conduct research on ADA and employment policy. |
| 1997-1998 | From Iowa CEO, to study the implications of the staffing industry on the employment of persons with disabilities, and case study of Manpower Inc. |
| 1997 | From National Organization on Disability, social participation persons with disabilities. |
| 1997 | Director, Obermann Center for Advanced Studies Fellowship Grant, University of Iowa grant to study ADA. |
| 1997 | From National Council on Disability to Iowa Law, Health Policy and Disability Center, grant to support conference and study of "Socially Assisted Dying." |
| 1994-2006 | Director, Law, Health Policy & Disability Center, Iowa College of Law Foundation. |

| | |
|---|---|
| 1992-1996 | From the Annenberg Washington Program, grant to study the ADA. |
| 1991-1996 | From State of Wyoming, to Iowa Law College, Integration Persons with Mental Disabilities. |
| 1990-1994 | From State of Oklahoma, data sharing administered at University of Iowa College of Law, Empirical Study of the Americans with Disabilities Act. |

## RESEARCH and APPLIED EXPERIENCE (Illustrative)

| | |
|---|---|
| 2011- | Advisory Board, Institute on Disability and Public Policy (IDPP) |
| 2011 | Israel Ministry of Welfare and Social Services, Member, Expert Committee on Future of Deinstitutionalization and Community Living in Israel. |
| 2010- | Saks Center for Law, Mental Health, and Ethics, Board Member, USC, Los Angeles. |
| 2008- | Centre for Disability Law and Policy, Advisory Forum Board, Galway, Ireland. |
| 2008-2012 | National Research Advisory Panel, National Technical Assistance and Research Center to Promote Leadership for Increasing Employment and Economic Independence of Adults with Disabilities (NTAR Leadership Center). |
| 2006- | Faculty Affiliate, Aging Studies Institute, Syracuse University. |
| 2004-2006 | Chair, Blue Ribbon Panel, ADA Impact Study, National Council on Disability. |
| 1995-2001 | U.S. District Court Facilitator, *Chris S. et al. v Geringer et al.,* State of Wyoming. |
| 1994-1996 | Senior Fellow, Annenberg Washington Program–"Communicating the ADA." |
| 1993-1996 | Senior Fellow, Annenberg Washington Program–"Communications Technology for Everyone: Implications for the Classroom and Beyond" |
| 1992-1993 | Fellow, Annenberg Washington Program–"The Americans with Disabilities Act" Annenberg Washington Program–"Communicating with Juries." |
| 1991-1994 | Member, Compliance Advisory Board, *Weston v. WSTS,* State of Wyoming. |
| 1988-1992 | Legal/Program Counsel, Developmental Disabilities Ser. Division, State of Oklahoma. |
| 1982-1983 | Research Associate, Graduate School of Business Administration, Harvard University. |
| 1979-1982 | Research Assistant to Robert Rosenthal, Psychology & Social Rel., Harvard University. |
| 1978-1979 | Research Assistant to Miron Zuckerman, Department of Psychology, Univ. of Rochester. |
| 1977-1978 | Research Assistant to Edward L. Deci, Department of Psychology, Univ. of Rochester. |

## PRIMARY RESEARCH, TEACHING AND PRACTICE INTERESTS

Legal:  Contracts; public law litigation; social science and the law.

Disability Law:  Americans with Disabilities Act law and policy; rights of individuals with disabilities in institutions and community settings; international disability and human rights law.

Psychology and the Law:  Law and ethics in behavioral sciences; verbal and nonverbal communication in applied settings; social science experimental and field research methods.

## TEACHING EXPERIENCE

| | |
|---|---|
| 2009 & 2010 | Syracuse University, Disability Law. |
| 2006-2007 | Syracuse University Undergraduate Honors Program. |
| 2000-2005 | Law, Health Policy, and Disability Law. |
| 1998-1999 | Learning Disability and the Law. |
| 1995 | Family, Society, and Disability Law, University of Iowa, College of Law. |
| 1991 | Federal Disability Law, University of Iowa, College of Law. |

| | |
|---|---|
| 1991-1993 | Litigation, Social Science & Social Change, University of Iowa, College of Law. |
| 1990-1998, 2001 | Contracts I, University of Iowa, College of Law (small and large section classes). |
| 1982 | Social Psychology, Harvard University.  Career Management, Harvard Business School. |
| 1981 | Social Psychology, Harvard University. |
| 1980 | Psychological Statistics, Harvard University. |
| 1978-1979 | Social Psychology, Introductory Psychology, University of Rochester. |

## HONORS

| | |
|---|---|
| 2011 | Distinguished Fellow, Institute for Veterans and Military Families, Syracuse University. |
| 2010 | Honorary Professor, Centre for Disability Law & Policy, National University Ireland, Galway; appointed by President James J. Browne. |
| 2009 | Distinguished Visiting Professor, Graduate School of Social Welfare, Hokusei Gakuen University, Sapporo, Japan. |
| 2008 | University of Rochester Sports Hall of Fame–Inducted.  Varsity Squash, four letters, 1975-1979, Co-Captain, 1978-1979. |
| 2007 | Keynote Address, Israeli Knesset, Israeli Disability Day |
| 2004 | Inaugural Lecturer, Thornburgh Family Lecture, Disability Law Policy, Univ. Pittsburgh. |
| 2003-2005 | Recipient, The Nellie Ball Trust Research Grant. |
| 2000 | Switzer Scholar in Rehabilitation, National Rehabilitation Association. |
| 2000-2005 | Center Fellow, University of Iowa Center for Human Rights. |
| 1998-1999 | Advisory Committee, The Research Alliance for Wellness at Work, Inc. |
| 1995-1996 | Member, General Accounting Office (GAO) Advisory Board, Report on ADA Title I. |
| 1995-1996 | Chair, Legislative & Social Issues Committee, American Association Mental Retardation. |
| 1994-2000 | Member, President's Committee on Employment of People with Disabilities. |
| 1993-1996 | Member, Legal & Social Issues Committee, American Association Mental Retardation. |
| 1993-1995 | Commissioner, American Bar Assoc. Commission on Mental & Physical Disability Law. |
| 1993-1996 | Senior Fellow, Washington Annenberg Program |
| 1992-1994 | President, Legal Process and Advocacy Division, Amer. Assoc. on Mental Retardation. |
| 1990 | Order of the Coif, Honorary, University of Iowa, College of Law. |
| 1987 | Society of Experimental Social Psychology, member. |
| 1984 | Irving H. Hellman, Jr. Memorial Fund Grant, <u>Stanford Law Review</u>, Stanford Law. |
| 1981 | Edwin B. Newman Psi-Chi/American Psychological Association Award for Excellence in Graduate Research. |
| 1981 | Sigma Xi, member; Psi-Chi, member. |
| 1977-1979 | Captain, Varsity Squash, University of Rochester. |

## STATE BAR AND COURT ADMITTANCE

Commonwealth of Massachusetts Bar, Admitted January 16, 1987.
District of Columbia Bar, Admitted November 30, 1987.
United States Court of Appeals, District of Columbia Circuit Bar, Admitted January 28, 1987.
United States Court of Appeals, Tenth Circuit Bar, Admitted March 8, 1988.
United States District Court for the District of Columbia, Admitted October 3, 1988.
United States Court of Appeals for the Federal Circuit, Admitted October 13, 1988.
United States Court of Appeals, Fifth Circuit Bar, Admitted February, 2008.
United States Court of Appeals, Eleventh Circuit Bar, Admitted June 2010.
Supreme Court of the United States, Admitted February 20, 1990.

## EDITORIAL BOARDS/JOURNAL & BOOK REFEREE (Illustrative)

Advisory Board, *The Yearbook on European Disability Law & Policy* (2008-)

Advisory Board, *Stone Canoe: A Journal of Arts and Ideas from Upstate New York* (2007-).
Guest Editor, *Assistive Technology Journal* (2006-2007).
Guest Editor, *Inclusion* (2014-2015).
Editorial Board, *Inclusion* (2014-).
Editorial Board, *Psychology, Public Policy and Law* (2006-).
Editorial Board, and Guest Editor, *Disability Studies Quarterly* (2004-)
Contributing Editor, In Pursuit: A Blueprint for Disability Law and Policy. *American Bar Association* (1999).
Advisory Committee, National Organization on Disability, *Disability Agenda* (1998-1999).
Editorial Board, and Guest Editor, *Behavioral Sciences & The Law* (1997, 2014).
Editorial Advisory Board, *Special Education Reporter* (1995-1997).
Associate Editor, Legal Forum, *Spine* (1994-1999).
Editorial Advisory Board, *Mental & Physical Disability Law Reporter* (1993-1997), Chair (1995-1997).
Consulting Editor, *Psychology, Public Policy and Law* (1995-).
Basic and Applied Social Psychology.
Developmental Psychology.
Journal of Personality and Social Psychology.
Journal of Occupational Behavior.
Law & Society Review.
Mental Retardation.
National Science Foundation Grants in Law & Psychology.
Personality & Social Psychology Bulletin.
Social Science & Medicine.
Telecommunications Policy Journal.
University of Nebraska Press; University of Michigan Press.
Journal of Comparative Policy Analysis.

## PROFESSIONAL ACTIVITIES (Illustrative)

President and Founding Member, Raising the Floor (RtF) U.S., 2013-.
Chairman, Global Universal Design Commission (GUDC), 2008-.
Consultant, Aging of the Union Army Research Project, University of Chicago, Dr. Robert Fogel, PI, 2000-2006.
Member, Advisory Committee for The Research Alliance for Wellness at Work, Inc. 1998-1999.
Facilitator, The Partnership for Resolution of Mental Health Issues in Wyoming, 1995-2000.
Chairman, Quality Assurance Committee, State of Wyoming, 1995-1996.
Member, State-County Management Committee, Dept. Health & Human Services, State of Iowa, 1994-1996.
Member, Executive Committee, Ctr. International Rural & Environmental Health, University of Iowa, 1992-1993.
Annenberg Washington Program, Convener, Programs on the Americans with Disabilities Act, 1992-1996.
Annenberg Washington Program, Co-Convener, Program on Communicating with Juries, 1992.
Member, Compliance Advisory Board, Weston v. WSTS, Dept. of Human Services, State of Wyoming, 1991-1994.
APA/Committee on Standards in Research (CSR), Chairman, 1990-1992.
APA/Division 41, Core Committee on Amicus Briefs, Member, 1990-1992.
APA/Division 41 Liaison with Coalition for Psychology in the Public Interest (CPPI), 1989-1990.
Amer. Acad. Judicial Ed., Course Fact Finding, Communication in the Courtroom, Harvard Law School, 1990-1993.
Henry Murray Research Center, Radcliffe College, MacArthur Foundation Grant on Longitudinal Studies Mental
       Health, Consultant, 1990-1991.

## LEGAL BRIEF PARTICIPATION, ORAL ARGUMENTS AS COUNSEL AND AMICUS

Sherrie Kaw vs. School District of Hillsborough County, United States Court of Appeals for the Fifth Circuit,
       No. 8:07-cv-02222-T-27TGW (2011). Oral Argument for Appellant Kaw (Co-counsel with Matt Dietz).

Santiago Lopez vs. Pacific Maritime Association, United States Court of Appeals for the Ninth Circuit,
       No. 09-55698 (2011, co-author w Claudia Center). Request for rehearing en banc for Amici Curiae.

American Association of Persons with Disabilities v. Holland, United States Court of Appeals for the Eleventh Circuit, No. 3:01-cv-01275-J-99 HTS (2010, co-author).  Request for rehearing en banc.

Alexey Korneenkov and Olesya Korneenkov v. Mukasey, United States Court of Appeals for The Fifth Circuit, No. 07-60712 (2008, co-author).  Made Oral Argument (Aug. 2009).

U.S. v. Georgia, et al. / Goodman, Tony v. Georgia, et al., United States Supreme Court (2005, co-author Brief of the Honorable Dick Thornburgh and the National Organization on Disability as Amici Curiae).

Chevron v. Echazabal, No. 00-1406, United States Supreme Court (2002, counsel of record, co-author of Brief of the National Council on Disability as Amicus Curiae).
EEOC v. Hertz, Case No. 96-CV-72421 DT, (E.D. Mich. S.D. Oct. 16, 1997).


## TESTIMONY BEFORE CONGRESS, LEGISLATURES, AND ADMINISTRATIVE BODIES (Illustrative)

Social Security Advisory Board, "Social Security Disability: Time for Reform," Written Commentary, March 8, 2013.
U.S. House of Representatives, Committee on Government Reform, Subcommittee on Human Rights and Wellness, Testimony on "Living with Disabilities in the United States: A Snapshot," June 24, 2004.
U.S. House of Representatives, Subcommittee on Social Security, Testimony on the definition of disability under Social Security and the ADA, July 11, 2002.
General Accounting Office (GAO), Testimony on Expert Advisory Panel, The Future of Federal Disability Policies and Programs, July 10, 2002.
U.S. House of Representatives, Subcommittee on The Constitution, Testimony on the Application of the ADA's Accessibility Requirements to Private Internet Web Sites and Services, February 9, 2000.
U.S. House of Representatives, Committee on Education and the Workforce, Remarks on the ADA, Oct. 1998.
Wyoming Legislature, Select Committee on Mental Health Issues, September & November, 1998.


## MEMBERSHIP PROFESSIONAL ORGANIZATIONS/NON-PROFIT BOARDS (Past and Present)

American Association of Applied & Preventative Psychology, Fellow.
American Bar Association, Member.
Massachusetts Bar Association, Member.
District of Columbia Bar Association, Member.
American Association on Mental Retardation, Member, and past President, Legal Process & Advocacy Division.
American Psychological Association, Member.
   Personality and Social Psychology - - Division 8.
   Psychology and Law - - Division 41.
American Psychological Society, Charter Fellow.
Law and Society Association, Member.
Disability Rights Advocates, Past Board Member (1996-2009).
National Organization on Disability (N.O.D.), Board member (1996-2009).
Disability Rights Law Center, Past Board Member (2005-2009).
YAI/National Institute for People with Disabilities Network, Trustee (2006-).
Beit Issie Shapiro, Professional Advisory Committee (2006-2008).
Iowa Children's' Museum, Board Member (2003-2005).
University of Rochester, Board of Rochester Athletics (2007-).
Global Universal Design Commission (GUDC).  Chairman (2008-).
The Sarah Jane Brain Foundation.  Advisory Board (2009).
Red House Arts Center, Syracuse, NY, Board Member (2011-).

The Everson Museum of Art, Syracuse, NY, Trustee (2012-).

## UNIVERSITY SERVICE / COMMITTEES

### Syracuse University College of Law

Appointments (2006-2009)
Ad Hoc Committee on Centers and Institutes (Chair, 2006-2007)
Promotion & Tenure (2006-2009)

### Syracuse University

Advisory Board, Syracuse University Hillel (2007-2011)

### Iowa College of Law

Building & Equipment
Computer (2001-2002, 2003-2004, Chair)
Joint Program, Interdisciplinary Studies & Undergraduate Education
Placement Research & Professional Development
Speakers (2002-2003, Co-Chair)

### Iowa University-Wide

Member Executive Board, University of Iowa Center on Aging (2001-2005).
Chair, Provost Task Force to Examine Issues Facing Students with Learning Disabilities (1998-1999).
Co-Chair, Task Force on the Health of the Student (1994-1995).
Advisor, Undergraduate Honors Program in Psychology (1993-2005).
Committee for Ethical, Legal and Social Issues for the Human Genome Project (ELSI) (1993-1995).
Research Advisory Committee in the Social Sciences (1993-1994).

## POST-DOCTORAL FELLOWS

| | |
|---|---|
| David Dawson, Ph.D. | (1998 – 2000), University of Iowa. |
| Naomi Schreuer, Ph.D. | (2008 – 2009), Haifa University, Israel. |
| Tal Araten Bergman, Ph.D. | (2008 - 2009 ), Haifa University, Israel. |
| Michal Soffer, PhD. | (2008-2010 ), Hebrew University, Israel. |
| Omolara Funmilola Akinpelu, M.ED., Ph.D. | (2009-2012), University of Ilorin, Nigeria. |

## **PUBLICATIONS**

See also http://bbi.syr.edu for listing of other web-based articles and accessible formats where possible.

1. Blanck, P.D., Zuckerman, M., DePaulo, B.M., & Rosenthal, R. (1980). Sibling resemblance in nonverbal skill and style. Journal of Nonverbal Behavior, 4, 219-26.

2. Zuckerman, M., Blanck, P.D., DePaulo, B.M. & Rosenthal, R. (1980). Developmental changes in decoding discrepant and nondiscrepant nonverbal cues. Developmental Psychology, 16, 220-28.

3. Zuckerman, M., Larrance, D.T., Porac, J.F., & Blanck, P.D. (1980). Effects of fear of success on intrinsic motivation, causal attribution, and choice behavior. J. Personality & Social Psychology, 39, 503-13.

4. Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M., & Zuckerman, M. (1980). Longitudinal and cross-sectional age effects in nonverbal decoding skill and style. Resources in Education. November (ERIC Documents).

5. Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M., & Zuckerman, M. (1981). Sex differences in eavesdropping on nonverbal cues: Developmental changes. Journal of Personality and Social Psychology, 41, 391-96.

6. Blanck, P.D., Rosenthal, R. (1982). Developing strategies for decoding "leaky" messages: On learning how and when to decode discrepant and consistent social communications. In R.S. Feldman (ed.), Development of nonverbal behavior in children. Pp. 203-29. New York: Springer-Verlag.

7. Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M., & Zuckerman, M. (1982). Longitudinal and cross-sectional age effects in nonverbal decoding skill and style. Developmental Psychology, 18, 491-98.

8. Snodgrass, S.E., Rosenthal, R., & Blanck, P.D. (1982). Sex role socialization via teacher's behavior and sexually stereotyped materials. Resources in Education. (ERIC Documents - - ED209588).

9. Blanck, P.D., Reis, H.T., & Jackson, L. (1984). The effects of verbal reinforcement on intrinsic motivation for sex-linked tasks. Sex Roles, 10, 369-86.

10. Blanck, P.D. & Rosenthal, R. (1984). The mediation of interpersonal expectancy effects: The counselor's tone of voice. Journal of Educational Psychology, 76, 418-26.

11. Rosenthal, R., Blanck, P.D., & Vannicelli, M. (1984). Speaking to and about patients: Predicting therapists' tone of voice. Journal of Clinical and Consulting Psychology, 52, 679-86.

12. Blanck, P.D., & Sonnenfeld, J.A. (1984). The Wane Division of the American Instruments Corporation (A). In J.A. Sonnenfeld, Managing career systems: Channeling the flow of executive careers. pp. 203-26. Illinois: Irwin.

13. Blanck, P.D. & Sonnenfeld, J.A. (1984). The Wane Division of the American Instruments Corporation (B). In J.A. Sonnenfeld, Managing career systems: Channeling the flow of executive careers. pp. 227-41. Illinois: Irwin.

14. Blanck, P.D., Dowd, J.J., & Sonnenfeld, J.A. (1984). Patrick J.J. Rich. In J.A. Sonnenfeld, Managing career systems: Channeling the flow of executive careers. pp. 477-89. Illinois: Irwin.

15. Blanck, P.D., Rosenthal, R., & Cordell, L.H. (1985). The appearance of justice: Judges' verbal and nonverbal behavior in criminal jury trials. 38 Stanford Law Review 89-164.

16.    Blanck, P.D., Buck, R., & Rosenthal, R. (1986). General introduction: Nonverbal communication in the clinical context. In P.D. Blanck, R. Buck, & R. Rosenthal (eds.), Nonverbal communication in the clinical context. pp. 1-12. Univ. Park: Penn State Press.

17.    Blanck, P.D., Rosenthal, R., Vannicelli, M., & Lee, D.T. (1986). Therapists' tone of voice: Descriptive, psychometric, interactional, and competence analyses. Journal of Social & Clinical Psychology, 4, 154-78.

18.    Blanck, P.D., Rosenthal, R., & Vannicelli, M. (1986). Talking to and about patients: The therapists' tone of voice. In P.D. Blanck, R. Buck, & R. Rosenthal (eds.). Nonverbal communication in the clinical context. pp. 99-143. University Park: Penn State Press.

19.    Blanck, P.D., & Turner, A.N. (1987). Gestalt research: Clinical field research approaches to studying organizations. In J. Lorsch (ed.), The handbook of organizational behavior. pp. 109-125. New York: Prentice-Hall.

20.    Blanck, P.D. (1987). Off the record: Nonverbal behavior in the courtroom. Stanford Lawyer, 21 (spring), 18-23 (Author's Reply-Letters, Stanford Lawyer, 22 (Fall), 84); also reprinted in Student Lawyer (1987, December), 16(4), 8-10.

21.    Blanck, P. (1987). The process of field research in the courtroom: A descriptive analysis. Law and Human Behavior, 11(4), 337-358.

22.    Blanck, P.D., Rosenthal, R., Hart, A.J., & Bernieri, F. (1990). The measure of the judge: An empirically-based framework for exploring trial judges' behavior. Iowa Law Review, 75(3), 653-684.

23.    Blanck, P.D. (1991). What empirical research tells us: Studying judges' and juries' behavior. American University Law Review, 40(2), 775-804.

24.    Grisso, T., Baldwin, E., Blanck, P.D., & Rotheram-Borus, M.J. (1991). Standards in research: APA's mechanism for monitoring the challenges. American Psychologist, 46(7), 758-766.

25.    Blanck, P.D. (1991). The emerging work force: Empirical study of the Americans with Disabilities Act, Journal of Corporation Law, 16(4), 693-803.

26.    Blanck, P.D. (1992). Psychiatry in a litigious society. Review of Review of Clinical Psychiatry and the Law- Volume 2, Contemporary Psychology, 37(1), 15-16.

27.    Blanck, P.D. (1992). Empirical study of the employment provisions of the Americans with Disabilities Act: Methods, preliminary findings and implications, New Mexico Law Review, 22(3), 119-241.

28.    Blanck, P.D. (1992). On integrating persons with mental retardation: The ADA and ADR, New Mexico Law Review, 22(3), 259-76.

29.    Blanck, P.D. (1992). Review of Mental health experts and the criminal courts. Clinical Psychology Review, 12, 3-4.

30.    Saks, M.J. & Blanck, P.D. (1992). Justice Improved: The unrecognized benefits of aggregation and sampling in the trial of mass torts, Stanford Law Review, 44, 815-51.

31.    Blanck, P.D., Bellack, A., Rotheram-Borus, M.J., Rosnow, R.L. & Schooler, N. (1992). Scientific rewards and conflicts of ethical choices in human subject research. American Psychologist, 47(7), 959-65.

32.    Blanck, P.D. & Rosenthal, R. (1992). Nonverbal behavior in the courtroom. In Applications of nonverbal behavioral theories and research (R. Feldman, ed.) pp. 89-115. Lawrence Erlbaum Press: New York.

33.    Blanck, P.D. (1993).  The Americans with Disabilities Act: Putting the employment provisions to work, The Annenberg Washington Program, <u>White Paper</u>, Washington, D.C.

34.    Blanck, P.D. (1993). Calibrating the scales of justice: Studying judges' behavior in bench trials, Indiana <u>Law Journal</u>, 68(4), 1119-98.

35.    Rosenthal, R. & Blanck, P.D. (1993).  Science and ethics in conducting, analyzing, and reporting social science research: Implications for social scientists, judges and lawyers, <u>Indiana Law J.</u>, 68(4), 1209-28.

36.    Rosnow, R.L., Rotheram-Borus, M.J., Ceci, S.J., Blanck, P.D., & Koocher, G.P. (1993).  The Institutional Review Board as a mirror of scientific and ethical standards, <u>American Psychologist</u>, 48(7), 821-26. *Reprinted in* (1998) <u>Methodological Issues & Strategies in Clinical Research</u>, Joan E. Sieber & Alan E. Kazdin (eds.), pp. 603-709.

37.    Blanck, P.D. (1993). Interpersonal expectations in the courtroom.  In P.D. Blanck (ed.), <u>Interpersonal expectations:  Theory, research and applications</u>, pp. 64-87.  Cambridge University Press: New York.

38.    Blanck, P.D. (1994).  The Americans with Disabilities Act: Issues for back and spine-related disability, <u>Spine</u>, 19(1), 103-107.

39.    Blanck, P.D. (1994).  Straight talk on the ADA, <u>Journal of Orthopedic & Sports Physical Ther.</u>, 19(1), 1.

40.    Blanck, P.D., Schoenberg, C., & Tenney, J. (Feb. 28, 1994).  AIDS-related benefits equation: Soaring costs times soaring needs divided by federal law, <u>New York Law Journal</u>, 211(38), 1-4.

41.    Blanck, P.D., Schoenberg, C., & Tenney, J. (1994). AIDS-related benefits equation: Soaring costs times soaring needs divided by federal law, <u>AIDS Policy & Law</u>, 9(4), 1-7

        *Reprinted in* <u>Mealey's Litigation Reports: Americans with Disabilities Act</u> 2(5), 20-28 (June, 1994); expanded version, <u>AIDS Policy & Law</u>, Buraff Publications, Washington, DC (March 4, 1994).

42.    Blanck, P.D. (1994).  Reflections on the law and ethics of the Human Genome initiative.  In <u>Genes and human self-knowledge</u>. pp. 183-88 (S. Lawrence, E. Fales & R. Weir, eds.), University of Iowa Press.

43.    Blanck, P.D. (1994)  Empirical Study of the Americans with Disabilities Act (1990-1993), <u>Journal of Vocational Rehabilitation</u>, 4(3), 211-23.

44.    Blanck, P.D. (1994).  The emerging society and the Americans with Disabilities Act.  Review of Implementing the Americans with Disabilities Act; Rights and responsibilities of all Americans, <u>Contemporary Psychology</u>, 39(6), 596-97.

45.    Blanck, P.D. (1994). Legal Forum, <u>Spine</u>, 19(15), 1653.

46.    Blanck, P.D., Anderson, J.A., Wallach, E.J., & Tenney, J.P. (1994).  Implementing reasonable accommodations using ADR under the ADA: A case of a white collar employee with bipolar mental illness, <u>Mental & Physical Disability Law Reporter</u>, 18(4), 458-64.

47.    Blanck, P.D. (1994).  Communications Technology for Everyone: Implications for the classroom and beyond, The Annenberg Washington Program, Washington, D.C. [Accessible CD Rom Version, 1995].

48.    Blanck, P.D. (1994).  Communicating the Americans with Disabilities Act: Transcending Compliance - - A case report on Sears Roebuck & Co., The Annenberg Washington Program, White Paper, Washington, D.C. Reprinted (1996).  In <u>Driving Down Health Care Costs</u> (J. Burns, ed.), pp. 209-241, Panel Publishers: New York.

49.   Blanck, P.& Folberg, R. (1994). The Americans with Disabilities Act: Emerging issues for ophthalmologists, Ophthalmology, 101, 1635-40.

50.   Blanck, P.D. (1994).  Review of Implementing the Americans with Disabilities Act: Rights and responsibilities of all Americans, American Journal on Mental Retardation, 99(2), 224-26.

51.   Blanck, P.D. (1994).  Employment integration, economic opportunity and the Americans with Disabilities Act: Empirical Study from 1990 to 1993, Iowa Law Review, 79(4), 853-923.

52.   Wallach, E.J., Tenney, J.P. & Blanck, P.D. (Dec. 19, 1994).  Extending the ADA's reach: Sponsors of self-insured funds may be sued under Title I of the ADA, National Law Journal, B5-B7.

53.   Blanck, P.D. (1994).  Celebrating Communications Technology for Everyone, Federal Communications Law Journal, 47(2), 185-91.

54.   Blanck, P.D. (1995).  Recent developments in ADA case law and implications for spine professionals, Spine, 20(1), 116-19.

55.   Wallach, E.J., Tenney, J.P., & Blanck, P.D. (Apr. 17, 1995).  If Supervisors may be personally liable for ADA discrimination, how should employers respond?, National Law Journal, C2-C3, C17.

56.   Blanck, P.D. (1995).  Resolving disputes under the Americans with Disabilities Act: A case example of an employee with a back impairment, Spine, 20(7), 853-59.

57.   Blanck, P.D. (1995).  Communications technology for everyone: Accessible curriculum, AAMR News & Notes, 7(6), 1&6; 8(1), 1&6.

58.   Blanck, P.D., Wallach, E.J., & Tenney, J.P. (1995).  Supervisor personal liability for ADA discrimination: Emerging issues for physicians, Spine, 20(13), 1528-32.

59.   Wallach, E.J., Tenney, J.P., & Blanck, P.D. (1995).  Employee rights under the ADA, Employment Law Strategist, 2(11), 8,5 (Lender Pub.).

60.   Blanck, P.D. (1995).  Assessing five years of Employment Integration and economic opportunity under the Americans with Disabilities Act, Mental & Physical Disability Law Reporter, 19(3), 385-93.

61.   Blanck, P.D. (1995).  Disaster Mitigation for Persons with Disabilities: Fostering a New Dialogue, The Annenberg Washington Program, Washington, D.C. Reprinted in AAMR News & Notes (Nov.-Dec. 1995), 8(6), 3-5.

62.   Blanck, P.D. (1995).  Implementing the Americans with Disabilities Act: A Case Report on Sears, Roebuck & Co., Spine, 20(19), 2161-67.

63.   Cate, F.H., Blanck, P.D., & Makoul, G. (1995).  Communications in Medicine: The Annenberg Washington Program and a decade of making a difference, The Annenberg Washington Program, Washington, D.C.

64.   Blanck, P.D. (1995).  Implementing the Americans with Disabilities Act: 1996 Follow-up Report on Sears, Roebuck & Co., Spine, 21(13), 1602-08.

65.   Blanck, P.D. (1996).  The Appearance of Justice revisited, Journal of Criminal Law & Criminology, 86(3), 887-927.

66.   Blanck, P.D. (1996).  Communicating the Americans with Disabilities Act:  Transcending Compliance – 1996 Follow-up report on Sears, Roebuck & Co., The Annenberg Washington Program, Washington, D.C.

67.  Blanck, P.D. (1996).  Empirical Study of the Americans with Disabilities Act: Employment Issues from 1990-1994, <u>Behavioral Sciences & the Law</u>, 14(1), 5-27.

68.  Blanck, P.D. (1996).  Transcending Title I of the Americans with Disabilities Act: A Case Report on Sears, Roebuck & Co., <u>Mental & Physical Disability Law Reporter</u>, 20(2), 278-86.

69.  Moseley, P.L., Blanck, P., & Merritt, R. (1996). Hospital privileges and the Americans with Disabilities Act, <u>Spine</u>, 21(19), 2288-93.

70.  Blanck, P.D. (1996).  Studying the Employment Provisions of the Americans with Disabilities Act, <u>Encyclopedia Britannica: 1997 Medical and Health Annual</u>, 215-19.

71.  Blanck, P.D. & Marti, M.W. (1996).  Genetic Discrimination and the Americans with Disabilities Act: Legal, Health and Policy Implications, <u>Behavioral Sciences and the Law</u>, 14, 411-32.

72.  Blanck, P.D. & Marti, M.W. (1997).  Attitudes, Behavior, and the Employment Provisions of the Americans with Disabilities Act, <u>Villanova Law Review</u>, 42(2), 345-408.

73.  Blanck, P.D. (1997).  Assessing Employment Integration under Title I of the Americans with Disabilities Act.  <u>The Continuing Struggle: Civil Rights and the Clinton Administration</u> (C. Yu & W. Taylor, eds., Citizen's Commission on Civil Rights), 169-76.

74.  Blanck, P.D. (1997).  The Economics of the Employment Provisions of The Americans with Disabilities Act: Part I – Workplace Accommodations, <u>DePaul Law Review</u>, 46(4), 877-914.

75.  Blanck, P.D., Kirschner, K. & Bienen, L. (1997).  Socially-Assisted Dying and People with Disabilities: Some Emerging Legal, Medical, and Policy Implications.  <u>Mental & Physical Disability Law Reporter</u>, 21(4), 538-43.

76.  Blanck, P.D. (1997).  Students with Learning Disabilities, Reasonable Accommodations, and the Rights of Colleges and Universities to Establish and Enforce Academic Standards: Guckenberger v. Boston University.  <u>Mental & Physical Disability Law Reporter</u>, 21(5), 679-86.

77.  Blanck, P. (1998). Debunking Myths about the Employment of Persons with Mental Disabilities, <u>Contemporary Psychology</u>, 43(1), 68-70.

78.  Blanck, P.D. & Butkowski, C. (1998).  Pregnancy-Related Impairments and the Americans with Disabilities Act.  Sorosky, J. (ed.) <u>Obstetrics and Gynecology Clinics of North American</u>, 25(2), 435-445.

79.  Blanck, P.D. (1998).  The Americans with Disabilities Act and the Emerging Workforce: Employment of People with Mental Retardation.  <u>American Association on Mental Retardation</u>, Washington, D.C.

80.  Blanck, P.D. & Steele, P. (1998).  The Emerging Role of the Staffing Industry in the Employment of Persons with Disabilities – A Case Report on Manpower Inc. <u>Iowa CEO and Law, Health Policy and Disability Center</u>, Iowa City, IA.

81.  Berven, H.M. & Blanck, P.D. (1998).  The Economics of the Americans with Disabilities Act: Part II: Patents, Innovations and Assistive Technology.  <u>Notre Dame Journal of Law, Ethics & Public Policy</u>, 12(1), 9-120.

82.  Bienen, L., Kirschner, K., & Blanck, P.D. (1998).  Introduction to Conference on Socially-Assisted Dying. <u>Cornell Journal of Law & Public Policy</u>, 7, 255-66.

83.  Blanck, P.D. (1998).  Job placement for Employees with Disabilities – Manpower Leads the Way, <u>Employment Relations Today</u>, 25, 57-65.

84.   Blanck, P.D. (1998).  Civil Rights, Learning Disability, and Academic Standards, <u>Journal of Gender, Race, & Justice</u>, 2(1), 33-58.

85.   Blanck, P.D. (1999).  Empirical Study of Disability, Employment Policy, and the ADA, <u>Mental & Physical Disability Law Reporter</u>, 23Z(2), 275-80.

86.   Berven, H.M. & Blanck, P.D. (1999).  Assistive Technology Patenting Trends and the Americans with Disabilities Act, <u>Behavioral Sciences & the Law</u>, 17(1), 47-71.

87.   Blanck, P.D. (1999).  Introduction to the Special Section: Employment and the Americans with Disabilities Act, <u>Behavioral Sciences & the Law</u>, 17(1), 3-5.

88.   Blanck, P.D. & Pransky, G. (1999).  Workers with Disabilities, in 14(3) <u>State of the Art Reviews in Occupational Medicine: Special Populations and Occupational Health</u>, 581-93 (Hanley and Belfus Pub., Glenn Pransky & Howard Frumkin, eds.).

89.   Blanck, P.D. & Berven, H.M. (1999).   Evidence of Disability after Daubert, <u>Psychology, Public Policy and Law</u>, 5(1), 16-40.

90.   Schwochau, S. & Blanck, P.D. (2000).  The Economics of the Americans with Disabilities Act: Part III - - Does the ADA Disable the Disabled?, <u>Berkeley Journal of Employment and Labor Law</u>, 21(1), 271-313.

91.   Blanck, P.D. (2000).  Studying Disability, Employment Policy, and the ADA.  In Leslie Francis & Anita Silvers (eds.), <u>Tenth Anniversary of the Americans with Disabilities Act </u>209-20 (Routledge Press).

92.   Blanck, P.D. & Sandler, L.A. (2000).  ADA Title III and the Internet: Technology and Civil Rights, <u>Mental & Physical Disability Law Reporter</u>, 24(5), 855-59.

93.   Blanck, P.D. (ed.)(2000).  Employment, Disability, and the Americans with Disabilities Act: Issues in Law, Public Policy, and Research, 329-55, Northwestern University Press.

94.   Blanck, P.D. (2000).  The Economics of the ADA, in P. Blanck, (ed.), <u>Employment, Disability, and the Americans with Disabilities Act: Issues in Law, Public Policy, & Research</u>, 201-27, Northwestern U. Press.

95.   Berven, H.M. & Blanck, P.D. (2000).  Unanticipated Economic Gains and the ADA: Assistive Technology Patent Trends, in P.D. Blanck, (ed.), <u>Employment, Disability, and the Americans with Disabilities Act: Issues in Law, Public Policy, and Research</u>, 329-55, Northwestern University Press.

96.   Marti, M.W. & Blanck, P.D. (2000).  Attitudes, Behavior, and the ADA, in P.D. Blanck (ed.), <u>Employment, Disability, and the Americans with Disabilities Act: Issues in Law, Public Policy, and Research</u>, 356-84, Northwestern University Press.

97.   Blanck, P.D., Sandler, L.A., Schmeling, J.L., & Schartz, H.A. (2000).  The Emerging Workforce of Entrepreneurs with Disabilities: Preliminary Study of Entrepreneurship in Iowa, <u>Iowa Law Review</u>, 85, 1583-1670.

98.   Debate - - Blanck, P.D. & Olson, W. (2000).  The Unintended Consequences of the Americans with Disabilities Act [Proceedings], <u>Iowa Law Review</u>, 85, 1811-34.

99.   Blanck, P.D. & Millender, M. (2000).  Before Civil Rights: Civil War Pensions and the Politics of Disability in America, <u>Alabama Law Review</u>, 52, 1-50.

100.  Blanck, P.D. (2001).  Civil War Pensions and Disability. <u>Ohio State Law Journal</u>, 62, 109-249.

101.   Blanck, P.D. & Schartz, H.A. (2001).  Towards Reaching a National Employment Policy for Persons with Disabilities, 1-10, in Emerging Workforce Issues: W.I.A., Ticket to Work, and Partnerships, R. McConnell (ed.), Switzer Seminar Monograph Series, National Rehabilitation Association.

102.   Blanck, P.D., Schartz, H.A. & Schartz, K.M. (2001).  Labor Force Participation and Income of Individuals with Disabilities in Sheltered and Competitive Employment: Cross-Sectional and Longitudinal Analyses from Seven States during the 1980s and 1990s, President's Task Force on Employment of Adults with Disabilities.

103.   Blanck, P.D. & Song, C. (2001).  "With Malice Toward None: With Charity Toward All": Civil War Pensions for Native and Foreign-Born Union Army Veterans, Journal of Transnational Law & Contemporary Problems, 11(1), 1-76.  Portion reprinted in The Civil War Veteran: A Historical Reader, Larry M. Logue & Michael Barton (eds.), New York University Press, 221-26 (2007).

104.   Blanck, P.D. (2001).  Introduction to The Social Construction of Disability: Historical, Contemporary, and Comparative Views, Journal of Transnational Law & Contemporary Problems, 11(1), i-ii.

105.   Blanck, P.D. & Song, C. (2002).  Civil War Pension Attorneys and Disability Politics, University of Michigan Journal of Law Reform, 35(1 & 2), 137-217.

106.   Blanck, P.D. & Schmeling, J.L. (2002).  Americans with Disabilities Act: Recent and Pending U.S. Supreme Court Decisions and Implications for Spine Professionals, Spine, 27(4), 439-443.

107.   Zwerling, C., Whitten, P.S., Sprince, N.L., Davis, C.S., Wallace, R.B., Blanck, P.D., & Heeringa, S.G. (2002).  Workforce Participation by Persons with Disabilities: The National Health Interview Survey Disability Supplement, 1994-5, Journal of Occupational and Environmental Medicine, 44(2), 358-64.

108.   O'Day, B., Schartz, H., & Blanck, P. (eds.) (2002).  Introduction: Disability, Public Policy and Employment, Behavioral Sciences & the Law, 20(6), 537-39.

109.   Schartz, K., Schartz, H., & Blanck, P. (2002).  Employment of Persons with Disabilities in Information Technology Jobs: A Literature Review for "IT Works," Behavioral Sciences & the Law, 20(6), 637-57.

110.   Blanck, P., Clay, L., Schmeling, J., Morris, M., & Ritchie, H. (2002).  Applicability of the ADA to "Ticket to Work" Employment Networks, Behavioral Sciences & the Law, 20(6), 621-36.

111.   Blanck, P., Linares, C., & Song, C. (2002).  Evolution of Disability in Late Nineteenth Century America: Civil War Pensions for Union Army Veterans with Musculoskeletal Conditions, Behavioral Sciences & the Law, 20(6), 681-97.

112.   Schwochau, S. & Blanck, P.D. (2003).  Does the ADA Disabled the Disabled?: More Comments, Industrial Relations, 42(1), 67-77.

113.   Blanck, P.D. & Song, C. (2003).  "Never Forget What They Did Here": Civil War Pensions for Gettysburg Union Army Veterans and the Politics of Disability in Late Nineteenth Century America, William & Mary Law Review, 44, 1109-71.

114.   Blanck, P., Schartz, H.A., & Schartz, K.M. (2003).  Labor Force Participation and Income of Individuals with Disabilities in Sheltered and Competitive Employment: Cross-Sectional and Longitudinal Analyses of Seven States during the 1980s and 1990s, William & Mary Law Review, 44, 1029-1108.

115.   Odem, N. & Blanck, P. (2003).  Physician Shareholder Practice Groups and ADA Coverage, Spine, 28(3), 319-12 (Feb. 1, 2003).

116.    Schartz, H., O'Day, B., & Blanck, P. (eds.) (2003).  Introduction: Disability, Public Policy, and Technology, <u>Behavioral Sciences & the Law</u>, 21(1), 1-3.

117.    Ritchie, H. & Blanck, P.  (2003).  Promise of the Internet for Disability: Study of Online Services and Accessibility of Centers for Independent Living Web Sites, <u>Behavioral Sciences & the Law</u>, 21(1), 5-26.

118.    Klein, D., Myhill, W., Hansen, L., Asby, G., Michaelson, S., & Blanck, P.  (2003).  Opening Doors to Education:  Iowa School Website Accessibility, <u>Behavioral Sciences & the Law</u>, 21(1), 27-49.

119.    Blanck, P., Ritchie, H., Schmeling, J.A., & Klein, D.  (2003).  Technology for Independence: A Community-Based Resource Center, <u>Behavioral Sciences & the Law</u>, 21(1), 51-62.

120.    Blanck, P.  (2003).  Topic Paper: Righting the ADA--Chevron v. Echazabal: The ADA's "Direct Threat" Defense, Prepared for the National Council on Disability, Washington, DC, at http://www.ncd.gov/newsroom/publications/03publications.html.

121.    Blanck, P.D. & Schartz, H.A. (2003).  Comparative Study of the Emerging Workforce of Persons with Disabilities 347-85, in Different But Equal: <u>The Rights of People with Intellectual Disabilities</u>, S. Herr, H. Koh, & L. Gostin (eds.), Oxford University Press.

122.    Blanck, P., Schartz, H.A., Schartz, K., & Schmeling, J.  (2003).  "IT Works:" Disability and Employment in Information Technology, <u>SCI/Life</u>, Fall 2002/Winter 2003, 26-27.

123.    Blanck, P., Schur, L., Kruse, D., Schwochau, S. & Song. C.  (2003).  Calibrating the Impact of the ADA's Employment Provisions, <u>Stanford Law & Policy Review</u>, 14(2), 267-90.

124.    Zwerling, C., Whitten, P.S., Sprince, N.L., Davis, C.S., Wallace, R.B., Blanck, P., & Heeringa, S.G. (2003).  Workplace Accommodations for People with Disabilities: National Health Interview Survey Disability Supplement, 1994-5, <u>Journal of Occupational and Environmental Medicine</u>, 45(5): 517-525.

125.    Blanck, P., Schwochau, S. & Song. C.  (2003).  Is it Time to Declare the ADA A Failed Law? 301-37, in <u>What is Causing the Decline in the Employment of People with Disabilities? : A Policy Puzzle</u>, David C. Stapleton and Richard V. Burkhauser (eds.), UpJohn Institute.

126.    Blanck, P., Hill, E., Siegal, C., & Waterstone, M.  (2003).  <u>Disability Civil Rights Law and Policy</u>, Thomson/West Publishers.

127.    Logue, L. & Blanck, P.  (2004).  "There Is Nothing That Promotes Longevity Like A Pension:" Public Policy and Mortality of Civil War Union Army Veterans, <u>Wake Forest Law Review</u>, 39, 49-67.

128.    Blanck, P.  (2004).  Justice for All?: Stories about Americans with Disabilities and their Civil Rights, <u>Journal of Gender, Race & Justice</u>, 8, 1-32.

129.    Blanck, P., Wilichowski, A, & Schmeling, J.  (2004).  Disability Civil Rights Law and Policy: Accessible Courtroom Technology, <u>William and Mary Bill of Rights Journal</u>, 3, 825-42.

130.    Schmeling, J., Schartz, H.A., & Blanck, P.  (2004).  United States Country Report in 2004, in <u>International Disability Rights Monitor</u>, Center for International Rehabilitation, 349-70.

131.    Sewell, R., Song, C., Smith, R., Bauman, N., & Blanck, P.  (2004). Union Army Veterans with Hearing Loss and the Evolution of Disability in America During 1862-1920, The Laryngoscope: <u>Journal for the Triological Society</u>, 114(12), 2147-2153, December.

132.    Schmeling, J., Schartz, H.A., & Blanck, P.  (2005).  The New Disability law and Policy Framework: Implications for Case Managers, 88-121, in Case Management for Rehabilitation Health Professionals (2nd

Ed., Vol. 1, Foundational Aspects), edited by Fong Chan, Michael J. Leahy, & Jodi Saunders, Aspen Professional Services Publisher.

133.    Blanck, P. & Schartz, H.  (2005). Special Issue: Corporate Culture and Disability, <u>Behavioral Sciences & the Law</u>, 23(1), 1-2.

134.    Schur, L., Kruse, D., & Blanck, P. (2005).  Corporate Culture and the Employment of Persons with Disabilities, <u>Behavioral Sciences & the Law</u>, 23(1), 3-20.

135.    Sandler, L. & Blanck, P. (2005).  Accessibility As A Corporate Article of Faith at Microsoft: Case Study of Corporate Culture and Human Resource Dimensions, <u>Behavioral Sciences & the Law</u>, 23(1), 39-64.

136.    Klein, D., Schmeling, J., & Blanck, P.  (2005).  Emerging Technologies and Corporate Culture at Microsoft: A Methodological Note, <u>Behavioral Sciences & the Law</u>, 23(1), 65-96.

137.    Ball, P., Monaco, G., Schmeling, J., Schartz, H.,  Blanck, P. (2005).  Disability as Diversity in Fortune 100 Companies, <u>Behavioral Sciences & the Law</u>, 23(1), 97-121.

138.    Searcy, M., Duck, S., & Blanck, P.  (2005).  Nonverbal Behavior in the Courtroom and the "Appearance of Justice."  41-61.  In Ronald Riggio & Robert Feldman (Eds.), <u>Applications of Nonverbal Communication</u>, Lawrence Erlbaum Publishers.

139.    Blanck, P.  (2005). Review of the "The Disability Pendulum," <u>Law and Politics Book Review</u>, 15(5) (May), pp. 354-58, available at http://www.bsos.umd.edu/gvpt/lpbr.

140.    Blanck, P., Hill, E., Siegal, C., & Waterstone, M.  (2005).  <u>Disability Civil Rights Law and Policy: Cases and Materials</u>, Thomson/West Publishers.  [Teacher's Manual, 2006.]

141.    Blanck, P. (Ed.)  (2005).  <u>Disability Rights</u>, in the collection of the International Library of Essays on Rights (senior eds. of the library, T.D. Campbell & C. Stuart), Ashgate Publishing Limited [with reprints of Blanck et al. articles].

142.    Blanck, P., Schartz, H.A., Ritchie, H., & Rosenthal, R.  (2005).  Science and Ethics In Conducting, Analyzing, and Reporting Disability Policy Research, 141-59.  In <u>Advances in Social and Organizational Psychology: A Tribute to Ralph Rosnow</u>, Lawrence Erlbaum Publishers.

143.    Blanck, P. (ed.) (Fall 2005).  Introduction: Special Issue on Disability Law and Policy, 25(4) <u>Disability Studies Quarterly</u>, Part 1, available at http://www.dsq-sds.org/_articles_html/2005/fall. (Part 2 co-edited with H. Schartz).

144.    Hendricks, D.J., Batiste, L., Hirsh, A., Dowler, D. Schartz, H., & Blanck, P.  (Fall 2005).  Cost and Effectiveness of Accommodations in the Workplace: Preliminary Results of a Nationwide Study, 25(4) <u>Disability Studies Quarterly</u>, Part 1, available at http://www.dsq-sds.org/_articles_html/2005/fall/.

145.    Ball, P., Morris, Hartnett, J., & Blanck, P.  (2005).  Breaking the Cycle of Poverty: Asset Accumulation by People with Disabilities, 25(4) <u>Disability Studies Quarterly</u>, Part 2; available at http://www.dsq-sds.org/_articles_html/2005/fall/.

146.    Schmeling, J., Schartz, H., Morris, M. & Blanck, P.  (2005).  Tax Credit and Asset Accumulation: Finding from the Harris/NOD Survey of Americans with Disabilities, 25(4) <u>Disability Studies Quarterly</u>, Part 2; available at http://www.dsq-sds.org/_articles_html/2005/fall/.

147.    Blanck, P. (2005).  Americans with Disabilities and their Civil Rights: Past, Present, Future, <u>Workplace Discrimination and the Law in North America</u>, NAFTA Labor Secretariat Publisher, Washington, D.C.

148.    Hill, E., Siegal, C., Waterstone, M., & Blanck, P. (2006).  Anti-Discrimination Law: Judicial Interpretations, Vol. 1: 112-116, in <u>Encyclopedia of Disability</u>, Sage Publishers.

149.    Schwartz, J.A., Siegal, C., Waterstone, M., Hill, E., & Blanck, P. (2006). Disability Policy, Vol. 1: 468-476, in <u>Encyclopedia of Disability</u>, Sage Publishers.

150.    Waterstone, M., Hill, E., Siegal, C., & Blanck, P. (2006). Discrimination Law: United States, Vol. 1: 452-461, in <u>Encyclopedia of Disability</u>, Sage Publishers.

151.    Schmeling, J. & Blanck, P. (2006).  United States Country Report in 2005, in <u>International Disability Rights Monitor</u>, Center for International Rehabilitation, xxx-xxx.

152.    Blanck, P. & Song, C. (2005).  "I Don't Believe Any Colored Ex-Soldier Can Get Justice:" Disability, Race and Pensions for Union Army Veterans, Unpublished Manuscript; on file at <u>disability.law.uiowa.edu</u>.

153.    Blanck, P. (2005).  Americans with Disabilities and their Civil Rights: Past, Present, Future, <u>University of Pittsburgh Law Review</u>, 66, 687-719.

154.    Blanck, P. (2005).  The Burton Blatt Institute: Centers of Innovation on Disability at Syracuse University, <u>Syracuse Law Review</u>, 56(2), 201-32.

155.    Rich , R.F., Erb, C.T., Prudhomme, T.I., & Blanck, P. (2006).  <u>Disability Claims, Review, Hearings and Appeals Procedures: An Analysis Of Administrative Best Practices</u>; Technical Report submitted to the U.S. Social Security Administration, Disability Research Institute, available at: www.dri.uiuc.edu/research/p04-03c/legal_issues_final_report.doc.

156.    Blanck, P., Hill, E., Siegal, C., & Waterstone, M. (2006 Supp. to the 1st Ed.).  <u>Disability Civil Rights Law and Policy: Cases and Materials</u>, Thomson/West Publishers.

157.    Schartz, H., Schartz, K., Hendricks, D.J., & Blanck, P. (2006). Workplace Accommodations: Empirical Study of Current Employees, <u>Mississippi Law Journal</u>, 75, 917-43.

158.    Blanck, P. (2006).  <u>U.S. Society and Laws Protect the Rights of Persons with Disabilities</u>, <u>e-Journal USA</u>, 5-8, at http://iipdigital.usembassy.gov/st/english/publication/2008/05/20080526235001srenod0.2262384.html#axz z2Mxa3VOw5.

159.    Schartz, H., Hendricks, D.J., & Blanck, P.  (2006). Workplace Accommodations: Evidence-Based Outcomes, <u>Work</u>, 27, 345–354.

160.    Blanck, P. & Malloy, R.P. (Eds.) (2006 - ).  <u>Disability Law and Policy</u>, Book Series for Cambridge University Press.

161.    Reina, M.V., Adya, M. & Blanck, P. (2007). Defying Double Discrimination, <u>Georgetown Journal of International Affairs</u>, 8, 95-104.

162.    Blanck, P., Adya, M., Myhill, W., Samant, D., & Chen, P. (2007). Employment of Persons with Disabilities: Twenty-Five Years Back and Forward, <u>Minnesota Law and Inequality: A Journal of Theory and Practice</u>, 25, 323-353.

163.    Blanck, P. (2007). Enforcing ICT Accessibility Rules, <u>The Accessibility Imperative: Implications of the Convention on the Rights of Persons with Disabilities for Information and Communication Technologies, G3ict, World Times Inc.</u>, 186-93.

164.   Myhill, W. N., Samant, D., Klein, D., Kaplan, S., Reina, M. V. & Blanck, P. (2007). Distance Education Initiatives and Their Early 21st Century Role in the Lives of People with Disabilities, in "Distance Education Research Trends" (ed. E. Bailey, Nova Science Publishers), 1-38.

165.   Logue, L. & Blanck, P. (2008). "Benefit of the Doubt": African-American Civil War Veterans and Pensions, Journal of Interdisciplinary History, xxxviii: 3 (Winter, 2008), 377–399.

166.   Baker, P., Caves, K. & Blanck, P. (Eds.) (2008). Special Issue on Disability Policy and Law, Assistive Technology Journal, 20, full issue.

167.   Myhill, W., Cogburn, D.L., Samant, D., Kwasi Addom, B., & Blanck, P. (2008). Developing Accessible Cyberinfrastructure-Enabled Knowledge Communities in the National Disability Community: Theory, Practice, and Policy, Assistive Technology Journal, 20, 157-74.

168.   Blanck, P. (2008). Closing: Special Issue on Disability Policy and Law, Flattening the (In-Accessible) Cyber World for People with Disabilities, Assistive Technology Journal, 20, 175-80.

169.   Blanck, P. (2008). "The Right to Live in the World": Disability Yesterday, Today, and Tomorrow, 2008 Jacobus tenBroek Disability Law Symposium, Texas Journal on Civil Liberties and Civil Rights, 13, 367-401.

170.   Adya, M. & Blanck, P. (2008). Judges' Nonverbal Behavior, in Encyclopedia of Psychology and Law, ed. Brian L. Cutler, Sage, 388-90.

171.   Blanck, P., Myhill, W., Solstad Vedeler, J., Morales, J., & Pearlman, P. (2009). Individuals with Cancer in the Workforce and their Federal Rights, Work and Cancer Survivors (ed. Michael Feuerstein), Springer, 255-76.

172.   Schur, L., Kruse, D. Blasi, J, & Blanck, P. (2009). Is Disability Disabling In All Workplaces?: Disability, Workplace Disparities, and Corporate Culture, Industrial Relations, 48(3), 381-410, July.

173.   Blanck, P., Schartz, H., Hendricks, DJ, Schartz, K., & Myhill, W.N. (2009). Empirical Study of the Americans with Disabilities Act, in Assessing the Employment Provisions of the Americans with Disabilities Act, (BBI Working Paper; at http://bbi.syr.edu).

174.   Blanck, P., Hill, E., Siegal, C., & Waterstone, M. (2009). Disability Civil Rights Law and Policy, Second Edition, Thomson/West Publishers. [Statutory Supplement & Teacher's Manual, 2009]

175.   Araten-Bergman, T., Solstad Vedeler, J., Myhill, W., & Blanck, P. (2009). Employment and Labor, In S. Burch (Ed.) Vol. I, Encyclopedia of American Disability History, NY, NY: Facts on File, Inc., 321-27.

176.   Blanck, P. & Myhill, W. (2009). Disabilities, Care of Children with: Legal and Public-policy Perspectives; Care for Children with Mental and/or Physical Disabilities from Birth through Adolescence, Shweder, R.A., T.R. Bidell, A.C. Dailey, S.D. Dixon, P.J. Miller, & J. Modell, eds. The Child: An Encyclopedic Companion. Chicago: University of Chicago Press, 275-76.

177.   Schreuer, N.U., Myhill, W., Aratan, T., Samant, D., & Blanck, P. (2009). Workplace Accommodations: Occupational Therapists as Mediators in the Interactive Process, Work, 33, 1-12.

178.   Samant, D., Soffer, M., Hernandez, B., Akinpelu, O., Adya, M., Levy, J., Repoli, E., Kramer, M., & Blanck, P. (2009). Corporate Culture and Employment of People with Disabilities: Role of Social Workers and Service Provider Organizations, Journal of Social Work in Disability & Rehabilitation, 8, 171–188.

179.   Myhill, W. & Blanck, P. (2009). Disability and Aging: Historical and Contemporary Challenges, Marquette University Law School Elder's Advisor, 11(1), 47-80.

180.   Logue, L. & Blanck, P. (2009). Civil War, In S. Burch (Ed.) Vol. I, Encyclopedia of American Disability History, NY, NY: Facts on File, Inc., 181-83.

181.   Blanck, P. & Logue, L. (2009). Lemon, George, In S. Burch (Ed.) Vol. II, Encyclopedia of American Disability History, NY, NY: Facts on File, Inc., 559-60.

182.   Stein, M.A., Stein, P.J.S. & Blanck, P. (2009). Disability, Vol. 2, Legal History Encyclopedia, NY, NY: Oxford University Press, 334-37.

183.   Hill, E. & Blanck, P. (2009). Future of Disability Rights: Part Three—Statutes of Limitations in Americans with Disabilities Act, "Design and Construct" Cases, Syracuse Law Review, 60, 125-159.

184.   Hill, E. & Blanck, P. (2009). Future of Disability Law and Advocacy and "The Right to Live in the World", Second Jacobus tenBroek Disability Law Symposium, Texas Journal on Civil Liberties and Civil Rights, 15, 1-31.

185.   Logue, L. & Blanck, P. (2010). Race, Ethnicity, and Disability: Veterans and Benefits in Post-Civil War America, Cambridge University Press. [Reviewed in American Historical Review, 116(5), Dec. 2011, at 1504.]

186.   Soffer, M., Rimmerman, A., Blanck, P., & Hill E. (2010). Media and the Israeli Disability Rights Legislation: Progress or Mixed and Contradictory Images?, Disability and Society, 25(6), 687–700.

187.   Soffer, M., McDonald, K., & Blanck, P. (2010). Poverty Among Adults with Disabilities: Barriers to Promoting Asset Accumulation in Individual Development Accounts, American Journal of Community Psychology, 46(3-4), 376-385.

188.   Gottlieb, A., Myhill, W., & Blanck, P. (2010). Employment of People with Disabilities, International Encyclopedia of Rehabilitation, at http://cirrie.buffalo.edu/encyclopedia/en/article/123/.

189.   Blanck, P. (2010). Disability and Aging: Historical and Contemporary Views, in Disability and Age Discrimination: Perspectives in Law and Psychology (ed. R. Wiener), Springer, 49-70.

190.   Nakagawa, J. & Blanck, P. (2010). Future of Disability Law in Japan: Employment and Accommodation, Loyola International & Comparative Law Review, 33(1), 173-221.

191.   Ali, M., Schur, L., Kruse, D., & Blanck, P. (2011). What Jobs Do People with Disabilities Want? The Same as Anyone Else, Journal of Occupational Rehabilitation, 21(2), 199-210 (2011). Online First Article, 10-6-10 at http://www.springerlink.com/content/8784326332537566/fulltext.pdf.

192.   Blanck, P. (2012). Disability and Diversity: Historical and Contemporary Influences, Workplace Inclusion of Employees with Disabilities, Managing Diversity in Today's Workplace: Vol. 1: Gender, Race, Sexual Orientation, Ethnicity, and Power, 173-208, in Women and Careers in Management Series, Michele Paludi (ed.) Praeger.

193.   Lord, J., Raja Samant, D., & Blanck, P. (2013). Beyond the Orthodoxy of Rule of Law and Justice Sector Reform: A Framework for Legal Empowerment and Innovation through the Convention on the Rights of Persons with Disabilities, in World Bank Legal Review (Eds. H. Cisse, S. Muller, C. Thomas & C. Wang), 4: 45-65.

194.   Blanck, P., Goldstein, B., & Myhill, W. (2013). Legal Rights of Persons with Disabilities: An Analysis of Federal Law: Second Edition, LRP Publications.

195.   Schur, L., Kruse, D., & Blanck, P. (2013). People with Disabilities: Sidelined or Mainstreamed?, Cambridge University Press.

196.    Blanck, P., Waterstone, M., Myhill, N. & Siegal, C.  (3rd ed., 2014). Disability Civil Rights Law and Policy: Case and Materials, West Publishers.

197.    Blanck, P. (Ed.) (2014). Introduction: Disability, Law and Public Policy, and the World Wide Web, Behavioral Sciences & the Law, 32(1), 1-3.

198.    Blanck, P. (2014). The Struggle for Web Equality by Persons with Cognitive Disabilities, Behavioral Sciences & the Law, 32(1), 4-32.

## Forthcoming Publications and Working Papers

199.    Schur, L., Nishii, L., Adya, M., Kruse, D., Bruyere, S., & Blanck, P. (2014).  Accommodating Employees With and Without Disabilities, Human Resource Management (in press).

200.    Blanck, P. (2014).  *eQuality*: The Struggle for Web Accessibility by Persons with Cognitive Disabilities, Cambridge University Press (forthcoming).

201.    Lord, J.E., Raja Samant, D., & Blanck, P. (2014). Law and People with Disabilities, in International Encyclopedia of Social and Behavioral Sciences, section eds. R. Greenspan & K. Levine, (Elsevier, 2d ed., in draft).

202.    Blanck, P., Myhill, W., & O'Reilly, A. (2014). The Right to Decent Work of Persons with Disabilities, International Labour Organization (ILO), Geneva, Switzerland (in preparation, 3d ed.).

203.    McDonald, K.E., Williamson, P., Weiss, S., Adya, M., Blanck, P. (2014). The March Goes On: Community Access for People with Disabilities, Journal of Community Psychology (forthcoming).

204.    Schur, L., Kim, A., Han, K., Kruse, D., Adya, M., & Blanck, P. (2015).  Disability at Work: Job Characteristics and Attitudes of Employees with Disabilities (in revision).

205.    Blanck, P. (2015). Introduction, Special Issue on the 25th Anniversary of the Americans with Disabilities Act, Inclusion (in preparation).

206.    Blanck, P. (2015). eQuality and the Future of Web Accessibility, Special Issue on the 25th Anniversary of the Americans with Disabilities Act, Inclusion (in preparation).

207.    de Paor, A., Quinn, G., & Blanck, P. (Eds.) (2015). Introduction, Genetic Discrimination: Transatlantic Perspectives on the Case for a European Level Legal Response, Routledge Press (forthcoming).

208.    de Paor, A., Quinn, G., & Blanck, P. (Eds.) (2015). Conclusion, Genetic Discrimination: Transatlantic Perspectives on the Case for a European Level Legal Response, Routledge Press (forthcoming).

209.    Blanck P. & de Paor, A. (2015). U.S. Legislative and Policy Response–Some Historical Context to GINA, In Genetic Discrimination: Transatlantic Perspectives on the Case for a European Level Legal Response, Routledge Press (forthcoming).

210.    Blanck, P., Campanella, T., & Martinis, J. (2015).  Legal and Ethical considerations in Ensuring Rights and Entitlements, in A Comprehensive Guide to Intellectual and Developmental Disabilities (eds. Michael Wehmeyer, Ivan Brown, Maire Percy, Karrie Shogren, & Alan Fung) (2nd ed., 2015, Paul H. Brookes Publishing Company) (in preparation).

211.    Logue, L. M. & Blanck, P. (2015). "A Perfect Wreck": Psychological Illness and Suicide among Union Army Veterans (in submission).

212.    Blanck, P. (2015). The Americans with Disabilities Act at 25: Past, Present, and Future Struggles and Opportunities (in preparation).

213.    Lord, J.E. & Blanck, P. (2015). Unwelcome Immigrants: Disability Discrimination in Refugee and Asylum Law and Policy (in draft).

214.    Blanck, P., Flynn, E., & Quinn, G. (eds.) (2015), A Research Companion to Disability Law, Ashgate Companion Series, Oxford, UK (in preparation).

215.    Blanck, P., Flynn, E., & Quinn, G. (2015), Introduction, A Research Companion to Disability Law, Ashgate Companion Series, Oxford, UK (in preparation).

216.    Blanck, P. (2015), e-Quality: The Right to the Web, A Research Companion to Disability Law, Ashgate Companion Series, Oxford, UK (in preparation).

217.    Blanck, P. (unpublished). ADA's Application to Foreign-Flagged Cruise Ships In U.S. Waters: Spector v. Norwegian Cruise Lines, in Disability and Human Rights in Europe; Olivier Deschutter & Gerard Quinn (eds.), Bryant Publishers.

218.    Myhill, W., Schreuer, N., Araten, T., Samant, D. & Blanck, P.  (unpublished). Americans with Disabilities Act, Encyclopedia of Issues in U.S. Public Policy, Gale: Thomson Publishers.

## Newspaper/Magazine/Newsletter Articles and Commentary

Blanck, P. (Mar., 8, 2010).  Commentary:  E-Books Must Be Accessible, and That Means Audio, <u>The Chronicle of Higher Education</u>, at http://chronicle.com/article/E-Books-Must-Be-Accessible/64518/.

Blanck, P. (Nov. 11, 1991). Persons with disabilities can be assets to business. O'Brien County Bell, Primghar, IA.

[Reprinted] (Nov. 14, 1991).  Disability act being phased in.  Tama News-Herald, Tama, Iowa.

[Reprinted] (Dec. 4, 1991). Disability act will soon begin to have an impact.  Bloomfield Democrat, Bloomfield, IA.

Blanck, P.D. (Oct. 7, 1992).  Disabilities act myths are often unfounded.  Journal-Gazette, Fort Wayne, IN.

[Reprinted] (Oct. 12, 1992).  Disabilities getting a bad rap. Middlesex News, Framingham, MA.

[Reprinted] (Oct. 22, 1992).  Look at reality, not myth, in disabilities act.  Valley Foothills News, Yuma, AZ.

[Reprinted] (Oct. 23, 1992).  Realities, myths of disabilities.  The Evening Bulletin, Providence, RI.

[Reprinted] (Oct. 23, 1992).  Realities, myths of disabilities.  The Providence Journal, Providence, RI.

Blanck, P.  (Jan. 1993).  Americans with disabilities: The hidden electorate. Region VIII, AAMR Newsletter, ND.

Blanck, P.D. (Sept. 24, 1993).  ADA – Separating fact from fiction.  31(3) FYI at 4, U. of Iowa.

[Reprinted] (Oct. 19, 1993).  Emphasize the facts about disabilities act.  Des Moines Register, Iowa (at 7a).

Blanck, P.D. (Dec. 1993).  Americans with Disabilities Act and health care reform.  Scripps-Howard News service.

Blanck, P.D. (Dec. 1993).  Judges and juries are getting a bad rap.  Scripps-Howard News service.

[Reprinted] (Nov. 26, 1993).  Judging juries.  Syracuse Herald-Journal, Syracuse, NY.

[Reprinted] (Nov. 29, 1993).  Judges and juries do better than the public might think. Daily Local News, West Chester, PA.

[Reprinted] (Nov. 30, 1993).  Jurors do a better job than most people think.  Winston-Salem Journal, Winston-Salem, NC.

Blanck, P. (Dec. 1994).  Transcending the ADA at Sears, Roebuck and Co. . . . . For the price of dinner and a movie.

Blanck, P.D. (Jan. 1995).  Buck v. "The Bell Curve."

Blanck, P.D. & Pope, M.H. (1995).  Editorial: Spine research, law and public policy. 20(5) <u>Spine</u> 511-12.

Blanck, P.D. (Sept. 1995).  Editorial: Disaster Mitigation for People with Disabilities.

Blanck, P.D. (May 6, 1998).  Letter to Editor: <u>JAMA</u>, 279(17), 1349.

Blanck, P. (Sunday, Sept. 2, 2001). Op. Ed. Business: Make Use of Disabled Work Force. IA City Press Cit., 9A.

Blanck, P. (Aug. 2005). Guest Column, Corporate Culture & Disability, ADA Compliance Guide Newsletter, Washington, D.C., available at http://www.thompson.com.

## **Harvard Business School Case Publications**

9-483-031(1982).          Patrick J.J. Rich (with J. Dowd).

9-483-050 (1982).         A note on career planning in industry.

9-483-058 (1982).         The Wane Division of the American Instruments, Corporation (A).

9-483-094 (1982).         The Wane Division of the American Instruments,  Corporation (B).

## PRESENTATIONS

See also http://bbi.syr.edu for listing of other web-based presentations and accessible formats where possible.

1.  Blanck, P., Reis, H.T., & Jackson, L. (1979).  The effects of the verbal reinforcement on intrinsic motivation for sex-linked tasks.  Presentation meeting of the American Psychological Association, NY.

2.  Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M, & Zuckerman, M. (1980).  Longitudinal and cross-sectional age effects in nonverbal decoding skill and style.  Presentation at the meeting of the Eastern Psychological Association, Hartford.

3.  Blanck, P.D., Rosenthal, R., Snodgrass, S.E., DePaulo, B.M., & Zuckerman, M. (1980).  Developmental changes in females' superiority at decoding nonverbal cues.  Presentation at the meeting of the American Psychological Association, Montreal.

4.  McLeod, P.L., Rosenthal, R., Blanck, P., & Snodgrass, S.E. (1980). Micromomentary movement and the decoding of face and body cues.  Presentation meeting of American Psychological Association, Montreal.

5.  Blanck, P.D. & Rosenthal, R. (1980).  Nonverbal sensitivity and athletic team performance.  Presentation at the meeting of the New England Psychological Association, Boston.

6.  Blanck, P.D. & Rosenthal, R. (1981).  Measuring sensitivity to verbal and nonverbal discrepant and consistent multichannel messages: The MOVANS Test.

7.  Presentation at the meeting of the Eastern Psychological Association, New York.

8.  Snodgrass, S.E., Rosenthal, R., & Blanck, P. (1981).  Sex role association via teachers' behavior and sexually stereotyped materials.  Presentation at meeting of Association of Women in Psychology, Boston.

9.  Blanck, P.D. & Rosenthal, R. (1981).  Nonverbal styles and skills in best-friend relationships.  Presentation at the meeting of the New England Psychological Association, Brandeis University.

10.  Blanck, P.D., Rosenthal, R., & Cordell, L.H. (1985).  Nonverbal communication in the clinical and legal context.  Presentation at the meeting of the California Psychological Association, San Francisco.

11.  Blanck, P.D. & Rosenthal, R. (1986).  Judges' verbal and nonverbal in criminal jury trials.  Symposium of jury decision-making.  Presentation at the meeting of the American Psychological Association, Washington, D.C. Colloquium. (1986). Trial judges' behavior in criminal jury trials.  U. Nebraska, Lincoln, Law School.

12.  Blanck, P.D. (1988).  The Archeology of Field Research in the Courtroom.  Presentation at the meeting of the Law and Society Association, Vail, Colorado.

13.  Blanck, P.D. (1989).  Trial judges' behavior in criminal jury trials.  University of Iowa, College of Law.

14.  Bernieri, F., Blanck, P.D., Rosenthal, R., Vannicelli, M., & Yerrell, P.H. (1990).  Therapists' speech: Channel congruency, affect, and variability. Presentation at the meeting of the American Psychological Association, Boston, MA.

15.  Blanck, P.D. (1990).  Legal policy and methodological issues in deinstitutionalizing the mentally retarded.  Presentation at the meeting of American Psychology-Law Society Division 41 Conf., Williamsburg, VA.

16.  Blanck, P.D. (1990).  Panelist on "Selecting impartial juries."  Annenberg Washington Program Forum, Washington, D.C.

17.  Blanck, P. (1991).  Ethical, moral, and legal issues in the primary and secondary analysis of videotape data of family interactions.  Presentation at Henry Murray Research Center, Radcliffe College, Harvard Univer.

18.  Blanck, P.D. (1991).  Empirical study of the Americans with Disabilities Act: Model of Study and Preliminary Results.  Presentation at the American Association for Mental Retardation, Washington, D.C.

19.  Blanck, P.D. (1991).  The interface of law and psychology, Keynote at the Iowa Psychological Association meeting, Iowa City, IA.

20.  Blanck, P.D. (1991).  The Americans with Disabilities Act: A new Bill of Rights, Presentation at the University of Iowa, College of Law celebration of the Bicentennial of the Bill of Rights, Iowa City, IA.

21.  Saks, M.J. & Blanck, P.D. (1992).  Improving on Justice: The Unrecognized Benefits of Sampling and Aggregation in the Trial of Mass Torts.  Presentation at the meeting of the American Association of Law Schools, San Antonio, TX.

22.  Blanck, P.D. (1992).  The Americans with Disabilities Act, Colloquium, Department of Sociology, University of Iowa.

23.  Blanck, P.D. (1992).  Ethical and legal implications of the human genome initiative.  Presentation at the Iowa Humanities Symposium, "Genes and Human Self-Knowledge," University of Iowa, College of Medicine, Iowa City, IA.

24.  Blanck, P.D. (1992).  Americans with Disabilities Act: Advising employers and employees.  Presentation at the University of Iowa, College of Law Symposium (CLE) on Employee Rights and Benefits.

25.  Blanck, P.D. (1992).  Introduction to Program on "Communicating with Juries." Presentation at the Annenberg Washington Program, Washington, D.C.

26.  Blanck, P.D. (1992).  The Emerging Work Force of Persons with Disabilities: The ADA and ADR.  Address to the Industry-Labor Council Meeting "Giving Us the Tools," National Center for Disability Services, St. Louis, MO.

27.  Blanck, P.D. (1992).  The Emerging Work Force of Persons with Disabilities.  Address to the Equal Employment Opportunity Commission, Washington, D.C.

28.  Blanck, P.D. (1992).  Americans with Disabilities Act: Advising employers and employees.  Presentation at the University of Iowa, College of Law (CLE).

29.  Blanck, P.D. (1992).  Fact Finding and Decision Making, Address at the meeting of the Ohio Judicial Conference, Columbus, OH.

30.  Blanck, P.D. ((1992).  Americans with Disabilities Act: Facts and Myths.  Presentation at the University Hospital School Rounds, University of Iowa.

31.  Blanck, P.D. (1992).  Americans with Disabilities Act: The Basics, Invited Lecture at Goodwill Industries, Inc. & Iowa City Chamber of Commerce, Iowa City, IA.

32.  Blanck, P.D.(1992).  Americans with Disabilities Act: Basics, Invited Lecture at Alliance for the Mentally Ill meeting, Iowa City, IA.

33.  Blanck, P.D. (1993).  The Emerging Work Force: Studying the ADA.  Invited Public Address at the Woodrow Wilson School of Public Policy, Princeton University.

34.   Blanck, P.D. (1993).  Americans with Disabilities Act: Issues for Rehabilitation Professionals, Invited Lecture at Rehabilitation Psychology Program, University of Iowa.

35.   Blanck, P.D. (1993).  Americans with Disabilities Act: Issues for Pulmonary Physicians, Invited Rounds at Univ. Iowa Hospitals.

36.   Blanck, P.D. (1993).  Social Change through Law:  Where is the Difference, Invited Presentations, Teaching Texts & Diversity, University of Iowa.

37.   Blanck, P.D. (1993).  The ADA and ADR, Invited Presentation, American Association on Mental Retardation Convention, Washington, D.C.

38.   Blanck, P.D. (1993).  Americans with Disabilities Act: Issues for Eye Researchers and Clinicians, Invited Rounds Univ. Iowa Hosp.

39.   Blanck, P.D. (1993).  The ADA and ADR, Invited Presentation, USPDI Conference on ADA and Technology, Washington, D.C.

40.   Blanck, P.D. (1993).  The ADA and ADR, Invited Presentation, Access Center Conference, Davenport, IA.

41.   Blanck, P.D. (1993).  Field of Dreams and the ADA, Keynote Address, Iowa ARC, Cedar Rapids, IA.

42.   Blanck. P. (1993). Rural employment and the ADA, Invited Address, Rural Employment Alt., Conroy, IA.

43.   Blanck, P.D. (1993).  Implementing the ADA, Keynote, Missouri Association County Developmental Disabilities Ser., St. Louis, MO.

44.   Blanck, P.D. (1993).  Implementing the ADA, Invited Address, Iowa City Public Library, IA.

45.   Blanck, P.D. (1994).  Health care reform: Access and partnerships. Presentation to the President's Committee on Mental Retardation Health Care Reform Conference, Washington, D.C.

46.   Blanck, P.D. (1994).  ADA and ADR, Address to the Iowa Risk Project, Iowa City, IA.

47.   Blanck, P.D. (1994).  Putting the employment provisions of the ADA to work, CLE, Univ. Iowa, College of Iowa, Iowa City, IA.

48.   Blanck, P.D. (1994).  Introduction/Moderator to Program "Communications technology for everyone," Conference at the Annenberg Washington Program, Washington, D.C.

49.   Blanck, P.D. (1994).  Emerging issues in ADA and ADR, Address to the American Association on Mental Retardation Annual Convention, Boston, MA.

50.   Blanck, P.D. (1994).  Moderator, Implementing Consent Decrees, American Association on Mental Retardation Annual Convention, Boston, MA

51.   Blanck, P. (1994). Inclusive Education and the ADA, Presentation at the Department of Special Education, Univ. Iowa, Iowa City, IA.

52.   Blanck, P.D. (1994). Community integration and the ADA, Invited Address, Barry-Lawrence Retreat, Branson, MO.

53.   Blanck, P.D. (1994).  Communications Technology for everyone.  Invited Address, Smithsonian Museum, Washington, D.C.

54.    Blanck, P.D. (1994).  Empirical Study of the ADA, Invited Address, Department of Psychology, & Woodrow Wilson School, Princeton University, NJ.

55.    Blanck, P.D. (1994).  The Appearance of Justice, Moderator for conference co-sponsored by Princeton University, Woodrow Wilson School, and the Annenberg Washington Program, Princeton, NJ.

56.    Blanck, P.D. (1995).  On diversity, disability, and employment, Invited address, American Association of Law Schools Conference, New Orleans, LA.

57.    Blanck, P.D. (1995).  Human rights and persons with intellectual disability: International and national perspectives, Symposium, Yale Law School, New Haven, CT.

58.    Blanck, P.D. (1995).  ADA and occupational medicine, Invited address, Iowa Conference on Occupational Medicine, Iowa City, IA.

59.    Blanck, P.D. (1995).  Implications of ADA for Psychologists, Invited address, American Psychology–Law Society Conv., NY, NY.

60.    Blanck, P.D. (1995).  ADA in the Workplace – Evolutionary or Revolutionary, Invited address, California Committee on Employment of Persons with Disabilities Conference, Sacramento, CA.

61.    Blanck, P.D. (1995).  ADA in the workplace: "Back" to work, Invited address, Southam Occupational Health & Safety Conference, Toronto, Canada.

62.    Blanck, P.D. (1995).  ADA's Impact on the Workplace: Empirical Findings, Invited address, National Employment Lawyer's Association, San Francisco, CA.

63.    Blanck, P.D. (1995).  U.S. Disability Policy and Law, Invited Address to Handikapp Ombudsmannen, Stockholm, Sweden.

64.    Blanck, P.D. (1995).  Voices of Freedom: America Speaks Out on ADA, National Council on Disability Forum, Washington, D.C.

65.    Blanck, P.D. (1995).  Work Force Diversity and the ADA, Invited Address, Northern States Power Company, Minneapolis, MN.

66.    Blanck, P.D. (1995).  ADA, Employment, Civil Rights. Invited Address, American Association on Mental Retardation Public Policy Forum, Washington, D.C.

67.    Blanck, P.D. (1996).  Persons with Mental Retardation in the Juvenile Justice System.  Invited Address, American Association on Mental Retardation Annual Conference, San Antonio, TX.

68.    Blanck, P.D. (1996).  Institutional reform litigation.  Panel Address, American Association on Mental Retardation Annual Conference, San Antonio, TX.

69.    Blanck, P.D. (1996).  How Does ADA Work for You?/Getting ADA to Work for You.  Invited Address, St. Francis Health Care Center, Green Springs, OH.

70.    Blanck, P.D. (1996).  The ADA and internal medicine, Medicine & Society Lecture Series, Department of Internal Medicine, University of Iowa.

71.    Blanck, P.D. (1996).  The ADA and rehabilitation medicine, Prince Lecture and Prince Visiting Professorship, Rehabilitation Institute of Chicago, Northwestern University, IL.

72.    Blanck, P.D. (1996).  Emerging ADA Law, Faculty Workshop, Northwestern University Law School.

73. Blanck, P. (1996).  Emerging Issues under the ADA, Keynote Address, Assoc. ADA Coordinators Conference, Raleigh Durham, NC.

74. Blanck, P.D. (1996).  ADA Title I, Ergonomics and Workers' Compensation Law, Invited Address, Worksafe Iowa Conference, Reducing Workplace Injuries & Illnesses Through Ergonomics, Iowa City, IA.

75. Blanck, P.D. (1996).  Transcending the ADA, Invited Address, Villanova Law School Symposium on the ADA, Villanova, PA.

76. Blanck, P. (1996).  Disability and Rural Health, Health in a Changing Rural Environment Conf., IA City.

77. Blanck, P.D. (1997).  The Ergonomics of the ADA, Invited Address, DePaul Law School, Symposium on the ADA, Chicago, IL.

78. Blanck, P. (1997). Socially Assisted Dying: Opening Remarks. Conf. Socially Assisted Dying, Northwestern University, Chicago, IL.

79. Blanck, P.D. (1997).  ADA and Psychiatry, Grand Rounds, Department of Psychiatry, University of Iowa.

80. Blanck, P. (1997).  Corporate Culture and the ADA, ADA Title I Conference Sponsored by the Industry-Labor Council, Chicago, IL.

81. Blanck, P.D. (1997).  The emerging role of the staffing industry in employing people with disabilities. Working together, leading the way, Conference sponsored by Iowa CEO, Des Moines, IA.

82. Blanck, P.D. (1997).  Students with Learning Disabilities, Reasonable Accommodations, and the rights of institutions of higher education to establish and enforce academic standards.  Invited Presentation at the Journal of Gender, Race and Justice, Annual Symposium, Iowa City, IA.

83. Blanck, P.D. (1998).  Exploring the Future: Trends and Challenges. Keynote Address at Region VII, Four State, Issues Forum, Kansas City, MO. [also speaking Economic Cents of Hiring Persons with Disabilities.]

84. Blanck, P. (1998). Human & Civil Rights: An Iowa Perspective. Keynote 1998 Iowa Civil Rights Commission, Des Moines, IA.

85. Blanck, P. (1998).  ADA: Issues and Impact. Invited Presentation at Current Topics in Occupational Health Symp., Iowa City, IA.

86. Blanck, P.D. (1998).  Treatment and Habilitation and the ADA.  Invited Presentation, American Bar Assoc. Conference "In Pursuit" … A Blueprint for Disability Law and Policy: ABA National Conference.

87. Blanck, P.D. (1998).  Closing Roundtable.  Invited Moderator at American Bar Association Conference "In Pursuit" … A Blueprint for Disability Law and policy: An ABA National Conference.

88. Blanck, P.D. (1998).  The Emerging Role of the Staffing Industry in Employing People with Disabilities and Manpower, Inc., Keynote Address, Shriners Hospitals Choices Conference, Chicago, IL.

89. Blanck, P.D. (1998).  The ADA and The Emerging Workforce. Invited Address, American Association on Mental Retardation Disability Summit, Washington, D.C.

90. Blanck, P. (1998).  ADA, Disabilities, and Discrimination in Health Care, Presentation Before the Bioethics Forum, Univ. Iowa.

91. Blanck, P.D. (1998).  Statement of Professor Peter David Blanck, Before the U.S House of Representatives Committee on Education and the Workforce, Monday, October 5, 1998, Washington, D.C.

92.     Blanck, P.D. (1998).  Statement of Professor Peter David Blanck, Before the U.S. Commission on Civil Rights, Public Hearings on the Americans with Disabilities Act, Thursday, November 12, 1998, Washington, D.C.

93.     Blanck, P. (1999).  Work and Disability. Invited Address, Annual Meeting of the American Assoc. Law Schools, New Orleans, LA.

94.     Blanck, P.D. (1999).  Civil War Pensions, Civil Rights, and the Americans with Disabilities Act. Invited Address, Symposium on ADA Backlash, University of California at Berkeley.

95.     Blanck, P.D. (1999).  The ADA and the Emerging Workforce. Invited Address, Annual Colloquium, University of Iowa, Department of Rehabilitation Counseling.

96.     Blanck, P. (1999). Genetic Knowledge and Disability, Symposium Moderator, Rehab. Inst. Chicago, IL.

97.     Blanck, P.D. (1999).  The ADA and the Emerging Workforce. Invited Plenary Address, Joint Employment & Technical Training Conference, U.S. Department of Labor, Washington, D.C.

98.     Blanck, P.D. (1999).  The Unintended Consequence of the ADA. Invited Address, National Disability Management Conference, Rehearsing Your Future, Washington Business Group on Health & Unum-Provident Corp., Washington, D.C.

99.     Blanck, P. (1999).  Disability and Compliance. Invited Address, National Workers' Compensation and Disability Conf., Chicago, IL.

100.    Blanck, P.D. (1999).  The Year of the ADA at the U.S. Supreme Court, University of Iowa College of Law Continuing Legal Education, Iowa City, IA.

101.    Blanck, P.D. (2000).  The Disabilities of Civil War Veterans: Empirical Study. Invited Address, Disability Institute ADA Symposium, University of Alabama School of Law, Tuscaloosa, AL.

102.    Blanck, P.D. (2000).  Entrepreneurs with Disabilities. Invited Address, President's Committee on Employment of People with Disabilities Annual Meeting, Washington, D.C.

103.    Blanck, P.D. (2000).  Civil War Pensions and Disability in America. Invited Address, ADA Tenth Anniversary Symposium, Ohio State University, Columbus, OH.

104.    Blanck, P.D. (2000).  Employment, the ADA, and the Supreme Court. Invited Address, Issues Forum, Kansas City, MO.

105.    Blanck, P.D. (2000).  Graduating from High School/High Tech, Keynote Address, Grant Wood area Educational Agency Graduation, Cedar Rapids, IA.

106.    Blanck, P.D. (2000).  Disability, Employment Policy and the ADA. Invited Address, Central States Occupational Medicine Association Meeting, Davenport, IA.

107.    Blanck, P. (2000).  ADA and Health Care, Panel, Rehabilitation Institute Chicago and Northwestern Univ. Conf., Chicago, IL.

108.    Blanck, P.D. (2000).  Rethinking ADA Civil Rights Enforcement, Moderator for National Retreat for the National Council on Disability Meeting, Washington, D.C.

109.    Blanck, P. (2000).  Employment Policy and the ADA: Research Questions and Challenges. Invited Address, Mary Switzer Lec. Ser., NIDRR, Lansing, MI.

110.   Blanck, P.D. (2000).  Studying Employment Policy and the Workforce of Persons with Disabilities. Rehabilitation Services Administration Annual Conference, Plenary Address, Philadelphia, PA.

111.   Blanck, P.D. (2000).  The Disabilities of Civil War Veterans. Invited Address, University of Nebraska College of Law, Lincoln, NE.

112.   Blanck, P.D. (20000.  Conceptions of Disability after the Civil War, Invited Address, University of Chicago, Center for Population Economics, Graduate School of Business, Chicago, IL.

113.   Blanck, P.D. (2000).  Studying the Impact of the ADA: Past and Present Issues, University of Michigan Law School, Invited Address, ADA Symposium, Ann Arbor, MI.

114.   Blanck, P.D. (2001).  Employment, Disability Policy and the ADA, Featured Address, "The Future is Not What it Used to Be," Conference on Workforce of Iowans with Disabilities, Des Moines, IA.

115.   Blanck, P.D. (2001).  Before Civil Rights: Veterans' Pensions and the Politics of Disability in America, 1862-1907, Invited Faculty Colloquium, Stanford Law School, CA.

116.   Blanck, P.D. (2001).  Veterans' Pensions and the Politics of Disability in America, Invited Discussant, National Bureau of Economic Research Conference, Health and Labor Force Participation over the Life Cycle: Evidence from the Past, Cambridge, MA.

117.   Blanck, P.D. (2001).  Before Civil Rights: Veterans' Pensions and the Politics of Disability in America, 1862-1907, Invited Faculty Colloquium, William & Mary Law School, VA.

118.   Blanck, P.D. (2001).  Keynote Address: Emerging Issues for the New Millennium, Annual Conference on Vocational Rehabilitation, Rehabilitation Institute of Chicago, Chicago, IL.

119.   Blanck, P.D. (2001).  Civil War Pensions and the Politics of Disability, Invited Enrichment Speaker Series/Faculty Colloquium, University of Houston, School of Law, Houston, TX.

120.   Blanck, P.D. (2001).  The Emerging Workforce of Entrepreneurs with Disabilities, America's Workforce Network Research Conference, U.S. Department of Labor, Washington, D.C.

121.   Blanck, P.D. (2001).  Civil War Pension Attorneys and the Politics of Disability in America, Invited Address, Conceptions of Disability Symposium, Bills of Right Institute, William & Mary Law School, VA.

122.   Blanck, P. (2001).  Economics of Employing People with Disabilities, Invited Speaker, Cornell Univ., RRTC Employment Conference, Washington, D.C.

123.   Blanck, P.D. (2001).  Ticket to Work and Work Incentives, Expert Roundtable Participant, Social Security Administration Conference, Washington, D.C.

124.   Blanck, P.D. (2001).  Civil War Pensions and the Politics of Disability in America, Invited Address, American Historical Association Convention, Chicago, IL.

125.   Blanck, P.D. (2001).  National Workplace Forum: Setting a National Agenda for Increasing the Employment of Individuals with Disabilities, U.S. Chamber of Commerce & Virginia Commonwealth University, Invited Presented, Washington, D.C.

126.   Blanck, P. (2002). Exploring the Future of Disability Civil Rights. Keynote Region VII, Four State, Issues Forum, Kansas City, MO.

127.   Blanck, P.D. (2002).  Exploring the Future of Disability Rights.  Keynote Conversations with J. Young at the World Institute on Disability/Virginia Commonwealth University Policy Forum, Los Angeles, CA.

128.    Blanck, P.D. (2002).  Exploring the Future of American Disability Civil Rights, and Comparisons to the UK Disability Discrimination Act.  Keynote Address, Employers' Forum on Disability, London, England.

129.    Blanck, P.D. (2002).  Ticket to Work and Work Incentives, Expert Roundtable Participant, Applicability of the ADA to Employment Networks (ENs), Social Security Administration Conference, Washington, D.C.

130.    Blanck, P.D. (2002).  The Definition of Disability under the Social Security Act and its Relation to the Americans with Disabilities Act, Testimony before the U.S. House of Representatives Subcommittee on Social Security, Thursday, July 11, Washington, D.C.

131.    Blanck, P.D. (2002).  ADA Research & Policy Agenda, Advisory Panel, GAO Meetings, Washington, D.C.

132.    Blanck, P.D. (2002).  The Future of American Disability Civil Rights, Keynote Address at the Iowa Rehabilitation Professionals Annual Meeting, Des Moines, IA.

133.    Blanck, P.D. (2002).  National Summit on Technology and Disabilities, Invited participant and facilitator, RESNA Conference, Providence, RI.

134.    Blanck, P. (2002).  AT Outcome Measurement: Where are we now and where are we headed? Washington University Program in Occupational Therapy Conference, St. Louis, MO.

135.    Blanck, P. (2003).  Nonverbal Communication in Applied Research Involving Persons with Disabilities, Invited participant, Claremont Applied Social Psychology Conference, Applications of Nonverbal Communication, Claremont, CA.

136.    Blanck, P. (2003).  "It Works," Invited moderator, The Information Technology Association of America (ITAA) Annual Workforce Convocation, Arlington, VA.

137.    Blanck, P. (2003).  The De-Evolution of the ADA: Federalism, and the Rise of State Disability Law, Invited speaker, Annual Conference of State Court Chief Justices, San Juan, PR.

138.    Blanck, P. (2003).  Politics and Practice of Accommodation, Invited Speaker, Job Accommodation Network (JAN), Annual Conference, Arlington, VA.

139.    Blanck, P. (2003).  Poverty and Disability, Invited Speaker, Intersection of Disability with Gender, Race and Justice, Symposium sponsored by the Journal of Race, Gender and Justice, Iowa City, IA.

140.    Blanck, P. (2003).  Keynote Address, Journal of Gender, Race & Justice Annual Symposium, Justice for All?  Exploring Gender, Race and Sexual Orientation Within Disability Law, Iowa City, IA.

141.    Blanck, P. (2003).  American Disability Law and Policy, Invited Speaker, International Seminar: Anti-Discrimination Legislation: Disability Experience, Organized by the Norwegian "Commission against Discrimination of Disabled People", appointed by the Norwegian Government 2003-2004, Oslo, Norway.

142.    Blanck, P. (2003).  Law and Ethics of Data Sharing, Invited Speaker, Data Sharing Workshop, Sponsored by The National Institutes of Health, National Institute of Child Health and Development (NIH/NICHD), Bethesda, MD.

143.    Blanck, P. (2003).  ADA and the European Year of the Disabled, Invited Address, Merrill Lynch Conf. European Year Disabled, London, UK.

144.    Blanck, P. (2003).  The Law and Politics of the ADA, Invited Speaker, Research Council of Norway, Conference on "Anti-Discrimination Legislation as an Instrument to Promote Equal Opportunities for People with Disabilities - International Experiences", Oslo, Norway.

145.   Blanck, P. (2003).  The Law and Politics of the ADA, Invited Speaker, Conference on "Anti-discrimination Legislation: The Disability Experience," Norwegian Governmental Commission Against Discrimination of People with Disabilities, Oslo, Norway.

146.   Blanck, P. (2003).  Is the ADA a Failed Law?, Speaker, Middlesex University, London, GB.

147.   Blanck, P. (2004).  Disability Law and Policy in Rehabilitation Education.  Keynote Address, National Council on Rehabilitation Education (NCRE), Annual Meeting, Tucson, AZ.

148.   Blanck, P. (2004).  The Accessible Courtroom, Invited Speaker, The Legal and Policy Implications of Courtroom Technology, International Conference Sponsored by The Courtroom 21 Project and William and Mary Bill of Rights Journal, Williamsburg, VA.

149.   Blanck, P.  (2004). Realities and Opportunities in the 21st Century Workplace–Disability Issues, Invited Panelist, U.S. Equal Employment Opportunity Commission, Forum with Chair Cari Dominguez, DC.

150.   Blanck, P. (2004). Future of Disability Law and Policy, Invited Talk, U.S. Equal Employment Opportunity Commission, Office of Legal Counsel, Washington, DC.

151.   Blanck, P. (2004).  Union Army Veterans' Pensions and the Politics of Disability in Nineteenth Century America, Distinguished Lecture on Human Rights, Syracuse University College of Law, Syracuse, NY.

152.   Blanck, P. (2004).  Employees with Disabilities: Employer Misconceptions Versus Data and Practice, Master Tutorial Presenter, Society for Industrial and Organizational Psychology, Ann. Conf., Chicago, IL.

153.   Sewell, R., Song, C., Smith, R., Bauman, N., & Blanck, P.  (2004). Union Army Veterans with Hearing Loss and the Evolution of Disability in America During 1862-1920, Paper, Annual Meeting of the Triological Society, Phoenix, AZ.

154.   Blanck, P.  (2004).  Disability Rights: Thematic Issues, Moderator at Equality and Disability: Exploring The Challenge and Potential of Framework Directive 2000/78/EC, Conference organized in Louvain-La-Neuve, Belgium (29-30 April).

155.   Blanck, P. (2004). Definition of Disability, Social Security Advisory Board Forum, Invited Discussant, DC.

156.   Blanck, P. (2004).  Disability Law and Technology Policy, State of Technology Conference, Rehabilitation Engineering Research Center (RERC) on Mobile Wireless Technologies for Persons with Disabilities, Georgia Centers for Advanced Telecommunications Technology, Invited Address, Atlanta Georgia.

157.   Blanck, P. (2004).  The Past, Present and Future of Disability Rights, Keynote address, at the Job Accommodation Network (JAN), Annual Conference, Orlando, FL.

158.   Blanck, P. (2004). Past and Future of Disability Law and Policy, Inaugural Thornburgh Family Lecture on Disability Law and Policy, University of Pittsburgh, PA.

159.   Blanck, P.  (2004).  Celebrating Disability Rights, Keynote address for the Arkansas Rehabilitation Services Commission Meeting for Disability Awareness Month, Little Rock, Arkansas.

160.   Blanck, P.  (2004).  Disability Law and Policy, Invited address, at the Miller Center of Public Affairs, University of Virginia, Charlottesville, VA.

161.   Blanck, P. (2004).  Demystifying Workplace Accommodations, Panel at National Business Group on Health Annual Conference, Orlando, FL.

162.  Blanck, P. (2004).  Disability Discrimination in North America, Panel at Workplace Discrimination and the Law in North America, NAFTA Labor Secretariat, Washington, DC.

163.  Blanck, P.  (2004). Disability Civil Rights Law and Policy.  Keynote Address, Israeli Association of Rehabilitation Professionals, Annual Meeting, Tel Aviv, Israel.

164.  Blanck, P.  (2004). Disability Civil Rights Law and Policy.  Invited Address, Israeli Knesset, A special meeting of the Committee on Labour, Social Welfare and Health Committee, chaired by MK Shaul Yahalom, Jerusalem, Israel.

165.  Blanck, P. (2005). Fifth Meeting of the Working Group on Data Collection to Measure the Extent and Impact of Discrimination in Europe, European Commission, Section on Employment, Social Affairs and Equal Opportunities, Invited Presentation on the U.S. Experience with the Measurement of the Americans with Disabilities Act, Brussels, Belgium.

166.  Blanck, P. (2005). Disability Rights and Legal Education.  Invited Lecture Series on Diversity and Legal Education, University of Mississippi, School of Law, Oxford, Miss.

167.  Blanck, P. (2005). Future of Disability Law and Policy, Keynote Address, Alabama Transition Conference, Auburn University.

168.  Blanck, P. (2005).  Introduction to Disability Law, Invited Address, Library of Congress, Center for International Rehabilitation, & the American Society for International Law (ASIL) Conference on International Disability Rights, Washington, D.C.

169.  Blanck, P. (2005).  Employment and Disability, Annual Symposium, Invited Panelist, Disability Research Institute (DRI), University of Illinois at Urbana-Champaign, Funded by a grant from the U.S. Social Security Administration, National Press Club, Washington, D.C.

170.  Blanck, P. (2005). Americans with Disabilities and Civil Rights, Invited Address, Grinnell College, IA.

171.  Blanck, P. (2005).  Disability Civil Rights Law and Policy, Keynote Address, YAI/National Institute for People with Disabilities Network, Annual Conference, New York, NY.

172.  Blanck, P. (2005). ADA as Disability Law and Policy, 29th International Congress on Law and Mental Health, International Academy of Law and Mental Health Congress, Paris, France.

173.  Blanck, P. (2005). Disability Law and Policy, Disability Law Summer Symposium, National University of Ireland, Galway.

174.  Blanck, P. (2005). EEOC ADA Workshop, Moderator, Iowa City, Iowa.

175.  Blanck, P. (2005).  Disability Law and Policy, Evidence-Based Outcomes, Plenary address for the RERC on Workplace Accommodations State of the Science Conference, Atlanta, Georgia.

176.  Blanck, P. (2005).  Disability Law and Policy, Keynote address for the Arkansas Workers' Compensation Annual Conference, Little Rock, Arkansas.

177.  Blanck, P. (2005). The Future of Disability Law and Policy, Loyola Law School, Los Angeles, CA.

178.  Blanck, P. (2005).  The Future of the Americans with Disabilities Act, invited speaker, University of Mississippi Law School, Conference on the ADA at 15, Oxford, Miss.

179.  Blanck, P. (2005). The Americans with Disabilities Act, invited lecturer, Harvard Law School, Cambridge, MA.

180.  Blanck, P. (2005). The Burton Blatt Institute and the Future of Disability Law and Policy, faculty colloquium, Center for Policy Research. Maxwell School, Syracuse University, NY.

181.  Blanck, P. (2006). Empirical Study of the Americans with Disabilities Act, invited speaker, New York University School of Law Conference on Assessing the Employment Provisions of the Americans with Disabilities Act, NYC, NY.

182.  Blanck, P. (2005). The Burton Blatt Institute and the Future of Disability Law and Policy, Syracuse University College of Law Lecture Series, N.Y.C. Lubin House Lecture Series, NY.

183.  Blanck, P. (2006). Disability Law and Policy, Disability Law Summer Symposium, National University of Ireland, Galway.

184.  Blanck, P. (2006). On the Legacy of Professor Stanley Herr, Beit Issie Shapiro's First Fellow, Keynote Address, Beit Issie Shapiro Annual Conference, Tel Aviv, Israel.

185.  Blanck, P. (2006). The Challenge of Monitoring Social Reform in the Area of Disability–The International Perspective, Keynote Address, Conference on Disability Studies as a Field of Human Rights, Inquiry and Teaching, US–Israel Binational Conference; sponsored by the Israeli Ministry of Justice, Commission for Equal Rights of People with Disabilities, Tel Aviv, Israel.

186.  Blanck, P. (2006). Employment Demand, Invited panelist, Interagency Committee on Disability Research (ICDR), Interagency Subcommittee on Employment, Research Summit on "Employer Perspectives on Workers with Disabilities: A National Summit to Develop a Research Agenda," Crystal City, VA.

187.  Blanck, P. (2006). New Paths in Disability Law and Policy, Keynote Address, The Indiana Governor's Council for People with Disabilities Annual Conference, Indianapolis, Indiana.

188.  Blanck, P. (2006). The US (ADA) approach and its impact on eAccessibility, speaker at the European Workshop on Achieving eAccessibility: The role of Equality Legislation and Other Measures, European Union Commission, Brussels, Belgium.

189.  Blanck, P. (2006). Social regulation of accessibility to ICT for people with disabilities: What can Norway learn from other countries?, invited speaker, NOVA Institute, Oslo, Norway.

190.  Blanck, P. (2006). Disability Politics Historically and Today, Faculty Colloquium, University of San Diego School of Law, San Diego, CA.

191.  Blanck, P. (2006). Future and Past of Disability, Colloquium, Social Psychology Department, University of California, Riverside, CA.

192.  Morris, M. & Blanck, P. (2007). Access to Ownership for Persons with Disabilities: A Post Katrina Analysis, Presentation at the American Association of Law Schools Annual Meeting, Washington, DC.

193.  Blanck, P. (2007). Politics of Disability Inequality after the Civil War and Today, Presentation at the Journal of Law and Inequality Symposium Commemorating the First 25 Years of Academic Legal Analysis of Issues in Inequality, University of Minnesota Law School, Minneapolis, Minn.

194.  Blanck, P. (2007). Litigating ICT Access, Presentation at Global Forum to United Nations Global Initiative for ICT and Development, Global Initiative for Inclusive Technologies (G3ict), W2i, Wireless Internet Institute with the Secretariat for Convention on the Protection and Promotion of the Rights and Dignity of Persons with Disabilities and UNITAR, UN Institute for Training and Research, NYC, NY.

195.  Logue, L. & Blanck, P. (2007). Aging and Disability, Presentation at "Aging and Disability Conference," Maxwell School, Syracuse University, NY.

196.   Blanck, P. & Reina, M.  (2007).  The Rights of People with Disabilities: Policy and Legal Aspects, U.S. Department of State Bureau of International Information Programs and the U.S. Embassy in Madrid, invited speaker for digital video conference, NY and DC.

197.   Blanck, P. (2007). People with Disabilities in Times of Crisis and War, Presentation at the Israeli OMRDD Conference, Haifa, Israel.

198.   Blanck, P. (2007). American Disability Law and Policy, Workshop Presentations at the Israeli National Social Security Office, Jerusalem, Israel.

199.   Blanck, P. (2007). The Digital Divide in the US and Abroad, Presentation at T4P'07, First International Conference on Technology for Participation and Accessible eGovernment Services, Agder University College, Kristiansand, Norway.

200.   Blanck, P. (2007). Corporate Culture, Litigation and the Global Access to the Internet, Presentation at Trondheim University, Trondheim, Norway.

201.   Blanck, P. (2007).  Disability Law and Policy in the Theater, Presentation at the Kennedy Center's Leadership Exchange in Arts and Disability (LEAD) conference, Minneapolis, MN.

202.   Logue, L. & Blanck, P.  (2007). African-American Veterans and Civil War Pensions, Presentation at "Military Service, Social (Dis) advantage, and the Life Course," Maxwell School Conference on Disability and the Military Experience, Syracuse University, NY.

203.   Blanck, P. (2007).  Exploring New Markets: What You Need to Know to Tap into the Disability Community, Address at the Opportunity Conference, hosted by U.S. Secretary of Labor Elaine L. Chao, Washington, D.C.

204.   Blanck, P. (2007). Disability Rights and E-Accessibility, European Commission Project, Brussels, Belgium.

205.   Blanck, P. (2007).  Disability Pensions for Union Army Veterans: Historical and Contemporary Lessons, Faculty Colloquium, for The John J. Heldrich Center for Workforce Development, at the Edward J. Bloustein School of Planning and Public Policy, and the School of Management and Labor Relations, Rutgers University, NJ.

206.   Blanck, P. (2007).  The Future of Disability Rights, Keynote Address to the Israeli Knesset on Disability Day, Jerusalem, Israel.

207.   Blanck, P. (2007). Disability World Developments, Lecture to Bekol–Organization of Hard of Hearing and Deaf People in Israel, Jerusalem, Israel.

208.   Blanck, P. (2008).  American Disability Law and Policy in Transition, Eastern Kentucky University College Education Dean's Lecture Series, Richmond, KY.

209.   Blanck, P. (2008). International Developments in Accessible ICT, G3ict Forum, Hosted by the Ecuadorian Ministry of Social Development, Quito, Ecuador.

210.   Blanck, P. (2008).  The Past and Future of Disability Law and Policy, closing presentation at the 2008 Jacobus tenBroek Disability Law Symposium, National Federation of the Blind, Baltimore, MD.

211.   Blanck, P. (2008). Best Practices, Corporate Attitudes and Employment of Persons with Disabilities, Address at Office of Disability Employment Policy (ODEP) Annual Conference, Washington, D.C.

212.  Blanck, P. (2008). Research on the Employment of Persons with Disabilities, Interagency Subcommittee on Employment, Interagency Committee on Disability Research (ICDR) Conference, Washington, D.C.

213.  Blanck, P. (2008). Reframing the Disability Issue for Employers, Cornell/AAPD Policy Forum, Washington, DC.

214.  Blanck, P. (2008).  Disability Rights, Options for Independence Annual Conference Keynote Address, Auburn, NY.

215.  Blanck, P. (2008).  Reasonableness of Accommodations, Presentation at the Kennedy Center's Leadership Exchange in Arts and Disability (LEAD) conference, Ft. Lauderdale, FL.

216.  Blanck, P. (2008).  Disability Rights for Health and Medical Professions, Colloquium address, 2nd Annual Conference of the Ono Research Institute for Health and Medical Professions, Ono Academic College, Kiryat Ono, Israel.

217.  Blanck, P. (2008). Disability Law and Policy, Colloquium address, Ono Academic College Law School, Kiryat Ono, Israel.

218.  Blanck, P. (2008). Age and Disability, Speaker at Law and Psychology of Age and Disability Discrimination Conference, University of Nebraska.

219.  Blanck, P. (2009).  Disability as an Element of Diversity in the Legal Profession, Diversity Summit: State of Diversity in the Legal Profession, American Bar Association Presidential Initiative, Mid-Year Meetings, Boston, MA.

220.  Myhill, W. & Blanck, P. (2009). Disability and Aging, Speaker at Symposium on Aging and Disability, Marquette University Law School, Milwaukee, WI.

221.  Blanck, P. (2009).  The Future is Now in Disability Law and Policy, Closing presentation at the 2009 Jacobus tenBroek Disability Law Symposium, National Federation of the Blind, Baltimore, MD.

222.  Blanck, P. (2009).  Future of Disability Law and Policy, Remarks at the Opening Ceremonies for the Centre for Disability Law and Policy, National University of Ireland, Galway, Ireland.

223.  Blanck, P. (2009). Disability Law and Policy: Past, Present, Future, Disability Studies and Research Centre, University of New South Wales, Sidney, Australia.

224.  Blanck, P. (2009).  Disability and Social Justice, Centre for International Governance & Justice Regulatory Institutions Network, ANU College of Asia and the Pacific, The Australian National University, Canberra, Australia.

225.  Blanck, P. (2009).  Disability Civil Rights Law and Policy, Lectures as Distinguished Visiting Professor, Graduate School of Social Welfare at Hokusei Gakuen University, Sapporo, Japan.

226.  Blanck, P. (2009).  Future of the ADA, Japan Association of Employment of Elderly and Persons with Disabilities, An independent administrative agency in Ministry of Health, Labor & Welfare, Tokyo, Japan.

227.  Blanck, P. (2009).  The ADA, American Society and People, Japan Disability Forum, A national network of disability organizations to promote the implementation of the Convention on the Rights of Persons with Disabilities as well as an anti-discrimination law for persons with disabilities in Japan, Tokyo, Japan.

228.  Blanck, P. (2009). Law of the ADA, Graduate School & Faculty of Law, Kobe University, Japan.

229.  Blanck, P. (2010). U.S. and Japanese Disability Law, at Japan's Anticipated Disability Law and the Americans with Disabilities at Twenty: Workshop on Comparative Law, Policy and Research, in Los Angeles, CA; Co-sponsored by Burton Blatt Institute & Hokusei Gakuen University, Sapporo, Japan.

230.  Blanck, P. (2010). U.S. Disability Law and the CRPD, panelist at International Disability Law Conference on the Convention on the Rights of Persons with Disabilities, at Loyola Law School, Los Angeles, CA.

231.  Blanck, P. (2010). U.S. Disability Law and Policy after Obama, International and Comparative Perspectives on Employment and Disability Law Conference, National University of Ireland, Galway.

232.  Blanck, P. (2010). Universal Design: Inclusion, Innovation, Livability and Economics, Address at Access to the World, Implementation of Universal Design Legislation Seminar, Centre for Excellence in Universal Design (CEUD), Irish National Disability Authority (NDA), Dublin, Ireland.

233.  Blanck, P. (2010). ADA at 20 and Mobility Access, Keynote address at ADA 20/20: Looking Back, Looking Forward on Mobility, Sponsored by BraunAbility, National Press Club, Washington, DC.

234.  Blanck, P. (2010). Future of Disability Law, Policy and Research, Colloquium address at the University of Tokyo, Japan.

235.  Blanck, P. (2010). Americans with Disabilities Act at Twenty, Colloquium address at University of Tsukuba, Graduate School of Comprehensive Science, Japan.

236.  Blanck, P. (2010). Developments in U.S. Disability Law, presentation at International Disability Law Conference, at Remning University, Beijing, China.

237.  Blanck, P. (2010). Cloud Computing for People with Cognitive Disabilities: Legal, Policy, and Universal Design Considerations, presentation at the Coleman Institute Workshop on Implications of Cloud Computing for People with Cognitive Disabilities, University of Colorado at Boulder, Law School, CO.

238.  Blanck, P. (2010). Developing an Accessible National Information Infrastructure for People with Cognitive Disabilities, panelist at the Tenth Annual Coleman Institute Conference, "All Together Now: The Power of Partnerships in Cognitive Disability & Technology," University of Colorado at Boulder, Law School, CO.

239.  Blanck, P. (2011). $r_{osenthal}$ : Effect size indicator, and $R^2$: Robert Rosenthal's goodness of fit, Colloquium to the Social Psychology Department, University California, Riverside, CA.

240.  Blanck, P. & Lord, J. (2011). Disability as a Protected Class for the Purpose of Seeking Political Asylum, presentation at the 2011 Jacobus tenBroek Disability Law Symposium, National Federation of the Blind, Baltimore, MD.

241.  Blanck, P. (2011). Disability History and Law, Colloquium, University of Wisconsin's Financial Literacy and Disability Project (FLAD) and the UW Disability Studies Cluster, Madison, WI.

242.  Blanck, P. (2011). Disability and Economics: Challenges and Opportunities, Symposium on Disability and Economics, Burton Blatt Institute and University of Tokyo Project on Research on Economy and Disability, Syracuse, NY.

243.  Blanck, P. (2011). Future of Deinstitutionalization and Community Living in Israel, Conference, and Expert Committee Member, sponsored by Israeli Ministry of Welfare and Social Services, Tel Aviv, Israel.

244.  Blanck, P. (2011). Understanding Disability, Discussant to Thomas Shakespeare, at the Center for International Rehabilitation Research Information and Exchange (CIRRIE), in cooperation with WHO/PAHO, World Bank, U.S. International Council on Disability and Inter-Agency Committee on Disability Research, U.S. Launch and Symposium on the World Report on Disability, Washington DC.

245.  Blanck, P. (2011). Right to Technology Access for People with Cognitive Disabilities, Closing Keynote Address, State of the States, State of the Nation, 2011: Coleman Institute National Conference on Cognitive Disability and Technology in Challenging Economic Environments, University of Colorado, Boulder, CO.

246.  Blanck, P. (2011). Equal Employment Opportunity Commission (EEOC) Regulations Implementing the American with Disabilities Amendments Act (ADAAA): Expanding Coverage under the "Disability" Definition, American Bar Association (ABA) Center for Continuing Legal Education, on behalf of the ABA Commission on Mental and Physical Disability Law, Webinar Panelist.

247.  Blanck, P. (2011). Universal Design in the World, Keynote address, at the III International Meeting on Technology and Innovation for Persons with Disabilities, The Universal Design in the Brazilian Industry, São Paulo, Brazil.

248.  Blanck, P. (2011). Universal Design in Electrical & Electronics Industry, Panelist, at the III International Meeting on Technology and Innovation for Persons with Disabilities, The Universal Design in the Brazilian Industry, São Paulo, Brazil.

249.  Blanck, P. (2011). World Bank, Legal Innovation and Empowerment through the CRPD, Panel speaker, Law, Justice & Development Week 2011, World Bank, Washington D.C.

250.  Blanck, P. (2011). Accessibility and Universal Design: The Global Universal Design Commission (GUDC), Conference sponsored by Israeli Ministry of Welfare and Social Services, Tel Aviv, Israel.

251.  Blanck, P. (2012).  U.S. Genetic Antidiscrimination Law, Invited speaker at the Symposium on Genetic Discrimination, European Union Parliament, Brussels, Belgium.

252.  Blanck, P. (2012).  Hot Issues in Disability Law, Invited speaker, National Council on Disability (NCD) Quarterly Meetings, NY, NY.

253.  Blanck, P. (2012).  Introduction and Moderator, Psychotropic Medication and the Law, The Saks Institute for Mental Health Law, Policy, and Ethics, Los Angeles, CA.

254.  Blanck, P. (2012). Implementing the American with Disabilities Amendments Act (ADAAA), Plenary speaker, American Bar Association (ABA), ABA Commission on Mental and Physical Disability Law, Annual Conference, Washington, D.C.

255.  Blanck, P. (2012). The Right to the Web and the Cloud, The Interagency Committee on Disability Research (ICDR) Assistive Technology/Technology (AT/T) Forum (June 26, 2012, Webinar).

256.  Blanck, P. (2012). Full and Equal Participation by Persons with Disabilities to the Courts and Civil Society, Speaker, Access to Justice for Persons with Disabilities, Side Event of the Fifth Session of the Conference of States Parties to the Convention on the Rights of Persons with Disabilities, United Nations, NY, NY.

257.  Blanck, P. (2012). ADA Legal Update: What's on the Docket?, Colloquium, University of Houston Law Center, ILRU (Independent Living Research Utilization) Southwest ADA Center, Houston, TX.

258.  Blanck, P. (2012). Right to the Web for People with Cognitive Disabilities, Keynote Address, Coleman Institute on Cognitive Disability, National Conference, Univ. Colorado, Boulder, CO.

259.  Blanck, P. (2012). Disability and the Experience of Social Isolation, Speaker at Symposium on Social Isolation and Disconnectedness as a Risk Factor for Family Members across the Lifespan, National Human Services Assembly, National Collaboration for Families, Washington, D.C.

260.  Blanck, P. (2013). Civil Rights of People with Disabilities, Upstate Medical University, SUNY, Diversity Lecture Series, Syracuse, NY.

261.    Blanck, P. (2013). eQuality: The Right to the Web for People with Cognitive Disabilities, Faculty Colloquium, Southwestern Law School, Los Angeles, CA.

262.    Blanck, P. (2013). Social Security Reform Proposals: Toward Fiscal and Structural Balance, Discussant at Social Security Disability: Time for Reform, Social Security Advisory Board Disability Forum, Washington, D.C.

263.    Blanck, P. (2013). "When Gawd make cripple, He mean him to be lonely.": Disability, the Web and an Inclusive World, Presentation at the Symposium on Including Disability: How Legal Discourse Can Shape Life's Transitions, UCLA Law Disability Symposium, Los Angeles, CA.

264.    Blanck, P. (2013). Disability Law and Policy: U.S. and Japan, Symposium on U.S. and Japanese Disability, Loyola Law School, Los Angeles, CA.

265.    Blanck, P. (2013). The Right to the Web for People with Cognitive Disabilities and Ownership of Web Content, Participant at Cherry Blossom Symposium on Intellectual Property and Federal Policy: Universal Access in the Digital Environment, American University Washington College of Law, Washington, D.C.

266.    Blanck. P. (2013). The Right to Web Equality for People with Cognitive Disabilities, Guest Speaker at NIDRR Presents, National Institute for Disability Rehabilitation Research, Washington, D.C.

267.    Blanck, P. (2013). Emergency Care for Homebound and Vulnerable Populations, Keynote Address at 2013 Rural and Ready Symposium, Sault Sainte Marie, Mich.

268.    Blanck, P. (2013). Web Quality for People with Cognitive Disabilities, Talk Co-hosted by the Irish National Disability Authority (NDA) Centre for Excellence in Universal Design, National University of Ireland (NUI) Galway Centre for Disability Law and Policy, Dublin, Ireland.

269.    Blanck, P. (2013). The Future of Accessible Technology—Legal Perspectives, NOVA—Norwegian Social Research Institute—Talk at the European Assistive Technology Ecosystem Symposium, 4th DREAM Network-Wide Event, Oslo, Norway.

270.    Blanck, P. (2013). Declaration of the Right to Web Equality for People with Cognitive Disabilities, Address, Coleman Institute on Cognitive Disability, National Conference, Univ. Colorado, Boulder, CO.

271.    Blanck, P. (2013). Symposium on Best Practices in Supported Decision-Making, Research Group Facilitator, American University, Washington College of Law, Washington, D.C.

272.    Blanck, P. (2014). Closing Remarks, Workshop on the UN Convention for the Rights of Persons with Disabilities, University of Haifa, Haifa, Israel.

273.    Blanck, P. (2014). eQuality, Speaker at the U.S. and Japan Accessibility Policy Symposium, Center on Japanese Studies, University of California, Berkeley, CA.

274.    Blanck, P. (2014). Emergency Planning for People with Disabilities, Address to Northern Virginia Emergency Response System (NVERS) and the Regional Hospital Coordination Center (RHCC), Virginia Department of Emergency Management, and Northern Virginia Hospital Alliance, Symposium on Emergency Operations Planning: An Inclusive Approach, Alexandria, VA.

275.    Blanck, P. (2014). Supported Decision Making as an Alternative to Guardianship, Plenary Session at the 2014 Jacobus tenBroek Disability Law Symposium, National Federation of the Blind, Baltimore, MD.

**Forthcoming Presentations**

276.    Blanck, P. (2014). Web Equality and Persons with Disabilities, 2014 International Summit on Accessibility, Carleton University, Ottawa, Canada.

277.    Blanck, P. (2014). Web *eQuality* for People with Cognitive Disabilities, National University of Ireland (NUI) Galway Centre for Disability Law and Policy, DREAM Symposium, Galway, Ireland.