James Sanchez, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsaCJ·amento.org
CITY OF SACRAMENTO
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455
Attorneys for the CITY OF SACRAMENTO

Attorneys for Defendant CITY OF SACRAMENTO

CHARLES L. POST, State Bar No. 160443
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.;<br>CITY OF SACRAMENTO; OLD<br>SACRAMENTO BUSINESS<br>ASSOCIATION, INC.,<br><br>    Defendants.<br>_____/ | CASE NO. 2:11-CV-02230-WBS-AC<br>Civil Rights<br><br>**PLAINTIFF'S <u>CORRECTED</u> STIPULATED APPLICATION FOR AN EXTENSION OF TIME TO FILE REPLY PAPERS RE PENDING MOTION FOR SUMMARY ADJUDICATION OR ALTERNATIVE STAY** |

**TO THE COURT:**

On August 25, 2014, the Court granted plaintiff a 36-hour extension, or through Noon on August 27, 2014, to file her opposition papers to the pending Motion for Summary Adjudication or Alternative Stay. See ECF-66. As a part of that request, the parties also sought to extend the time for the reply papers

1 through September 5, 2014 through midnight. Id. However,
2 plaintiff's counsel represents that he inadvertently submitted a
3 word-version by email that stated a different cutoff time for
4 the reply, or <u>noon</u> on September 5, 2014, which was the version
5 approved by the Court.
6     The parties hereby seek to correct plaintiff counsel's
7 error and submit this corrected stipulated application seeking
8 to extend the time for the reply papers through midnight on
9 September 5, 2014. There is good cause due to the size of the
10 ////

submissions and complexity of the issues.

**IT IS SO STIPULATED.**

Dated: September 2, 2014     James Sanchez, City Attorney
                             KATHLEEN T. ROGAN, Sr. Deputy


                             _____/s/ Signature Authorized___
                             Attorneys for Defendant
                             CITY OF SACRAMENTO

Dated: September 2, 2014     CHARLES L. POST, ESQ.
                             weintraub genshlea chediak
                             tobin & tobin


                             _____/s/ - Charles L. Post____
                             Attorneys for Defendants
                             RIVERBOAT DELTA KING, INC.


Dated: September 2, 2014     THIMESCH LAW OFFICES
                             TIMOTHY S. THIMESCH


                             _____/s/ Signature Authorized___
                             Attorneys for Plaintiff
                             HOLLYNN D'LIL


**ORDER**

    SO ORDERED.


Dated:  September 5, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**Corrected Stipulated Application Extension of Time to File Reply Papers**
**Case No. 2:11-CV-02230-WBS-AC**