James Sanchez, City Attorney (SBN 116356)
**KATHLEEN T. ROGAN, Senior Deputy City Attorney (SBN 186055)**
KRogan@cityofsacramento.org
CITY OF SACRAMENTO
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendant CITY OF SACRAMENTO

Charles L. Post, State Bar No. 160443
cpost@weintraub.com
Scott M. Plamondon, State Bar No. 212294
splamondon@weintraub.com
Chelcey E. Lieber, State Bar No. 252397
clieber@weintraub.com
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL, | Case No. 2:11-CV-02230-WBS-JFM |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND PRETRIAL AND TRIAL DATES** |
| vs. | |
| RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO, OLD SACRAMENTO BUSINESS ASSOCIATION, INC., and DOES 1 THROUGH 50, inclusive | Location:   Courtroom 5 |
| | Judge:  Hon. William B. Shubb |

Defendants.                           )
                                      )   Complaint Filed:  August 23, 2011
                                      )
                                      )
                                      )

**TO THE COURT:**

In light of the Court's recent ruling on Defendant Riverboat Delta King, Inc.'s Motion for Summary Adjudication, Plaintiff Hollynn D'Lil ("Plaintiff") and defendants Riverboat Delta King, Inc. and City of Sacramento (collectively, "Defendants") have agreed to mediation. Over the past week Plaintiff and Defendants have worked diligently to schedule paid mediation before Stephen Schrey on October 21, 2014. Plaintiff and Defendants believe they will fully resolve all of Plaintiff's claims against Defendants at the mediation.

Pursuant to the Court's Order, dated July 18, 2014 (Document 53), Plaintiff's separate pretrial statement is due on October 14, 2014 (October 13, 2014, is a Court holiday), Defendants' separate pretrial statements are due on October 20, 2014, the Pretrial Conference is on October 27, 2014, at 2:00 p.m., and Trial is set to begin on December 9, 2014, at 9:00 a.m.

The parties desire to avoid the time and expense of trial preparation prior to the scheduled mediation; such expenses could instead be put towards settlement. Accordingly, the parties hereby stipulate and request an extension of the trial date and pretrial deadlines by at least 30 days, which dates shall be subject to the availability and convenience of the Court.

**IT IS SO STIPULATED.**

Dated: October 8, 2014                James Sanchez, City Attorney
                                      KATHLEEN T. ROGAN, Sr. Deputy


                                           /s/ - Kathleen T. Rogan
                                      Attorneys for Defendant
                                      CITY OF SACRAMENTO

Dated: October 8, 2014          CHARLES L. POST, ESQ.
                                **weintraub tobin** chediak coleman grodin
                                LAW CORPORATION


                                ___/s/ - Charles L. Post_____
                                Attorneys for Defendants
                                RIVERBOAT DELTA KING, INC.


Dated: October 8, 2014          THIMESCH LAW OFFICES
                                TIMOTHY S. THIMESCH


                                ___/s/ - Timothy S. Thimesch_____
                                Attorneys for Plaintiff
                                HOLLYNN D'LIL


                                **ORDER**

    SO ORDERED.

    Pretrial Conference: **December 8, 2014 at 2:00 PM**

    Plaintiff's Separate Pretrial Statement: **November 24, 2014**

    Defendants' Separate Pretrial Statements: **December 1, 2014**

    Jury Trial: **January 21, 2015 at 9:00 AM**

**Dated:  October 9, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE