```
CHARLES L. POST, State Bar No. 160443
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.;<br>CITY OF SACRAMENTO; OLD<br>SACRAMENTO BUSINESS<br>ASSOCIATION, INC.,<br><br>    Defendants.            / | CASE NO. 2:11-CV-02230-WBS-AC<br>Civil Rights<br><br>**[Corrected] STIPULATED REQUESTS TO BIFURCATE THE TRIAL AND TO ALTER CERTAIN EVIDENTIARY PROCEDURES AT TRIAL; ORDER** |

**TO THE COURT:**

For the reasons expressed on the record at the Final Pretrial Conference on January 7, 2015, the Parties hereby make the following joint requests to bifurcate the trial in this matter:

1.   That the Court hold an initial phase-1 bench trial covering all Plaintiff's claims except those specified in item 2, next. The parties understand this phase will begin on January 22, 2015 as previously ordered by the Court. ECF-103.

2.   That thereafter the Court convene a phase-2 jury

trial, which shall cover the following questions:

      a.   Whether the lack of vertical (wheelchair) access to the fourth and fifth levels of the Delta King are a violation of law.

      b.   Whether, after 1989, an "alteration" to the Delta King occurred which triggered application of ADAAG or Title 24 standards.

      c.   Whether providing (wheelchair) vertical access to the fourth and fifth levels of the Delta King is "readily achievable."

   3.   The Parties understand that the Court will trail the second phase beginning February 3, 2015 (ECF-103), and that the Parties are required to stay in contact with the Calendar Clerk, who intends to provide the Parties with at least 24-hours' notice.

   The Parties also stipulate to the following:

   1.   That Plaintiff HolLynn D'Lil be excused from attending the first day of trial (January 22) due to a prescheduled mediation conference before ADR Director Howard Herman, Esq., in the matter <u>D'Lil v. Sonoma County</u>, U.S.D.C. for the N. Dist. of Calif., Case No. 13-0423-KAW. Plaintiff's testimony and participation is not required by either party on January 22, 2015.

   2.   That for those exhibits that are oversized, such as blueprints and drawings, the Parties be allowed to rely upon high-resolution digital copies along with the reduced, letter-sized copies that will be placed within the exhibit binders. However, Delta King also agrees to produce the original "Mike

{1860396.DOC;}

**Stipulated Requests to Bifurcate and Alter Certain Evidentiary Procedures at Trial**
**Case No. 2:11-CV-02230-WBS-AC**

Coyne Set" on the first day of trial.

3. That expert witness Peter Blanck of Syracuse, NY; expert witness David Cole of Bedford, TX; and percipient witness Solan Wisham of Bulverde, TX, each be allowed to appear at either phase of trial through tele-video conferencing.

**IT IS SO STIPULATED.**

Dated: January 9, 2015         CHARLES L. POST, ESQ.
                               weintraub genshlea chediak
                               tobin & tobin


                                    /s/ - Charles L. Post
                               Attorneys for Defendants
                               RIVERBOAT DELTA KING, INC.


Dated: January 9, 2015         THIMESCH LAW OFFICES
                               TIMOTHY S. THIMESCH

                                    /s/ Signature Authorized
                               Attorneys for Plaintiff
                               HOLLYNN D'LIL

**ORDER**

SO ORDERED.

Dated:  January 12, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE