1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11                             ----oo0oo----

12   HOLLYNN D'LIL,                     CIV. NO. 2:11-2230 WBS AC

13                Plaintiff,            ORDER

14        v.

15   RIVERBOAT DELTA KING, INC.;
     CITY OF SACRAMENTO; OLD
16   SACRAMENTO BUSINESS
     ASSOCIATION, INC.,; and DOES
17   1 through 50, Inclusive,

18                Defendants.

19

20                             ----oo0oo----

21        The court declines to approve the parties' stipulation

22   regarding the aft gangway.  The time for summary judgment is

23   over.  Any evidence to be considered by the court must be

24   presented at trial.  Plaintiff's request to modify the Final

25   Pretrial Order to exclude any evidence regarding the aft gangway

26   is denied.  Plaintiff's request for a supplemental period to file

27   any motions in limine is denied.

28   ///

                                    1

1        IT IS SO ORDERED.

2   Dated:   January 16, 2015

3                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28