Charles L. Post, State Bar No. 160443
cpost@weintraub.com
Scott M. Plamondon, State Bar No. 212294
splamondon@weintraub.com
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
RIVERBOAT DELTA KING, INC.

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>         Plaintiff,<br><br>    vs.<br><br>RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO, OLD SACRAMENTO BUSINESS ASSOCIATION, INC., and DOES 1 THROUGH 50, inclusive<br><br>         Defendants. | Case No. 2:11-CV-02230-WBS-JFM<br><br>**[PROPOSED] ORDER ON DEFENDANT RIVERBOAT DELTA KING'S REQUEST FOR MODIFICATION OF COURT'S FINAL PRETRIAL ORDER**<br><br>Trial Date:    January 22, 2015<br>Time:          9:00 a.m.<br>Location:      Courtroom 5<br>Judge:         Hon. William B. Shubb<br><br>Complaint Filed:  August 23, 2011 |

The Court has reviewed Defendant Riverboat Delta King, Inc.'s ("Defendant") motion to modify the Court's Final Pretrial Order issued January 13, 2015.  Good cause having been shown for modification, the Court hereby alters the Final Pretrial Order as follows:

**A.    Witnesses**

Defendant's witness list is amended to add:

1.     Alice Ben

Proposed Order on Defendant Delta King's Request for Modification of Court's Final Pretrial Order

1        2.        Anthony Bonilla

2

3    **B.**      **Exhibits**

4           Defendant's exhibit list is amended to add:

5           Exhibit AAA   Declaration of Tim Sullivan

6           Exhibit BBB   Declaration of Solon Wisham, Jr.

7           Exhibit CCC   Delta King financial records (Bates Nos. DK 004487-4489) produced

8                             to Plaintiff on 1/14/15

9           Exhibit DDD   Delta King financial records (Bates Nos. DK 004490-4491) produced

10                            to Plaintiff on 1/14/15; ISBN 0964251337

11          Exhibit EEE   "King and Queen of the River: The Legendary Paddle-Wheel

12                            Steamboats Delta King and Delta Queen" by Stan Garvey.

13          IT IS SO ORDERED.

14   Dated:  January 16, 2015

15                                                  _____

16                                                  WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order on Defendant Delta King's
Request for Modification of Court's Final Pretrial
Order

weintraub tobin chediak coleman grodin
law corporation