THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
158 Hilltop Crescent
Danville, CA 94597-3452
Direct: (925) 588-0401

Attorneys for Plaintiff
HOLLYNN D'LIL

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL, | CASE NO. 2:11-CV-02230-WBS-AC |
| Plaintiff, | Civil Rights |
| v. | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO; [OLD SACRAMENTO BUSINESS ASSOCIATION, INC.], | Bench Trial: Resumption TBD<br>Time: 9 AM |
| Defendants. | |

**TO THE COURT:**

The Parties are pleased to report that they have reached a settlement in the form of a Proposed Consent Decree Order and Judgment, which resolves Plaintiff's outstanding claims against Defendant Riverboat Delta King, Inc. for injunctive relief and statutory-compensatory damages, and reserves for further settlement efforts and/or submission by motion only Plaintiff's outstanding claim for an award of reasonable statutory attorney's fees, litigation

////

---

Plaintiff's Notice of Settlement: Case No. 2:11-CV-02230-WBS-AC

1  expenses and costs.  The Parties in the process of obtaining signatures and will submit shortly.

2

3  Dated: January 30, 2015          THIMESCH LAW OFFICES
                                    TIMOTHY S. THIMESCH
4

5
                                    /s/ Authorized Signed – Tim Thimesch
6                                   Attorneys for Plaintiff
                                    HOLLYNN D'LIL
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Plaintiff's Notice of Settlement: Case No. 2:11-CV-02230-WBS-AC**          — 2 —