CHARLES L. POST, State Bar No. 160443
weintraub genshlea chediak
tobin & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.; CITY OF SACRAMENTO; OLD SACRAMENTO BUSINESS ASSOCIATION, INC.,<br><br>    Defendants. | CASE NO. 2:11-CV-02230-WBS-AC<br>Civil Rights<br><br>**STIPULATION AND [Proposed] ORDER TO ALTER THE DEADLINES APPLICABLE TO MOTIONS FOR AN AWARD FOR REASONABLE STATUTORY ATTORNEY'S FEES, LITIGATION EXPENSES AND COSTS** |

**TO THE COURT:**

This is a request to adjust the deadlines for moving and opposition papers on the forthcoming motion on attorney's fees, litigation expenses and costs.

To accommodate the personal affairs of Plaintiff's counsel, and to provide additional time for opposition, the parties request that the present deadline to move for attorney's fees be extended to June 5, 2015. To provide adequate time for preparing opposition, the moving party agrees not to set the hearing before July, 15, 2015. Reply papers will be filed as

---
**Stipulated and Order Re Deadline to Move for Attorney's Fees**
**Case No. 2:11-CV-02230-WBS-AC**

1  normally provided under local rules.

2  **IT IS SO STIPULATED.**
Dated: August 25, 2014            CHARLES L. POST, ESQ.
3                                 weintraub genshlea chediak
                                  tobin & tobin
4

5                                      /s/ - Charles L. Post
                                  Attorneys for Defendants
6                                 RIVERBOAT DELTA KING, INC.

7
Dated: August 25, 2014            THIMESCH LAW OFFICES
8                                 TIMOTHY S. THIMESCH

9                                      /s/ Signature Authorized
                                  Attorneys for Plaintiff
10                                HOLLYNN D'LIL

11
                                  **ORDER**
12
        IT IS SO ORDERED.
13
Dated:  May 15, 2015              [signature]
14                                WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

---

**Stipulated and Order Re Deadline to Move for Attorney's Fees**
**Case No. 2:11-CV-02230-WBS-AC**