CHARLES L. POST, State Bar No. 160443
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: cpost@weintraub.com

Attorneys for Defendant RIVERBOAT DELTA KING, INC.

TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.;<br>CITY OF SACRAMENTO; OLD<br>SACRAMENTO BUSINESS<br>ASSOCIATION, INC.,<br><br>    Defendants.<br>_____/ | CASE NO. 2:11-CV-02230-WBS-AC<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR AWARD OF ATTORNEYS FEES, LITIGATION EXPENSES AND COSTS** |

**TO THE COURT:**

On July 20, 2015, Plaintiff Hollynn D'Lil ("Plaintiff") filed a motion seeking an award of attorney's fees, litigation expenses and costs ("Fee Motion"). Defendant Riverboat Delta King's ("Delta King") opposition to Plaintiff's Fee Motion is due on July 13, 2015. Plaintiff's reply to Delta King's

1  opposition is due on July 20, 2015, and this matter is set to be
2  heard by the Court on July 27, 2015.
3      Plaintiff's Fee Motion includes several voluminous
4  attachments. As a result, Delta King's analysis of the
5  voluminous records will require more time than is currently
6  afforded by the existing briefing schedule. Delta King believes
7  it will be prejudiced if it must complete its analysis of the
8  voluminous records within the current schedule.
9      Plaintiff and Delta King met and conferred and the Parties
10 believe that a modest extension of the briefing schedule and
11 related hearing date is reasonable and will afford Delta King
12 sufficient time to complete its review of the voluminous
13 records. Therefore, Plaintiff and Delta King respectfully
14 request that the deadline for Delta King to file its Opposition
15 to Plaintiff's Fee Motion be extended from July 13, 2015, to
16 July 27, 2015. Plaintiff's Reply deadline would be due on
17 August 3, 2015 and hearing on this matter on August 18, 2015.
18     **IT IS SO STIPULATED.**

Dated: July 6, 2015         weintraub tobin chediak coleman
                            grodin law corporation

                                   /s/ - Charles L. Post
                            CHARLES L. POST, ESQ.
                            Attorneys for Defendant
                            RIVERBOAT DELTA KING, INC.

Dated: July 6, 2015         THIMESCH LAW OFFICES

                                   /s/ Signature Authorized
                            TIMOTHY S. THIMESCH
                            Attorneys for Plaintiff
                            HOLLYNN D'LIL

**ORDER**

SO ORDERED.

Dated: July 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE