TIMOTHY S. THIMESCH, ESQ. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94597
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorney for Plaintiff HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERBOAT DELTA KING, INC.;<br>CITY OF SACRAMENTO; OLD<br>SACRAMENTO BUSINESS<br>ASSOCIATION, INC.,<br><br>    Defendants. | CASE NO. 2:11-CV-02230-WBS-AC<br>Civil Rights<br><br>**PLAINTIFF'S REQUEST FOR A 24-HOUR EXTENSION TO COMPLETE PLAINTIFF'S REPLY PAPERS'** **[Proposed] ORDER** |

**TO THE COURT:**

I, Timothy Thimesch, apply for a 24-hour extension to file reply papers supporting Plaintiff's Motion for Attorney's Fees, Expenses and Costs. On July 26, 2015, and before even receiving Defendant's opposition papers that were filed on July 27, 2015, I wrote defense counsel Charles Post to request an extension of one week to file the reply. The purpose of my request was due to poor planning on my part in stipulating to Delta King's earlier two week extension, and overlooking that I had thereby pushed the preparation of reply papers into the very week that my two eldest kids returned home from college, and for the celebrated sendoff of my younger daughter to her 28-day

wilderness camp (a sort of rite of passage at her high school). Having not seen my eldest two kids all summer, I was anxious to be available.  I thereafter became all the more concerned when Delta King then filed a 1243-page opposition, which seemed to be all the more justification for the one week extension.

However, when I conveyed these concerns to defense counsel Post, and called him, I understood him to say his client had instructed him to decline my request to return the favor, and that his hands were tied.  After spending most of the week with my kids, I began to work feverously on the opposition on Friday, July 31, but as of this writing, I have still many hours of drafting and argument left to complete, and I will also require some interim rest.  With the extension I will be able to do the minimum adequate job necessary and file the reply papers by midnight, August 4.

I declare the foregoing true and correct under penalty of perjury pursuant to the laws of the United States of America. Executed this 3rd day of August, 2015.

Dated: September 2, 2014        THIMESCH LAW OFFICES
                                TIMOTHY S. THIMESCH

                                   /s/ Signature Authorized
                                Attorneys for Plaintiff
                                HOLLYNN D'LIL

**ORDER**

SO ORDERED.

Dated: August 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE